UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>      v.<br><br>BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE & K, INC.),<br><br>           Defendants. | )<br>)<br>)<br>)<br>) Civ. Act. No. 05-697 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel for Plaintiff moves the admission *pro hac vice* of Woody Anglade to represent the United States in this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney
District of Delaware

*/s/ Rudolph Contreras*

RUDOLPH CONTRERAS
Assistant U.S. Attorney
Chief, Civil Division
The Nemours Building
1007 North Orange Street, Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6277 ext. 154
Rudolph.Contreras@usdoj.gov

Dated: November 7, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____        _____
                                Honorable
                                United States District Court Judge
                                District of Delaware

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and pursuant to Local Rule 83.5 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: September 29, 2005        Signed: _____
                                Woody Anglade
                                Trial Attorney
                                Equal Employment Opportunity
                                Commission
                                Philadelphia District Office
                                21 South Fifth Street, Suite 400
                                Philadelphia, PA 19106
                                (215) 440-2814

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November 2005, I electronically filed the attached MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Teresa A. Cheek
Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　Chief, Civil Division
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　1007 Orange Street
　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　Post Office Box 2046
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-2046
　　　　　　　　　　　　　　　　　(302) 573-6277