UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) Civ. Act. No. 05-697 (SLR) |
| v. | ) ) |
| BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE & K, INC.), | ) ) ) |
| Defendants. | ) ) |

## ORDER

UPON CONSIDERATION of the United States' motion to allow EEOC Attorney, Woody Anglade, to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is the 14th day of November, 2005 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and EEOC Attorney, Woody Anglade, is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with him; and it is,

FURTHER ORDERED that, for this case only, the Clerk's Office provide EEOC Attorney, Woody Anglade, with an Electronic Filing Log-In and Password so that he may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE