IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) BE&K ENGINEERING COMPANY ) (SUBSIDIARY OF BE & K, INC.), ) ) Defendant. ) | C.A. No. 1:05-cv-00697-SLR TRIAL BY JURY DEMANDED |

**NOTICE OF SERVICE**

I, Margaret M. DiBianca, Esquire, hereby certify that on January 6, 2006, I caused a copy of Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) to be served upon the following counsel of record:

**VIA FIRST CLASS MAIL**
Woody Anglade, Esquire
U.S. Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: January 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, I electronically filed a true and correct copy of Notice of Service of Defendant's Initial Disclosures with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Woody Anglade
> Trial Attorney
> Equal Employment Opportunity Commission
> Philadelphia District Office
> 21 South 5th Street, Suite 400
> Philadelphia, PA 19106

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ M. DiBianca/*

Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: January 6, 2006