IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 05-CV- 00697 (SLR) |
| v. ) ) ) | |
| BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE&K, INC.), ) ) ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

I, Woody Anglade, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **December 27, 2005**, I deposited the following document:

**INITIAL DISCLOSURES OF PLAINTIFF, EEOC**

By United States Mail, causing said document to be delivered to counsel at the following address:

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

BY:  /s/ Woody Anglade
WOODY ANGLADE
Trial Attorney
U.S. EEOC
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
(215) 440-2814

Dated: January 6, 2006