IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, ) | |
|  ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 1:05-cv-00697-SLR |
|  ) | |
| BE&K ENGINEERING COMPANY ) | |
| (SUBSIDIARY OF BE & K, INC.), ) | |
|  ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, hereby certify that on January 16, 2006, I caused two (2) copies of Defendant's First Request for Production of Documents Directed to Plaintiff to be served upon the following counsel of record:

**VIA FIRST CLASS MAIL**
Woody Anglade, Esquire
U.S. Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ MMDiB_
Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: January 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2006, I electronically filed a true and correct copy of Notice of Service of Defendant's First Request for Production of Documents Directed to Plaintiff with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Woody Anglade
> Trial Attorney
> Equal Employment Opportunity Commission
> Philadelphia District Office
> 21 South 5th Street, Suite 400
> Philadelphia, PA 19106

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. DiBianca
_____
Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: January 16, 2006