IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Plaintiff,<br><br>     v.<br><br>BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE & K, INC.),<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:05-cv-00697-SLR<br>)<br>)<br>)<br>)<br>) |

### RE-NOTICE OF DEPOSITION

TO:   Woody Anglade
      Trial Attorney
      Equal Employment Opportunity Commission
      Philadelphia District Office
      21 South 5th Street, Suite 400
      Philadelphia, PA 19106

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Juan Obed Perez on **Thursday, March 9, 2006 at 9:00 a.m.**, and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: tcheek@ycst.com; mdibianca@ycst.com
Attorneys for Defendant

Dated:  February 1, 2006
cc:   Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I hereby certify that on **February 1, 2006**, I electronically filed a true and correct copy of the foregoing **Re-Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Woody Anglade
> Trial Attorney
> Equal Employment Opportunity Commission
> Philadelphia District Office
> 21 South 5th Street, Suite 400
> Philadelphia, PA 19106

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> _____
> Teresa A. Cheek, Esquire (No. 2657)
> Margaret M. DiBianca, Esquire (No. 4539)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-5008
> Facsimile: (302) 576-3476
> Email: tcheek@ycst.com; mdibianca@ycst.com
> Attorneys for Defendant

Dated: February 1, 2006