United States Equal Employment Opportunity Commission
Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA 19106
(215) 440-2642
Woody Anglade, Trial Attorney

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, v. BE&K ENGINEERING COMPANY, (SUBSIDIARY OF BE&K, INC.) Defendant. | Civil Action No. 05-CV-00697 (SLR) |

### RE-NOTICE OF DEPOSITION

TO: Margaret M. DiBianca, Esq.
 Young Conaway Stargatt & Taylor, LLP
 The Brandywine Building
 1000 West Street, 17th Floor
 P.O. Box 391
 Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff, the United States Equal Employment Opportunity Commission, will take the testimony by oral depositions of the individuals noted on Schedule A, at the dates and times iindicated therein, at the law offices of Young Conaway Stargatt & Taylor, LLP The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

1

All depositions will continue until completed and will be used for all purposes permitted under the Federal Rules of Civil Procedure.

Sincerely,

JACQUELINE MCNAIR
Regional Attorney


*Woody Anglade*
WOODY ANGLADE
Trial Attorney
U.S. EEOC
21 S. 5th Street, Suite 4000
Philadelphia, PA 19106
(215) 440-2814

2

Case 1:05-cv-00697-MPT   Document 19   Filed 02/13/2006   Page 2 of 4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Re-Notice of Deposition was electronically filed this day of February 13, 2006 with the Clerk of Court using CM/ECF. The foregoing Re-Notice was also sent via U.S. mail, to the following:

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

*[signature]*
Woody Anglade
Trial Attorney
U.S. EEOC
21 S. 5th Street, Suite 4000
Philadelphia, PA 19106
(215) 440-2814

3

## Schedule A

| Name | Date | Time |
|---|---|---|
| Sharon Abrams | March 13, 2006 | 10:00 a.m. |
| Christopher Guttridge | March 17, 2006 | 10:00 a.m. |
| Peter Howe | April 14, 2006 | 10:00 a.m. |

Case 1:05-cv-00697-MPT    Document 19    Filed 02/13/2006    Page 4 of 4

## Schedule A

| Name | Date | Time |
|---|---|---|
| Sharon Abrams | March 13, 2006 | 10:00 a.m. |
| Christopher Guttridge | March 17, 2006 | 10:00 a.m. |
| Peter Howe | April 14, 2006 | 10:00 a.m. |