IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BE&K ENGINEERING COMPANY )<br>(SUBSIDIARY OF BE&K, INC.), )<br>)<br>Defendants. ) | Civil Action No.<br>05-CV- 00697 (SLR) |

## NOTICE OF SERVICE

I, Woody Anglade, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **February 14, 2006**, I deposited the following document:

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**

By United States Mail, causing said document to be delivered to counsel at the following address:

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

BY: *Woody Anglade*
WOODY ANGLADE
Trial Attorney
U.S. EEOC
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
(215) 440-2814

Dated: February 14, 2006