IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:05-cv-00697-SLR |
| BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE & K, INC.), | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, hereby certify that on February 20, 2006, I caused two (2) copies of Defendant's Response to Plaintiff EEOC's First Request for Production of Documents to be served upon the following counsel of record:

**VIA FIRST CLASS MAIL**
Woody Anglade, Esquire
U.S. Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ MMDiB*

Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: February 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2006, I electronically filed a true and correct copy of Notice of Service of Defendant's Response to Plaintiff EEOC's First Request for Production of Documents with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Woody Anglade<br>
Trial Attorney<br>
Equal Employment Opportunity Commission<br>
Philadelphia District Office<br>
21 South 5th Street, Suite 400<br>
Philadelphia, PA 19106

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: February 20, 2006