IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE & K, INC.),<br><br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 1:05-cv-00697-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, hereby certify that on February 20, 2006, I caused two (2) copies of Defendant's Answer to Plaintiff EEOC's First Set of Interrogatories to be served upon the following counsel of record:

**VIA FIRST CLASS MAIL**
Woody Anglade, Esquire
U.S. Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ M. DiBianca_
Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: February 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2006, I electronically filed a true and correct copy of Notice of Service of Defendant's Answer to Plaintiff EEOC's First Set of Interrogatories with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Woody Anglade
> Trial Attorney
> Equal Employment Opportunity Commission
> Philadelphia District Office
> 21 South 5th Street, Suite 400
> Philadelphia, PA 19106

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ MMDiBi
> _____
> Teresa A. Cheek, Esquire (No. 2657)
> Margaret M. DiBianca, Esquire (No. 4539)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-5008
> Facsimile: (302) 576-3476
> Email: mdibianca@ycst.com
> Attorneys for Defendant

Dated: February 20, 2006