IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-CV- 00697 (SLR) |
| v. | ) ) ) | |
| BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE&K, INC.), | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I, Woody Anglade, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **March 10, 2006**, I deposited the following document:

**PLAINTIFF'S SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT**

By Fax and United States Mail, causing said document to be delivered to counsel at the following address:

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

BY:   /s/ Woody Anglade
WOODY ANGLADE
Trial Attorney
U.S. EEOC
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
(215) 440-2814

Dated: March 10, 2006