IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE&K, INC.), <br><br> Defendants. | Civil Action No. <br> 05-CV- 00697 (SLR) |

## STIPULATION TO EXTEND DISCOVERY

Plaintiff EEOC, by and through its counsel, Woody Anglade, and Defendant, BE&K Engineering Company, by and through its counsel, Margaret M. DiBianca, agree and stipulate to the following request:

1. All discovery shall be commenced in time to be completed by June 30, 2006.

2. Reports for retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by May 1, 2006. Rebuttal expert reports due by June 1, 2006.

3. All case dispositive motions shall be served and filed with an opening brief on or before August 31, 2006.

The parties respectfully request a thirty (30) day extension of discovery to accommodate the schedules of counsel and proposed deposition witnesses. No other extensions have been requested.

Respectfully submitted,

/s/ Woody Anglade
Woody Anglade, Esq.
Trial Attorney
U.S. EEOC
21 South 5th Street, Suite 400
Philadelphia, PA
(215) 440-2814
woody.anglade@eeoc.gov

Margaret M. DiBianca, Esq. (No. 4539)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
(302) 571-5008
mdibianca@ycst.com

Dated: April 3, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vi.<br><br>BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE&K, INC.),<br><br>Defendants. | Civil Action No<br>05-CV- 00697 (SLR) |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Stipulation to Request an Extension of Discovery by both parties, it is hereby ORDERED:

That the Stipulation to Request an Extension by thirty (30) days for the date that all discovery shall be commenced in time to be completed by June 30, 2006 is HEREBY GRANTED

That the Stipulation to Request an Extension by thirty (30) days for the date that reports for retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by May 1, 2006; rebuttal expert reports due by June 1, 2006 is HEREBY GRANTED

That the Stipulation to Request an Extension by thirty (30) days for the date that all summary judgment motions shall be served and filed with an opening brief to be on or before August 31, 2006 is HEREBY GRANTED

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE