IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action. No. 05-697-KAJ |
| BE & K ENGINEERING COMPANY, a subsidiary of BE & K, INC., | : : : | |
| Defendants. | : : | |

**NOTICE OF SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE**

    Notice is hereby given to the substitution of Douglas E. McCann in place of Rudolph Contreras as the attorney for the Plaintiff in the above-captioned case.

    Respectfully Submitted,

    COLM F. CONNOLLY
    United States Attorney


BY: /s/ Douglas E. McCann
    Douglas E. McCann
    Assistant United States Attorney
    Delaware Bar I.D. No. 3852
    The Nemours Building
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, Delaware 19899-2046
    (302) 573-6277
    douglas.mccann@usdoj.gov

Dated: April 12, 2006

## CERTIFICATE OF SERVICE

      I, Douglas E. McCann, hereby certify that I caused copies of the foregoing Notice of Substitution of Counsel and Entry of Appearance to be served this 12th day of April, 2006 on the following counsel in the manner indicated:

**BY CM/ECF**

Margaret M. DiBianca, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-5008


    /s/ Douglas E. McCann
Douglas E. McCann (#3852)