## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

April 13, 2006

Douglas E. McCann, Esq.
Assistant U.S. Attorney
1007 Orange Street - #700
Wilmington, DE   19801

Margaret M. DiBianca, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street - 17th Fl.
Wilmington, DE   19801

Woody Anglade, Esq.
EEOC
21 S. 5th Street - #400
Philadelphia, PA   19106

Re:   EEOC v. BE&K Engineering Company
      Civil Action No. 05-697-KAJ

Dear Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court