# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BE&K ENGINEERING COMPANY )<br>(SUBSIDIARY OF BE&K, INC.), )<br>)<br>Defendants. ) | Civil Action No.<br>05-CV- 00697 (SLR) |

## NOTICE OF SERVICE

I, Woody Anglade, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **April 20, 2006**, I deposited the following document:

### NOTICE OF DEPOSITION FOR BAKER AND SHOEMAKER

By United States Mail, causing said document to be delivered to counsel at the following address:

> Margaret M. DiBianca, Esq.
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19801

BY: /s/ Woody Anglade
WOODY ANGLADE
Trial Attorney
U.S. EEOC
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
(215) 440-2814

Dated: April 20, 2006

