IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>        v.<br><br>BE&K ENGINEERING COMPANY,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-697-SLR<br>:<br>:<br>:<br>: |

**NOTICE OF SUBSTITUTION OF COUNSEL**
**AND ENTRY OF APPEARANCE**

Notice is hereby given to the substitution of Douglas E. McCann, Assistant U.S. Attorney, in place of Rudolph Contreras as the attorney for the Defendant in the above-captioned case.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney


BY: _____/s/_____
    Douglas McCann
    Assistant United States Attorney
    Delaware Bar I.D. No. 3852
    The Nemours Building
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277

Dated:    April 26, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT<br>  OPPORTUNITY COMMISSION, | :<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | : Civil Action No. 05-697-SLR |
| BE&K ENGINEERING COMPANY, | :<br>:<br>: |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 26th day of April I caused copies of the foregoing Notice of Substitution of Counsel and Entry of Appearance to be served on the following counsel in the matter indicated as follows.:

        Margaret M. DiBianca
        Young, Conaway, Stargatt & Taylor
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-039

        /s/
        Marie Steel
        Legal Assistant