United States Equal Employment Opportunity Commission
Philadelphia District Office
21 S. 5ᵗʰ Street, Suite 400
Philadelphia, PA 19106
(215) 440-2642
Woody Anglade, Trial Attorney

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | **Civil Action No. 05-CV-00697 (KJ)** |
| v. | ) ) | |
| BE&K ENGINEERING COMPANY, (SUBSIDIARY OF BE&K, INC.) | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF DEPOSITION

TO:   Margaret M. DiBianca, Esq.
        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff, the United States Equal Employment Opportunity Commission, will take the testimony by oral depositions of the individuals noted on Schedule A, at the dates and times iindicated therein, at the law offices of Young Conaway Stargatt & Taylor, LLP The Brandywine Building, 1000 West Street, 17ᵗʰ Floor, Wilmington, DE 19801.

1

All depositions will continue until completed and will be used for all purposes permitted under the Federal Rules of Civil Procedure.

Sincerely,

JACQUELINE MCNAIR
Regional Attorney

WOODY ANGLADE
Trial Attorney
U.S. EEOC
21 S. 5th Street, Suite 4000
Philadelphia, PA 19106
(215) 440-2814

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Deposition was electronically filed

this day of June 9, 2006 with the Clerk of Court using CM/ECF.

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

Woody Anglade
Trial Attorney
U.S. EEOC
21 S. 5th Street, Suite 4000
Philadelphia, PA 19106
(215) 440-2814

3

## Schedule A

| Name | Date | Time |
|------|------|------|
| John Trexler | June 21, 2006 | 9:00 a.m. |