IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:05-cv-00697-KAJ |
| BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE & K, INC.), | ) ) ) | |
| Defendants. | ) ) | |

## <u>NOTICE OF SERVICE</u>

I, Margaret M. DiBianca, Esquire, hereby certify that on June 12, 2006, I caused a

copy of Defendant's Supplemental Responses to Plaintiff's Third Request for Production of

Documents to be served upon the following counsel of record:

**VIA FIRST CLASS MAIL**
Woody Anglade, Esquire
U.S. Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: June 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically filed a true and correct copy of

Notice of Service of Defendant's Supplemental Response to Plaintiff EEOC's Third Request for

Production of Documents with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following counsel of

record:

Woody Anglade
Trial Attorney
Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email:  mdibianca@ycst.com
Attorneys for Defendant

Dated:  June 12, 2006