**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-697-KAJ |
| v. | ) ) ) | |
| BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE&K, INC.), | ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND BRIEFING SCHEDULE

It is hereby stipulated by and between the parties in the above-captioned matter that the briefing schedule shall be extended as follows: (1) Defendant's Motion for Summary Judgment and Opening Brief in Support Thereof will be due Tuesday, September 5, 2006; (2) Plaintiff's Answering Brief will be due on or before September 27, 2006; and (3) Defendant's Reply will be due on October 9, 2006.

Respectfully submitted,

| | |
|---|---|
| /s/ Woody Anglade, Esq. | /s/ Margaret M. DiBianca, Esq. |
| Woody Anglade, Esq. | Margaret M. DiBianca, Esq. (No. 4539) |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 21 South 5th Street, Suite 400 | The Brandywine Building, 17th Floor |
| Philadelphia, PA | 1000 West Street, P.O. Box 391 |
| Telephone: (215) 440-2814 | Wilmington, Delaware 19899-0391 |
| Facsimile: (215)440-2632 | Telephone: (302) 571-5008 |
| woody.anglade@eeoc.gov | Facsimile: (302) 576-3476 |
| Attorneys for Plaintiff | mdibianca@ycst.com |
| | Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge