IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff | ) | C.A. No. 05-697-KAJ |
| v. | ) ) | |
| BE&K ENGINEERING COMPANY, (subsidiary of BE&K, Inc.), | ) ) | |
| Defendant | ) | |

### NOTICE OF FILING WITH CLERK'S OFFICE

NOTICE IS HEREBY GIVEN that the document listed below has been manually filed with the Court due to its voluminous size and is maintained in paper form only in the case file in the Clerk's Office:

1. Appendix in Support of Defendant BE&K's Motion for Summary Judgment

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Teresa A. Cheek (Bar I.D. 2657)
Margaret M. DiBianca (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676; 571-5008
Facsimile: (302) 576-3286; 576-3476
Email: tcheek@ycst.com; mdibianca@ycst.com
Attorneys for Defendant

DATED: September 5, 2006

IN THE UNITED STATES DISTRICT COURT IN AND
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>            Plaintiff<br><br>    v.<br><br>BE&K ENGINEERING COMPANY<br>(subsidiary of BE&K, Inc.),<br>            Defendant | )<br>)<br>)<br>) C.A. No. 05-697-KAJ<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, I electronically filed a true and correct copy of **Notice of Filing with Clerk's Office** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Woody Anglade
Trial Attorney
Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106


YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. Di Bianca
Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: September 5, 2006