## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 05-697-SLR |
| BE&K ENGINEERING COMPANY, (SUBSIDIARY OF BE&K, INC.), | : : : |
| Defendant. | : : |

## **ORDER**

At Wilmington this **21st** day of **September, 2006**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, October 18, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE