## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 05-697 (SLR) |
| v. | ) ) | |
| BE&K ENGINEERING COMPANY, (Subsidiary of BE&K, Inc.) | ) ) ) | |
| Defendant _____ | ) ) | |

## APPENDIX TO PLAINTIFF, EEOC'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Jacqueline H. McNair,
Regional Attorney
Judith O'Boyle,
Supervisory Trial Attorney

Woody Anglade,
Trial Attorney
Equal Employment Opportunity
Commission
Philadelphia District Office
21 S.5[th] Steret, Suite 400
Philadelphia, PA 19106
(215) 440-2814

COLM F. CONNOLLY
United States Attorney

Douglas McCann
Civil Chief
Delaware Bar I.D. No. 2901
The Nemours Bldg.
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

Dated: September 27, 2006

## TABLE OF CONTENTS

(1993-02-05) BE&K Letter of Employment Confirmation to Perez………………….B1

(2002-02-12) Perez Performance Review…………………………………………..B3

2001 Perez List of Accomplishments…………………………………………… B5

(2003-02-18) Perez Performance Review………………..………………………B6

(2003-03-12) Perez Performance Review……………………………………….B8

(2003-03-26) Wunder Performance Review…………………………………….B10

(2003-09-24) Lin Performance Review………………………………………….B12

BE&K Termination Record of Perez…………………………………….………B14

2003 Terminations…………………………………………………………...B15

(2004-02-18) Tweed Performance Review……………………………………...B17

(2004-03-19) Wunder Performance Review…………………………………….B19

EEOC Charge of Discrimination……………………………………………….B21

(2004-07-21) BE&K Position Statement to EEOC………………………………. B22

(2004-08-06) BE&K Letter to EEOC …………………………………….…...B25

BE&K Termination Chart ………………………………………………….B28

2004 Terminations………… ………………………………………………...B29

EEOC ADEA Complaint……………………………………………………...B30

Deposition Testimony of Juan Obed Perez ………………………………….....B37

Perez Resume…………………………………………………………………B119

Deposition Testimony of Christopher Guttridge……………………………..B121

Deposition Testimony of Sharon Abrams …………………………………...B145

Deposition Testimony of Peter Howe …………………………………………B158

BE&K Active Employee List (as of Nov. 2003)……………………………………..B206

BE&K Delaware Project List (as of Nov. 2003) …………………………………….B207

BE&K Perez Time Records……......…………………………………………………B208

Deposition Testimony of Jack R. Baker …………………………………………..B221

Deposition Testimony of Daniel M. Dayton…………………………………………B231

Deposition Testimony of Robert J. Shoemaker………………………………………B234

BE&K Employee Time Records...……………………………………………………B243

Deposition Testimony of John Trexler………………………………………………..B246

BE&K Delaware Project List…………………………………………………………B273

Affidavit of Joseph Danese………………………………………………………...B274

Exhibits to Affidavit of Joseph Danese……………………………………………B276

Letter from Narayan Swamy…………………………………………………………B285

Affidavit of Juan Obed Perez……………………………………………………….B286