Alfred L. Harris
August 6, 2004
Page 3

If you need any additional information please let me know.

Sincerely,

*Nick Bouler* /pgt

Nicholas Bouler
Deputy General Counsel

NB\pgt
Attachment

**B 27**

EE0C0000000075

TERMINATIONS

Month: December, 2004

| Name | Gender | Race | Age | Position | Years Service | Date of Hire | Date of Termination | Recall |
|---|---|---|---|---|---|---|---|---|
| Juan Obed Perez | M | A | 52 | Senior Engineer | 3* | 3/1/2000 | 11/1/2003 | No |
| Prabhakar Sharma | M | A | 52 | Project Engineer | 4 | 3/14/2000 | 5/17/2004 | No |
| Dick Robbins | M | W | 64 | Design Specialist | 8 | 1/2/1996 | 5/21/2004 | Yes - Allstates |
| Nasim Hassan | M | A | 62 | Project Engineer | 10 | 7/19/1994 | 6/4/2004 | No |
| Andrea Gerwig | F | W | 40 | Senior Engineer | 12 | 8/17/1992 | 6/30/2004 | Yes - Allstates |

* Obed previously worked at BE&K from 2/22/93 to 9/27/93

**B 28**

D61

## 2004 TERMS

| Name | Gender | Race | Age | Performance Rating | Years of Service | Comments | Vacation Entitlement | Severance | Paid Cobra | Term Eff. Date |
|------|--------|------|-----|--------------------|------------------|----------|----------------------|-----------|------------|----------------|
| Carl R. Nuckowski | M | 6 | 33 | B | 2 | Resigned | | n/a | | 1/16/2004 |
| Virgil Rayneri | M | 6 | 39 | n/a | 11 mos | Resigned | | 4 weeks | N/A | 1/27/2004 |
| Brent E. Harris | M | W | 63 | B | 12 | R.O.F. | | 4 weeks | N/A | 2/27/2004 |
| Stephanie Medley | F | W | 17 | (student co-ed) | 8 mos. | Terminated | n/a | n/a | n/a | 2/27/2004 |
| Robert Pinson | M | 6 | 60 | | 82 mos. | Transfer to B'ham | - | | | 4/1/2004 |
| Michael F. DiMarco | M | W | >4 | B- | 9 | Out of work | Thurs., May 13 | $86,737.55 | 4 wks | 3 months |
| Michael Ellwein | M | W | 18 | Student | n/a | Poor Performance | Thurs., May 27 | n/a | n/a | n/a |
| Jeffrey Harder | M | W | 47 | A- | 8 | Out of work | Friday, May 21 | $51,542.40 | 4 wks | 3 mos. |
| Laurence W. Palmer | M | W | 56 | C- | 8 | Resignation | Friday, May 14 | $62,375.00 | n/a | n/a |
| Richard C. Robbins | M | W | 64 | B | 8 | Running out of work | Fri, May 21 | $95,081.50 | 4 wks | 3 months |
| Prabhakar Sharma | M | A | 52 | B | 4 | on CO for 6 mos. | Mon., May 17 | $111,492.30 | 2 wks | 2 months |
| Terry Taylor | M | W | 66 | B+ | 3 | Hired for large jobs PM. Has run EPC office . Only partially billible and only on small jobs | Thurs., May 27 | $126,104.00 | 2 wks | 2 months |
| Thomas J. Zadnik | M | W | 64 | C | 9 | Out of Work | Thurs., May 13 or Friday, May 14 | $86,216.00 | 4 wks | 3 months |
| Charlie Myers | M | W | 61 | B- | 6 | Out of work | Monday, May 31 | $72,673.69 | 4 wks/$5,590 | 3 months |
| Al Corliss | M | W | 61 | B- | 12 | Out of work | Friday, May 28 | $72,696.00 | 4 wks/$5,592 | 3 months |
| Swami Kalyanam | M | A | 67 | B- | 8 | Out of work | Friday, May 28 | $95,619.36 | 4 wk/$7,355.30 | 3 months |
| Cotrell, Brenda | F | W | 57 | B- | 9 | move to A/S | 6/4/2004 | $59,400.00 | n/a | n/a |
| Ivy, James H. | M | W | 50 | B+ | 3 | move to A/S | 6/4/2004 | $55,893.84 | n/a | n/a |

D03311

B 29

United States Equal Employment Opportunity Commission
Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA 19106

Woody Anglade
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.    0 5    6 9 7 |
| BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE & K, INC.), | ) ) ) | COMPLAINT JURY TRIAL DEMAND |
| Defendants. | ) ) | |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age, and to provide appropriate relief to Juan Perez who was adversely affected by such practices. As alleged with greater particularity in Paragraph 7 below, the Commission alleges that Defendant, BE & K Engineering Company (Subsidiary of BE & K, Inc.), discriminated against Mr. Perez, based on his age, then age fifty-four (54), when he was terminated from his Senior Process Engineer position, despite Defendant recently hiring a significantly younger and less qualified Engineer. As a result of the alleged discrimination, Mr. Perez suffered income and backpay losses.

**B 30**

1

## JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Delaware.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4.     At all relevant times, Defendant, BE & K Engineering Company, (Subsidiary of BE & K, Inc.) (the "Employer" or "BE & K"), has continuously been doing business in the State of Delaware and the City of Newark, and has continuously had at least 20 employees.

5.     At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

2

B 31

CONCILIATION

6.      Prior to the institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

STATEMENT OF CLAIMS

7.      Since at least 2003, the Defendant Employer has engaged in unlawful employment practices by unlawfully subjecting Juan Perez to disparate treatment based upon his age, then age fifty-four (54), in violation of Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b).  The unlawful employment practices include, but are not limited to, the following:

(a)      In or about February 1993, Mr. Perez began working for Defendant as a Lead Engineer.  At that time, he had earned his Bachelor's Degree in Engineering in 1975 and had extensive years of experience as an Engineer.  Later that year, he began working for a Refining Company as a Senior Process Engineer.  In 1997, he went to work for another Refining Company as a Senior Process Engineer.

(b)      In or about 1999, Mr. Perez returned to Defendant, BE & K, and began working as a Senior Process Engineer.

(c)      At all relevant times during his employment with Defendant, Mr. Perez received good performance evaluations and never received any disciplinary actions.

(d)      In January 2003, Mr. Perez was informed by his Manager that the work load was slow, and the work outlook "looked pessimistic."  However, Juan Perez continued to work as

3

B 32

requested.

(e)    In July 2003, Mr. Perez noticed that Defendant hired a less qualified and significantly younger recent college graduate, age twenty-two (22), to a less Senior Engineer 2 position. Defendant told the young college graduate upon his hire, that BE & K was looking to hire younger Engineers.

(f)    On or about November 21, 2003, Mr. Perez was laid off. He was fifty-four (54) years old at the time. Defendant subsequently discharged four (4) other Engineers, all ranging in age from 41-64.

(g)    Juan Perez immediately questioned his termination and the hiring of the younger and less qualified college graduate with his Manager, given that Mr. Perez was told that the workload was slow and he could have been retained. The Manager responded that Defendant "needed to start hiring younger people to rejuvenate the workforce."

(h)    At the time of Mr. Perez's termination, he had almost thirty (30) years of experience as an Engineer and was widely respected by his colleagues for his work.

(8)    The effect of the practices complained of in paragraph 7(a)-(h) above have been to deprive Juan Perez of equal employment opportunities and otherwise adversely affect his status as an employee, because of his age.

(9)    The unlawful employment practices complained of in paragraphs 7(a)-(h) above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining Defendant Employer, its officers, successors,

4

B 33

assigns and all persons in active concert or participation with it, from engaging in discrimination based on age, and any other employment practices which discriminate based on age and because of protected activity.

      B.      Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

      C.      Order Defendant Employer to make Juan Perez whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful place reinstatement of Juan Perez, or frontpay, in lieu thereof, if reinstatement is not feasible.

      D.      Order Defendant Employer to pay Juan Perez liquidated damages for its willful conduct described in paragraph 7(a)-(h) above, in amounts to be determined at trial.

      E.      Grant such further relief as the Court deems necessary and proper in the public interest.

      F.      Award the Commission its costs of this action.

5

**B 34**

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

JAMES E. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel


JACQUELINE H. MCNAIR
Regional Attorney


JUDITH A. O'BOYLE
Supervisory Trial Attorney


WOODY ANGLADE
Trial Attorney


EQUAL    EMPLOYMENT    OPPORTUNITY
COMMISSION
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106
(215) 440-2814 (PHONE)
(215) 440-2848 (FAX)

6

**B 35**

COLM F. CONNOLLY
United States Attorney


RUDOLPH CONTRERAS
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street
Suite 700
Post Office Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

7

**B 36**

Juan Obed Perez

```
1      A.    Jeff is, if I recall, he is 31.

2      Q.    And Christopher?

3      A.    19.

4      Q.    Is Jeff from your first marriage?

5      A.    That's correct.

6      Q.    And Chris is from your current wife?

7      A.    Second.

8      Q.    And does Christopher live with you?

9      A.    Yes.

10     Q.    Have you ever been a party to any other lawsuits?

11     A.    No, I haven't.

12     Q.    Have you ever filed any charge or complaint with

13  any governmental agency regarding your employment with

14  your employers other than BE&K?

15     A.    No, no.

16     Q.    Have you ever been sued?

17     A.    No.

18     Q.    And have you ever been discriminated against by

19  anyone other than BE&K, including landlord, other private

20  club, any other employers?

21     A.    Not officially.

22     Q.    What do you mean, not officially?

23     A.    Well, everybody discriminates, you know, in terms

24  of friends or -- well, not friends, people like you know,
```

**W&F**

**WILCOX & FETZER LTD.**
Registered Professional Reporters

**B 37**

Juan Obed Perez

```
 1   especially when you have an accent.

 2        Q.   Okay.  Do you feel you have experienced some

 3   discrimination based on nationality, perhaps?

 4        A.   To a point.

 5        Q.   What about age outside of the context of BE&K?

 6        A.   No.

 7        Q.   Your age?

 8        A.   57.

 9        Q.   And your date of birth?

10        A.   February 27, 1949.

11        Q.   We are going to jump to education now.  Starting

12   way back in high school.  What high school did you

13   attend?

14        A.   I was in Puerto Rico.  The name of the school is

15   Juan, like my first name, Jose Osuna, O-S-U-N-A.

16        Q.   J. J. Osuna, is that what it is called?

17        A.   Yes.

18        Q.   What year did you graduate?

19        A.   '67.  A long time ago.

20        Q.   Not that long.  And did you go to college after

21   that?

22        A.   Yes.

23        Q.   Did you go straight from high school into

24   college?
```



```
 1        A.    Yes.

 2        Q.    What college or colleges did you attend?

 3        A.    Stevens.

 4        Q.    Stevens?

 5        A.    Institute of technology in Hoboken, New Jersey.

 6        Q.    What year did you graduate?

 7        A.    '75.

 8        Q.    Did you graduate with a degree?

 9        A.    Yes, ma'am.

10        Q.    What was that degree?

11        A.    Chemical engineer.  Degree in engineering,

12   chemical engineering.

13        Q.    Is that a Bachelors of Science?

14        A.    It is a Bachelor in Engineering, which is kind of

15   different from other school.  It is Bachelor in Science

16   of Engineering.

17        Q.    Okay.  And you said chemical engineering?

18        A.    Yes.

19        Q.    I'm sorry.  Post-graduate, did you have any

20   additional college or post-college experience?

21        A.    My first job was in Corpus Christi, Texas, that I

22   got from Stevens.

23        Q.    So you went from Stevens to your first full-time

24   employment?
```



**B 39**

**WILCOX & FETZER LTD.**
Registered Professional Reporters

Juan Obed Perez

```
 1   because Bechtel had kind of a small office in Pottstown,
 2   Pennsylvania, and some of the people will kind of commute
 3   from there.
 4        Q.   But you worked right at the Chevron?
 5        A.   Correct.
 6        Q.   And that was in south Philly, you said?
 7        A.   Yes.
 8        Q.   Now, where were you living at this time?
 9        A.   In Delaware.  I was commuting.
10        Q.   And this was at the Greenbank address?
11        A.   No.  Prior, because that was prior to moving to
12   New Jersey.  I lived in Newark, Delaware.
13        Q.   You drove to Philly to go to Chevron?
14        A.   Correct.
15        Q.   How many days a week?
16        A.   Five days.
17        Q.   What was your job title at Bechtel?
18        A.   It was a lead engineer.
19        Q.   Oh, lead engineer, okay.  I thought you said
20   elite.  That was pretty fancy.
21        A.   No, no.
22        Q.   Now, I'm going to ask you a lot of questions
23   today that are terminology based just so I can get an
24   understanding of hearing things.  So forgive me if they
```

Juan Obed Perez

31

1   are to you very dumb questions.   But for a lead engineer,

2   is that all still in the process group?

3        A.   It is in the process group, and basically, I'm

4   kind of overlooking, it was about three engineers.

5        Q.   Okay.   So lead indicates that you have some

6   engineers under you that you supervise?

7        A.   Correct, and leading the group.

8        Q.   Making sort of project decisions?

9        A.   Correct, and guidance to younger engineers.

10       Q.   Is a lead engineer above a technical service

11  engineer, or same?   Or just a different --

12       A.   Well, tech service is out of the engineering type

13  of -- engineering is pretty much design.   Tech service is

14  pretty much kind of in the operating field.

15       Q.   So is technical service really, it is more fixing

16  problems?

17       A.   Yes.

18       Q.   Would that be fair?

19       A.   Yes.

20       Q.   Okay.   Whereas lead engineer is --

21       A.   More design type of work.

22       Q.   Now, when you were a technical service engineer

23  at Star, switching over to lead engineer, did you need

24  any sort of skills to make that, additional skills to

Juan Obed Perez

1      A.    Basically, what I have explained before, that the
2  rumors were that Sun Oil was going to acquire the Chevron
3  refinery and most likely we were not going to be needed.
4  And instead for me waiting for that moment, I decided to
5  go ahead and look for a job some place else.
6      Q.    And your concerns did, in fact, come true?
7      A.    Yes.
8      Q.    I'm done with this one for now.
9            You know what, actually I'm going to go back
10  to this just for one second.  That letter doesn't
11  indicate in your type, in your typewritten document, what
12  the date of the letter was.  But there seems to be a
13  stamp by someone on the top right-hand indicating
14  February 1, and that looks like 1993 to me.
15     A.    That's correct.
16     Q.    Do you think that's the approximate date?
17     A.    That's right.
18     Q.    Now, the letter said you had met with him, Mr.
19  Fraser, on August 6, 1992.  So between August 6 and
20  February 1, 1993 did you have any other communications
21  with BE&K?
22     A.    I had communication with a fellow called John
23  Trexler.
24     Q.    John Trexler?



Juan Obed Perez

47

1  BE&K?

2      A.   No, I haven't.

3      Q.   And you said you filled out a job application at

4  BE&K?

5      A.   That's correct.

6      Q.   I'll move that in.

7              (Perez Deposition Exhibit 2 was marked for

8  identification.)

9      Q.   Okay.  So is this the application that you

10 completed for BE&K?

11     A.   Let me see the year here.  That's correct.

12     Q.   On the last page of this, which is EEOC 146, that

13 Bates stamp is kind of covering the date, but can you

14 make out the date underneath that?

15     A.   It looks like February maybe 26, '93.

16     Q.   It looks like February 26'ish, 1993?

17     A.   Well, yes.  Because my birthday was the 27th, and

18 I kind of remember.

19     Q.   Remember.

20     A.   I know that it was either 27 -- I mean 26,

21 because my birthday was the 27th.

22     Q.   So when did you complete the application in

23 comparison to getting the offer?

24     A.   That's kind of hard to tell.          B 43



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Juan Obed Perez

1     Q.    Engineers?

2     A.    Right.  I mean they have rate, an hourly rate,

3 but it is basically on salary basis.

4     Q.    Okay.  What was the job title at BE&K when you

5 started?

6     A.    I would say process engineering.  That's pretty

7 much.

8     Q.    Process engineering?

9     A.    Yes.

10     Q.    Now, is there a difference between process

11 engineer and senior process engineer?

12     A.    Well, the amount of time that you have in that

13 professional area.

14     Q.    Experience, basically?

15     A.    Experience.

16     Q.    So when you started you were originally a process

17 engineer?

18     A.    As I recall, yes.

19     Q.    Now, what are the necessary qualifications for a

20 process engineer?

21     A.    Well, it is a branch of chemical engineering that

22 deals with chemical processes.  That's a quick definition

23 that I could give you.

24     Q.    And not to make it too dumbed down, but chemical



Juan Obed Perez

1   process engineer, sort of who is above that person, who

2   is below that person?  If you are coming up in the ranks

3   what steps do you take?

4        A.   Well, in my case the first time that I went to

5   work for BE&K was Mr. Fraser was the manager.

6        Q.   A process manager?

7        A.   Yes.  The department manager.

8        Q.   Right, okay.  And that's the highest in your

9   group?

10       A.   Yes.

11       Q.   And then who would be below the manager?

12       A.   Project, the project engineer.

13       Q.   Project engineer.  And were there more than one

14  project engineers?

15       A.   Well, there is pretty much one that is in charge

16  of the entire project.

17       Q.   So one per project; is that correct?

18       A.   Yes.  But I was working for a particular project.

19       Q.   Okay.  And then below the project engineer for

20  that project was who?

21       A.   Pretty much this discipline had, I wouldn't call

22  it -- it is like a department.  Like in the case of Mr.

23  Pete Howe, he was a process manager, which is exactly the

24  same, the position of Mr. Fraser had, and then there is a

Juan Obed Perez

1      A.   I think it was seven months.  Again, it was

2  before my wedding anniversary.  So they are kind of key,

3  key dates.

4      Q.   How many projects did you work on during that

5  period?

6      A.   I will say two.

7      Q.   Two projects.  Do you remember the length of

8  time?

9      A.   Well, it has to be less than seven months.  The

10  very first one I think they were wrapping up, so I will

11  say maybe two months.

12      Q.   The project had already begun when you started?

13      A.   I'm sorry?

14      Q.   The project had already gotten started when you

15  began your employment?

16      A.   Yes, yes.

17      Q.   The second project, how long?  That lasted for

18  the duration?

19      A.   Yes.

20      Q.   Was there overlap between the first and the

21  second?  Were you working on them at the same time?

22      A.   Not really.  As soon as your part, it is over,

23  they can pull you in.

24      Q.   You were full-time, 40 hours, through the whole

1    period?

2        A.    Correct.

3        Q.    How many other engineers were on project 1?

4        A.    John Trexler was involved in that project and

5    myself.

6        Q.    Anyone else?

7        A.    Not that I recall.

8        Q.    How about project number 2, how many engineers o

9    that?

10       A.    Let me go back to the prior question.  When you

11   said how many engineers were involved, in terms of my

12   discipline, process engineer?

13       Q.    Yes.  Thank you for clarifying.  For the rest of

14   the time I'm only going to be talking about Process

15   Department.  So if I vary from that I'll make sure I

16   spell it out for you.  Otherwise, I'm definitely talking

17   about process.

18       A.    Okay.

19       Q.    Then your answer regarding you and John Trexler

20   were the only process engineers on the first project,

21   that is correct?

22       A.    That is correct.

23       Q.    And how about on the second project?

24       A.    As I recall, we were two.

1    Q.    Was that you and John Trexler also?

2    A.    No.  This was a fellow that I don't recall his

3    name.  He is no longer with BE&K.

4    Q.    Did he leave before your 1993 employment ended?

5    A.    Yes.

6    Q.    Was he an All States employee?

7    A.    No.  He was paid for by BE&K directly.

8    Q.    Was he laid off?

9    A.    Yes.

10   Q.    Now, as between you and John Trexler, did you

11   have different roles for project number 1?

12   A.    Since John -- well, John was kind of more senior

13   than I, so he had, maybe he was overlooking what I was

14   involved with, and at the same time working together.

15   Q.    Without violating your confidentiality agreement,

16   who were the clients for projects 1 and 2?

17   A.    DuPont was the second one.  The very first one

18   was a company in Mobile, Alabama, and I don't recall.

19   Q.    Mobile, Alabama, though, was where their

20   headquarters or corporate --

21   A.    Right.

22   Q.    And did you work for both projects at the Newark

23   BE&K facility?

24   A.    Correct.                    **B 48**



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Juan Obed Perez

69

1      Q.   Did you ever have occasion to go off-site for

2 those projects?

3      A.   The second project, the DuPont project, I went to

4 Corpus Christi, Texas.

5      Q.   How many times?

6      A.   As I recall, only once.

7      Q.   Do you remember the length of time you had to go?

8      A.   Three or four days at most.

9      Q.   Okay.  And did you complete project number 2?

10     A.   Correct.

11     Q.   And then what happened after you completed it?

12     A.   Well, pretty much that was about the time, after

13 the week of completion, that then they lay me off.

14     Q.   About one week, you said?

15     A.   Around, you know.

16     Q.   Less than a month?

17     A.   Yes.

18     Q.   And probably you think less than two weeks?

19     A.   I don't recall.

20     Q.   Fair enough.  So you finished project number 2

21 and then less than a month after that you were laid off;

22 is that correct?

23     A.   That's correct.

24     Q.   Did you have any intermediate work between the

**W&F**

**WILCOX & FETZER LTD.**
Registered Professional Reporters

**B 49**

Juan Obed Perez

1      Q.    Did Walt Frazer given you any explanation as to

2   why you were being laid off?

3      A.    Well, typical explanation of lack of work.

4      Q.    You said typical?

5      A.    Typical, you know.  I'm saying typical because

6   engineering companies, when you are laid off, that's what

7   you get as an answer.

8              And again, I, like I do all the time, if, to

9   reinforce to myself that has not been my performance, I

10  ask him, and he said no, that's not the issue.

11     Q.    You were rehired later?

12     A.    That's correct.

13     Q.    So it would make sense that your performance was

14  accurate or adequate?

15     A.    Yes.

16     Q.    Now, do you think that Walt Frazer had an age

17  bias, some kind of discrimination against you?

18     A.    I couldn't tell.  I couldn't tell personally.

19              I'm going to add a little bit more.  When

20  we, the group of us, were laid off, again, the days that

21  we were packing to go there were a group of very young

22  engineers coming in with their boxes.

23     Q.    This is in 1993?

24     A.    '93.

**B 50**



**WILCOX & FETZER LTD.**
Registered Professional Reporters