1    contact the engineering money project manager.  He

2    pretty much deals with approving, you know, projects

3    given to a particular engineering company.  Well, I

4    know this person very well.  My wife went to high

5    school with him and his wife.

6        Q.    What was his name?

7        A.    Bill Bell.

8        Q.    Okay.

9        A.    Not necessarily that means that, you know,

10   they're going to give us a project, but I remember

11   telling them the kind of work BE&K does, and what we

12   just wanted is just an opportunity to prove ourselves.

13              The project engineer that was going to

14   handle that particular project, I don't know if you're

15   following me --

16       Q.    Oh, yes, I am.  I'm with you.

17       A.    There is a project engineer that was going to

18   manage the project.  His name is Al Wujcik.

19       Q.    And that was a BE&K employee?

20       A.    No, I'm sorry.

21       Q.    That was a Motiva employee?

22       A.    Motiva employee.  Well it happens that I know

23   him very well because I work with him from 1978 to

24   1990, and we have, you know, outside friend, friendly



1    relationships with his family and mine.

2              So again, I don't want to give the

3    impression that because they know me, you know, in

4    general they are going to give the project.

5       Q.    But it helps.

6       A.    But it helps a lot because of my experience

7    with them and my performance with them.  So it happens

8    that they allow BE&K to be in the project.  BE&K

9    wanted this project very, very much because was going

10   to be the first one, the very first one, and they

11   wanted to prove them self for future, future projects.

12             And for this particular project, being a

13   lump sum, meaning that BE&K was going to do it for a

14   set cost, set amount of hours, they bid on it.  And

15   the way the whole estimate that was done in terms of

16   the man-hours required was not done as the regular

17   way.  Somebody in management, could be the project

18   manager, with maybe other experienced people, they

19   came up with the amount of engineering hours.

20      Q.    When you say project manager, you mean at BE&K

21   or Bill Bell?

22      A.    BE&K.  Mr. Tony Sinibaldi was in charge of

23   that, that project.  He was a manager.

24      Q.    Okay.



1    A.    So they did the negotiations with B and -- with

2    Motiva.  We were told, and I'm not the only person,

3    there were other people, that they bid, tried to bid

4    the lowest and they did the one below what normally

5    they had done the project to get in.  They thought

6    that, and the philosophy is that then by doing other

7    projects they would recover.

8          None of the disciplines that got involved

9    with that project as far as mine and as far as the

10   project engineer that was handling the project, they

11   told us, "You're going to work in this project, this

12   is the amount of hours that are allocated."  We didn't

13   have any, anything to say about the hours.  And I was

14   not the only that was kind of complaining about what

15   it has been done, not what BE&K did in a way, but we

16   know BE&K bid it pretty low.

17         Being that the case, then we worked with

18   what we were given.  And that makes it very difficult,

19   because at the same time they said these are the

20   strict hours.  You got to go by that, or then BE&K has

21   to absorb the extra hours that we may go over.

22   Q.    Now, let's look -- just give me one second

23   here.  Let's look at what Pete Howell said about that,

24   and let's see if you think that what he said was



1    pretty fair.  That would be on EEOC121, which is the

2    very last page.  And then it says, "Year in review,

3    What were the employee's accomplishments," and then he

4    starts to say "Obed worked."  If you want to just read

5    that and tell me what you think.

6        A.    What part is that, please?

7        Q.    I might not have highlighted it.

8        A.    Like the second --

9              MR. ANGLADE:  Right here.

10       A.    Oh, that one right there?  "Obed worked," okay.

11       Q.    Yes, just take a look at that.  And then when

12   you've had a chance to read it, tell me if you think

13   that's pretty fair.

14       A.    "On the Motiva CCR scrubber project as the

15   process engineer.  Project was completed with some

16   engineering overruns for various reasons.  Obed

17   learned a lot about lump sum projects while working on

18   this."

19       Q.    That's good, the rest of it is about Conoco.

20             So as far as that goes, did you think that

21   was pretty fair.

22       A.    Yes.  Because it was the first time that I

23   worked in a project like that, and you know, my

24   learning is that, you know, you are really tight on



1    the amount of hours.

2        Q.    Because he didn't say, he didn't say that it

3    was your fault for any reason, right?

4        A.    Correct.

5        Q.    Okay, good.  Okay.  Done with that.

6              Now, who was Mr. Howell's supervisor?

7        A.    Mr. Shumaker was the, as far as I remember, the

8    engineering manager who was above Pete Howell.

9        Q.    Now, as engineering manager, did he have just

10   process or was he in charge of more than the process?

11       A.    All the engineering department.

12       Q.    Okay.  Did you have a lot of interactions with

13   him, Mr. Shumaker?

14       A.    Not really; to say hi in the hall.

15       Q.    Now, did he have authority to hire and fire

16   without approval from others?

17       A.    Well, he needed a feedback from the manager

18   for, basically from Mr. Pete Howell.  Because Mr. Pete

19   Howell collects information about my performance based

20   on the project managers that I have worked with.

21       Q.    So he, Mr. Shumaker, didn't have enough

22   interaction directly with the engineers to make

23   decisions like that?

24       A.    That's correct.



1     A.    One difference is that he's in management, and

2  I was not.

3     Q.    Okay.

4     A.    For me that's a difference.

5     Q.    Well, let's go back for a second.  When he told

6  you about the decision to let you go, did he tell you

7  what the criteria was?

8     A.    I asked question, which is then the main, my

9  main concern, is my performance.

10    Q.    That's what he told you?  Or no --

11    A.    No, I asked.

12    Q.    Okay.

13    A.    His answer was in no way.  And I asked that

14 question in subsequent, I think it was one

15 telephone -- yeah, one telephone call, and I ask him

16 again, "Is it performance related?"  And he said no.

17            And the day that he was talking to me

18 about the layoff, I asked him if I could work less

19 hours during the week, which normally had been done

20 in periods that the workload, it's low.  And that

21 could be working half-day hours during the week or

22 maybe every other week, depending how, how they feel

23 about it.  And the answer was no.  All those questions

24 that I had in terms of, you know, according to my



1    Q.    So that is how you indirectly volunteered for

2    reduced pay?

3    A.    Yes.

4    Q.    Okay, good.  I understand.  Okay.  What about

5    if they said, if they had offered to give you, not

6    accepted the reduced hours that you had volunteered,

7    but instead they had said, "We can give you different

8    kind of work but it would be a reduced dollar per hour

9    rate"?

10              MR. ANGLADE:  Objection to the form.

11    Calls for speculation, compound -- and compound.

12              You can answer.

13    Q.    Okay, let me actually rephrase it for you so

14    it's not so difficult.

15              Okay, let me see, it was so difficult I

16    can't remember what the question was.  Okay.  What if

17    they had said, what if Pete Howell had offered you

18    instead to work, say entry level work, which would

19    require a lower pay rate, would you have accepted

20    that?

21              MR. ANGLADE:  Same objection.

22              You can answer.

23    A.    Most likely.

24    Q.    Okay.



1     A.    And the reason being, because the business

2    like, it's been like a roller coaster.  The future

3    most likely that we're going to get more business, so

4    my thinking is that I would get to my regular amount

5    of hours.

6     Q.    Okay.  I'm going to skip backwards in the time

7    frame now.  Conoco was your last project with BE&K,

8    correct?  Last full-time project maybe I should say

9     A.    The ConocoPhillips?

10     Q.    Tosco was it?

11     A.    Yeah, same.

12     Q.    Should I call it Tosco for these purposes?

13     A.    Yes.

14     Q.    Okay.  That was your --

15     A.    Yes, that -- I'm sorry.

16     Q.    Go ahead.

17     A.    That was the last assignment.

18     Q.    Okay.

19     A.    If I recall correctly.

20     Q.    Okay.  Where was that job site?

21     A.    Linden, New Jersey.

22     Q.    How far was that from your home at the time?

23     A.    It was almost two and a half hours.

24     Q.    Did they compensate you for your travel?



1    A.    It was on per diem, yes.

2    Q.    When did you stop working on site at Tosco?

3    A.    Just likely before -- well, maybe around May.

4    Right now that's what I recall, May.

5    Q.    Okay.

6    A.    May 2003.

7    Q.    Okay.  And then at that point did you come back

8    to the Newark facility?

9    A.    Correct.

10    Q.    Did you do more follow-up work for Tosco from

11    Newark?

12    A.    Yeah, everything, I was not sent to anyplace

13    after the Tosco job.

14    Q.    And why did you leave the Tosco project?

15    A.    It was completed.

16    Q.    Was it finished early?

17    A.    It was pretty much open.  I was basically doing

18    two functions, and one of them was technical support.

19    And that one depended on when they were going to be

20    able to find somebody for that job position.

21    Q.    An in-house person you mean?

22    A.    Yes, to be hired directly for Tosco.

23    Q.    Did they find someone?

24    A.    Yes, they did.



1    Q.    Was that after you left or before you left?

2    A.    No, just, just during that time.

3    Q.    Okay.  And then you said the first, that was

4    the first function.  What was the second function?

5    A.    The second function is, it dealt with this

6    process hazards review that I mentioned prior.  And

7    from these reviews, there are several items that they

8    need follow-up to correct either safety, most likely

9    safety and hazard conditions.  And it was, I was

10   assigned to pretty much address and resolve these

11   particular items.

12   Q.    And that part was, the hazard review was

13   finished when you left?

14   A.    Yes.

15   Q.    Now, did you ever ask to be taken off that

16   project?

17   A.    Not -- I don't recall.  I mean it was hard to

18   me because I was driving every day round trip to

19   Delaware.  And that's going through the New Jersey

20   Turnpike from Delaware to Exit 13, which is across

21   from New York City.

22   Q.    Okay.  When you finished -- I just want to get

23   the time frame clear.  Can you tell me the order

24   between the time you finished, them hiring an in-house



1    person, which came first?

2        A.    That was -- since I have finished the other

3    function, pretty much the criteria was as soon as they

4    had found somebody permanent, then my job at that time

5    was finished.

6        Q.    So you finished the hazard reviews and then

7    that's when they said, "Okay, now we look for in-house

8    person"?

9        A.    From the very beginning, since the contract

10   with our agreement with BE&K was, you know, this is

11   the criteria, it's really more -- the emphasis was on

12   the hiring of the person, because I had to follow day

13   to day the operations, and that was more critical than

14   anything else.

15       Q.    Okay.  So once the hazard review part of it was

16   finished, then at that point any time after that they

17   could hire an in-house directly; is that right?

18       A.    They were trying all that time.

19       Q.    Okay.

20       A.    During the time that I was there, and even

21   prior to the time I was there, they were out looking

22   for people.

23       Q.    Okay.  Did you talk to anyone, Pete Howell or

24   Mr. Lincoln, or did you talk to anyone about your



1    work something out or whatever he had pending.

2       Q.    How much notice did you have?  Were you the one

3    who knew that the project was going to end first

4    before Pete?

5       A.    Well, I will say maybe simultaneously I might

6    have had a little bit more of information, but the

7    agreement was that I was going to be there three to

8    four month, and I ended being six to seven month.

9       Q.    Okay.  And I guess, how did you know that the

10   project, since it had already -- let me start over.

11   It had already run over the estimated time at this

12   point, so how did you know that it was going to end at

13   that point?

14      A.    Could you repeat that, please?

15      Q.    Sure.  In other words, was it because, did

16   Tosco say, "We've hired somebody.  We're done"?  How

17   did you discover that the project was going to

18   conclude?

19      A.    That's the criteria.

20      Q.    Okay.  Tosco said, "We have been able to locate

21   another person"?

22      A.    Yes.

23      Q.    And did they give you a time frame for how much

24   time you could stay after that?



1    like DuPont, they have their own way of developing a

2    project.  And I never was trained on that.

3           And one thing that I have to make note is

4    in the performance reviews, probably the, I don't

5    know, the last two or the last three, that there are

6    questions that refer, what do you think -- I'm

7    paraphrasing.

8        Q.    Sure.

9        A.    "What do you think you could do to improve in a

10   particular area?"  And I suggested very clear that I

11   needed some formal training.  And I wrote that down in

12   two consecutive performance review.  It was never

13   done.

14       Q.    And that was to help, the training was to help

15   you improve in the project management end of it?

16       A.    Correct.

17       Q.    Okay.  Now, let's go not to the next bullet,

18   but then the following one where it says, "Since

19   November 2002."

20       A.    Okay, "Since November 2002 we were told by BE&K

21   that the workload was very low and they had concerns

22   about the workload for 2003."

23       Q.    And that's still, you still believe that's

24   true?



1    A.    Yeah, yes, the rumors were that, you know, that

2    was the case from other co-workers.

3    Q.    You said rumors from other co-workers, but here

4    it says that you were told by BE&K.  So was it both?

5    A.    Well, both.

6    Q.    Okay.  And then we talked a little bit about

7    the next bullet, so we're going to skip that.  And go

8    to the next one where it says, "After I was laid off."

9    A.    Okay.  Okay, the explanation to this is that

10   after I was laid off, there were some people that came

11   up aboard, okay.  But these people didn't come in to

12   work directly for BE&K.  They went through a company

13   called All States, which what they do, it's provide

14   personnel like Kelly's Personnel.  And at this point

15   was engineers.

16         So when BE&K accepts these people from All

17   States, which became a subsidiary of BE&K before all

18   this, these people, they work for the hourly rate,

19   they don't get vacation, they don't get health plan,

20   they don't get days off because of illness.  And if

21   you're not there because you're sick or personal days,

22   you don't get paid.

23   Q.    Okay.

24   A.    So that's the kind of benefit that BE&K getting



1    A.    Not, not through All States that I know.   That

2    was kind of a point that I wanted to make.

3    Q.    Okay.   You want to explain or --

4    A.    Well, the point was, you know, the people that

5    laid off like Nassin was, went back because through

6    All States, not directly.   And for BE&K is what I

7    explain before about benefits, it's a plus.

8    Q.    Okay.   If you get recalled through All States,

9    is there a chance that you can get permanent

10   employment with benefits with BE&K?

11   A.    In theory, yes.

12   Q.    Do you know anyone that that has happened to?

13   A.    No.

14   Q.    All right, let's move down to the next one.   It

15   should start with, "In a conversation with my

16   manager."   Can you tell me about that?

17   A.    That was Pete Howell, conversation with him.   I

18   addressed the issue of BE&K hiring a recent college

19   graduate and when there was hardly any work for me.   I

20   was told that BE&K needs to start hiring younger

21   people.   And when I said this, I paraphrase, you know.

22   I couldn't recall exactly the words, but the bottom

23   line is that they needed to start bringing new people

24   because of the future of the company is based on that,



1    developing the people BE&K's way, instead of keeping

2    the dinosaurs.   Sorry.

3        Q.    Now, this conversation with Pete Howell, when

4    did that take place?

5        A.    The same day that I was being laid off.

6        Q.    Okay, so at that time you asked him about

7    Chris?

8        A.    Yes.

9        Q.    And I realize that you're going to have to

10   paraphrase, but I'd just like to try to get, develop a

11   little bit more what his response was to your

12   question.

13       A.    Basically he was hired because, I use the word

14   rejuvenate, but companies do that, okay.  But

15   companies, I will say, will not slap somebody in the

16   face by doing it pretty much there.  Let's say if

17   you're going to hire somebody with that purpose, you

18   know, give it pretty good amount of time, not right

19   there, I'm going to let you off and I just hired this

20   fellow.

21       Q.    What's the purpose, to groom them to become

22   something else, or --

23       A.    That's part of it.  And to some extent you

24   could say economics.



1       Q.    Okay.   I'm trying to figure out what, you said

2   to make them the BE&K way, what does that mean?

3       A.    Well, when you are hiring young people, which

4   most companies do, they call it entry level positions,

5   to camouflage what it's behind what they really doing,

6   in my opinion.   It's a way that they are getting them

7   from the very beginning and they are kind of molding

8   them to the BE&K way of doing things and future

9   managers.

10              You have to realize that somebody that

11  they hire at 40 years old or 50, this fellow might not

12  be of too much, a very good asset for the company

13  because, you know, what do they have to work, maybe 10

14  years at most.   And they feel these people, we're not

15  going to be development for managers because, you

16  know, it's not what they're looking for.

17      Q.    Because there's not enough time to develop them

18  into managers?

19      A.    That's one.

20      Q.    Okay.

21      A.    And because these people have been pretty much

22  molded a different way.   When I say molded, each

23  company has their way of doing things.   And it's easy

24  to bring somebody from the beginning than somebody



from another company, and this fellow has particular

habits from the company that he was working for, and

do things kind of hard to get rid of.

That's a general, you know, my general

consensus of it.

Q.    So would you agree with that, in that it does

take a long time to make, create or to mold a manager?

A.    Depends on the qualifications of the

individual.  That's --

Q.    It's not necessarily --

A.    That's very broad question.

Q.    Okay.  So it doesn't necessarily tie to age

then, whether you can be, develop --

A.    It does to a point.

Q.    Okay.

A.    From what I explain a moment ago.

Q.    Okay.  So is that all you want to say about

Mr. Howell's comment about hiring younger people to

rejuvenate the working force, or if you want to add

anything to that?

A.    That's basically, that's basically what he

said.  And again, I'm paraphrasing, but that was the

message.

Q.    Okay.  And then the next, which is the last



701 B GreenBank Road
Wilmington, Delaware 19808
Work 610-364-8166
Home 302-633-9409

# Juan Obed Perez

---

| | |
|---|---|
| **SUMMARY OF QUALIFICATIONS** | Twenty three years of Process Engineering experience in the Chemical and Petroleum Refining Industries specifically in technical service and process design. |

| | |
|---|---|
| **PROFESSIONAL EXPERIENCE** | **January 1997 - Present** |
| | **Tosco Refining Company**       **Marcus Hook, PA** |

**Senior Process Engineer**

In my current position, I am responsible for providing process engineering support for the following processing units: Claus Sulfur Recovery / SCOT Tail Gas Clean-Up, Sour Water Stripper, Vacuum Gas Oil Desulfurization, Fuel Gas Treating, Cooling Water Tower and Boiler House.

Specific duties include monitoring the operation of the above processing units on a daily basis. Optimization of unit operations by developing recommendations which increase throughput, improve operating efficiency, reduce operating costs, improve safety, ensure environmental compliance and increase unit reliability. Trouble shooting of operational problems as required.

**December 1993 - January 1997**

**Tosco Refining Company**       **Linden, NJ**

**Senior Process Engineer**

Technically responsible for the following processing units: Claus Sulfur Recovery / Beavon-Stretford Tail Gas Clean-Up, Propane and Propylene Recovery and Fuel Gas Treating.

Provided day-to-day support to insure that the above processing units were meeting or exceeding refinery objectives including throughput, product qualities, energy optimization, catalyst and chemicals optimization and reliability. Identified and recommended opportunities in the above areas, in addition to following specific work direction.

**February 1993 - September 1993**

**BE&K**       **Newark, DE**

**Lead Engineer**

Assigned to the Environmental Upgrade Project for the "F-60" manufacturing facilities in Corpus Christi, Texas. Responsibilities included development of P&ID's, line sizing, instrumentation specification, equipment specification and ordering. Also responsible for assembling construction package.

**B 119**

EE0C0000000132



**September 1990 - February 1993**

**Bechtel Corporation**                                    **Philadelphia, PA**

**Lead Process Design Engineer**

It was my responsibility to provide engineering support to Chevron personnel during the conceptual and detailed design of capital improvement projects. As a Lead Process Engineer, I coordinated the efforts of Bechtel's Process Design Engineers in the development of process design packages, which typically consisted of process flow diagrams, heat and material balances, equipment and instruments data specification sheets and operating guidelines. Other work included Project Engineering responsibilities such as coordinating and overseeing the efforts of electrical and mechanical engineers, for projects where we completed the front-end design.

Some specific assignments included several projects required for Benzene-NESHAP compliance, a Sour Water Stripper study, tray loading rating for distillation columns and a safety relief study.

**March 1979 - September 1990**

**StarEnterprise**                                         **Delaware City, DE**

**Technical Service Engineer**

Provided technical support to the Operations Department. Specific responsibilities included the day-to-day monitoring of the Desulfurization and Sulfur Recovery Units to ensure that they were meeting operational objectives and environmental compliance.

**July 1975 - March 1979**

**PPG Industries, R & D**                                  **Corpus Christi, TX**

**Development Engineer**

Assisted in the conceptual and detailed design of a semi-commercial pilot plant. Specific responsibilities included the development of flow diagrams, piping and Instrumentation drawings, heat and material balance calculations and process equipment specification.

| | | |
|---|---|---|
| **EDUCATION** | **1971 - 1975    Stevens Institute of Technology   Hoboken, NJ** | |
| | **Bachelor of Engineering** | |
| | ■ Major in Chemical Engineering | |
| **PROFESSIONAL MEMBERSHIPS** | American Institute of Chemical Engineers | |
| **COMPUTER SKILLS** | Microsoft Word, Microsoft Excel, Simulation Science ProVision and PRO/II | |
| **LANGUAGES** | Fluent in Spanish (Native Language). | |

B 120

EEOC0000000133

1    is probably the extent of it.

2        Q.    Well, you said he said, he told you what they do,

3    meaning the department?

4        A.    Yes, what the company does, yes.

5        Q.    Do you recall what he said to you?

6        A.    Basically, that BE&K is an engineering design

7    firm.  We have multiple clients and they bid out the

8    projects.  He told me that -- a little bit of history

9    about the company, that a lot of the work is from DuPont,

10   based on the relationship that BE&K has with DuPont, and

11   that they have other clients outside of DuPont.  And that

12   was probably about, to my knowledge, that's about the

13   extent of it.

14       Q.    What did he say about the different clients they

15   had?

16       A.    What do you mean?

17       Q.    You said he talked to you about the different

18   clients they had.  You had mentioned he told you a lot of

19   work comes from DuPont.  Was there anything else he said?

20       A.    I mean, he told me -- not all the work comes from

21   DuPont.  They do have clients outside of DuPont, but, and

22   he did list a couple of them, but most of the work does

23   come from DuPont, though.

24       Q.    Do you remember the names of the other clients he



1    A.    To me that goes along with what the scope of the

2  project is.  I think that's kind of covered with the

3  scope of the project.  So, yes, probably.

4    Q.    Well, what did he say to you?

5    A.    He told me what the project was for, what our

6  office was doing with this project, and then what this

7  engineer would have been expected to do within this

8  project.

9    Q.    And as far as the expectation, what did he say

10  you would be doing, if hired?

11    A.    For this project, be performing relief device

12  calculations for plants, for the client's plants.

13    Q.    And what does relief device calculations mean?

14    A.    Relief devices are pieces of equipment that, due

15  to various codes and laws, have to be on different pipes,

16  different vessels, different things in the plant to

17  protect the plant, protect the equipment in case of an

18  accident.

19                (Discussion off the record.)

20    Q.    And what project was he talking about during the

21  interview; do you recall?

22    A.    The DTT project.

23    Q.    What was the DTT project?

24    A.    DuPont Titanium Technologies.



1                 MR. ANGLADE:  Yes.

2                 MS. DIBIANCA:  Okay.

3                 THE WITNESS:  I'm guessing about one to two

4    months after I started working.

5    BY MR. ANGLADE:

6        Q.   So the $50,400 was the initial salary you were

7    offered?

8        A.   Yes.

9        Q.   And you accepted that?

10       A.   Yes.

11       Q.   Okay.  Have you ever been advised by the company

12   that it was undergoing a reduction in force?

13       A.   No.

14       Q.   You have never been advised by the company it was

15   undergoing a reduction in force?

16       A.   Nobody ever told me specifically.

17       Q.   Has anyone ever told you indirectly?

18       A.   Yes.

19       Q.   Who told you that?

20       A.   I think it was probably just other co-workers

21   that told me projects were ending up and no projects were

22   coming in, and you can deduce what that means.

23                 MS. DIBIANCA:  I'm just going to object to

24   the words "reduction in force."  That's a legal term.

**W&F**

**WILCOX & FETZER LTD.**
Registered Professional Reporters

**B 123**

Christopher A. Guttridge                    48

1    DTT project again?

2        A.   It is DuPont Titanium Technologies.

3        Q.   And what was the objective of this project?

4        A.   The objective was to complete relief device

5    calculations for every relief device that was in all the

6    plants or that needed to be installed in all the plants.

7        Q.   So it was for every device that didn't have them

8    already?

9        A.   Where they should have existed but didn't, didn't

10   currently.

11       Q.   Was this just at one particular DuPont plant or

12   all DuPont plants?

13       A.   It was one business unit of DuPont, but it was

14   five plants within the business unit.

15       Q.   And in what city was this?

16       A.   Were the plants?

17       Q.   Yes.

18       A.   Okay.  There is one in Delaware, it is the

19   Edgemoor plant.  There is one in New Johnsonville,

20   Tennessee.  There is one in DeLisle, Mississippi.  There

21   is one in Alta Mira, Mexico, and there is one in Kuan Yin

22   Taiwan.  I think it is Taiwan.

23       Q.   Were you traveling to all these places for this

24   project?



**WILCOX & FETZER LTD.**
Registered Professional Reporters

**B 124**

Christopher A. Guttridge

```
 1      A.    Yes.

 2      Q.    Anybody else he would assign it to?

 3      A.    There were different people because of -- at that

 4  time that would have been who, who he would have assigned

 5  it to.

 6      Q.    And the time frame we are talking about is when

 7  you started.

 8      A.    Okay.

 9      Q.    In June of 2003.

10      A.    Okay.

11      Q.    Right?  So these were the people who were working

12  on this project with you?

13      A.    Yes.

14      Q.    And all of you were getting these assignments?

15      A.    Yes.

16      Q.    And were all of you doing the same thing?

17      A.    For the most part, yes.

18      Q.    Now, Nasim Hassan, do you know what his age is?

19      A.    No.

20      Q.    Do you know if he is over the age of 40?

21      A.    I have no idea.

22      Q.    Do you know if he was a Senior Engineer?

23      A.    I think he is a Senior Engineer.  I don't know

24  for certain, though.
```