Peter Howe

72

1  process department are on relief devices?

2      A.    Yes.

3      Q.    Is the expectation that all the process

4  department employees in your department can do relief

5  device work?

6      A.    Yes.

7      Q.    This job that you were interviewing him for was

8  going to be mainly relief device work?

9      A.    It was a high likelihood that it would be relief

10  device work.

11      Q.    This DTT project, would you consider that to be a

12  large project or small project?

13      A.    Small.

14      Q.    Why would you say it was a small project?

15      A.    Because it was a single discipline project.  What

16  I mean by that, it did not include engineers from other

17  departments.  And it was four, five, six, seven people

18  range of work.

19      Q.    Any other reason why you consider it to be a

20  small project?

21      A.    No.

22      Q.    Do you know what the duration of the DTT project

23  was?

24      A.    Yes.  I believe the intention was for it to be



B 176

1  been times when Chris Guttridge, when he first started,

2  was doing more complicated work, but he was just getting

3  assistance from Jack Baker?

4      A.   It is possible, but not likely.

5      Q.   But you do not know for certain?

6      A.   I don't know for certain.

7      Q.   Okay.  So you have the one interview with Chris

8  Guttridge and you said you interviewed how many other

9  people?

10      A.   It was two or three from University of Delaware.

11  I think we had two or three candidates.

12      Q.   And if you look at Mr. Guttridge -- if you look

13  at Howe 1, it says Mr. Guttridge's dated of birth is 8-22

14  1980; date of hire is 7-21-03.  So that would have been,

15  would have made him 22 years old at the time of his hire?

16      A.   Sounds right.

17      Q.   Do you recall the ages of the other candidates

18  you interviewed?

19      A.   No.

20      Q.   Do you recall if they were recent college

21  graduates?

22      A.   They were all in their final year of college

23  waiting to graduate that May or June.

24      Q.   Do you recall if they were under the age of forty



B 177

83

1    the ones that you interviewed besides Chris Guttridge?

2        A.    I presume they were under the age of forty.    I

3    don't know that for a fact.

4        Q.    Do you know if Guttridge interviewed with anyone

5    else besides you?

6        A.    Another person within our company or other

7    companies?

8        Q.    Your company.

9        A.    Yes.    He definitely interviewed with other

10   people.    I'm not sure who.    I would think maybe Trexler

11   may have interviewed him.    And typically we have two or

12   three people interview them.    I can't remember who

13   interviewed him.

14       Q.    But they are interviewed separately?    The

15   interviews are separately, not done in a group setting?

16       A.    It is sometimes done in a group and sometimes

17   done separately, depending on people's schedules.

18       Q.    What was Trexler's position at the time?

19       A.    His title I believe was principal engineer or

20   senior design consultant, senior design specialist, but

21   he was working as a lead engineer on another project.

22       Q.    Okay.    Do you recall when Chris Guttridge was

23   offered the position?

24       A.    Exact date?

**B 178**



Peter Howe

89

1    Q.    Asians?

2    A.    Yes.

3    Q.    Native Americans?

4    A.    I believe so.

5    Q.    Do you know if BE&K has an association with

6    Inroads?

7    A.    Yes.

8    Q.    What is the association with Inroads?

9    A.    BE&K has been associated with Inroads for many

10   years. I know that in Birmingham at the head office they

11   have -- I don't know to what extent, but they -- it is

12   led from that -- that is where the association began.

13   The Delaware office has always participated in the

14   program and every year or almost every year I believe

15   that we have hired Inroads students during the summer and

16   during holidays, vacations.

17   Q.    I believe the way the program works -- and help

18   me if I'm wrong -- is that BE&K may hire an Inroads

19   college student to work for it during the summer or

20   holidays, like you just mentioned, and potentially that

21   student could be hired in a full-time position after

22   their -- after they graduate from college. Is that true?

23   A.    Yes. That's the intent.

24   Q.    That is the intent.

B 179



Peter Howe

Yes.

But sometimes you may have an Inroads college interning and they are not extended a formal after they graduate from college?

That's possible.

Okay.  Have there ever been any Inroads students interned in the process department at BE&K?

Yes.

Q.    How many people have you had interning?  I'm not about who were hired, just interning.

A.    During my time I believe it was just one.

Q.    What was the person's name?

A.    Candice Yee, Y-e-e I believe.

Q.    Do you know what her race is?

A.    I believe she may be of mixed race, possibly some Asian and maybe some African American, but I'm not certain of that.

Q.    Do you know when she started interning for BE&K?

A.    It is most likely the summer of 2002 or 2003.  Maybe 2003.

Q.    Do you know if she was offered a full-time position after she graduated from college?

A.    When I left BE&K she had not yet graduated.  I believe she is graduating this year.

91

1      Q.    Okay.  I want to introduce another document that

2  was provided to the EEOC and it says, "Hires month June

3  2004," and it is Bates stamp D 52.  This is Howe 4.

4  Please review the document and let me know when you are

5  finished.

6                (Howe Deposition Exhibit No. 4 marked for

7  identification.)

8  BY MR. ANGLADE:

9      Q.    Have you reviewed it?

10     A.    Yes.

11     Q.    Have you ever seen that document before?

12     A.    No.

13     Q.    It appears that this is a list of hires at BE&K

14 for the month of June 2004.  And it, they have the

15 employees listed by their name, gender, date of hire,

16 department code and other characteristics.  You may not

17 know whether this is truly -- let me rephrase.

18                I want you to focus on for Candice Yee.  Y

19 see that?

20     A.    Yes.

21     Q.    It says department code 561.  You see that?

22     A.    Yes.

23     Q.    Is that the department code for the process

24 department?



Peter Howe

92

1          A.    Yes.

2          Q.    Okay.  Does that mean -- does this list mean that

3    Candice Yee was hired in the process department on June

4    7, 2004?

5          A.    Yes.

6          Q.    At that time were you still the process

7    department manager?

8          A.    Yes.

9          Q.    Do you recall that she was hired full time?

10         A.    No.  This was not a full-time hire.

11         Q.    This is not a full-time hire?

12         A.    No.

13         Q.    To student intern meaning?

14         A.    She was hired for the summer.

15         Q.    So she was still a college intern?

16         A.    Exactly.

17         Q.    You don't know if she was ever hired to be full

18   time for BE&K?

19         A.    That's correct.

20         Q.    Do you know if 6/7/2004 means that was the first

21   time she was hired to be a college intern for BE&K?

22         A.    No.  I don't know that.  I know if there was --

23   how it works is that she would be hired in the beginning

24   of the summer and then she would be laid off at the end



B 182

Peter Howe

93

1    of the summer.

2    Q.    Okay.

3    A.    And then next year when she came back again she

4    would go through the same administration and hiring

5    again.

6    Q.    I apologize.  I think you already answered this,

7    but do you know at that time, 6/7/2004, if she was going

8    to be a senior in the fall?  Let me rephrase.

9         Do you know what year she was in college?

10   A.    I believe she just finished her first year when

11   she came on.

12   Q.    Has BE&K ever hired an Inroads intern into a

13   full-time position at the process department?

14        MS. DiBIANCA:   I object to the form.

15   Q.    You can answer.

16   A.    Not by me.  I'm trying to recall if someone

17   before me had and I don't know.

18   Q.    You became the process department manager in

19   1999, correct?

20   A.    Yes.

21   Q.    Then you stopped being process department manager

22   in August of 2004?

23   A.    Correct.

24   Q.    So from that period, 1999 through August of 2004,



B 183

WILCOX & FETZER LTD.
Registered Professional Reporters

Peter Howe

94

1    BE&K has never hired in an Inroads college intern to be a

2    full-time employee in the process department?

3        A.    Yes.

4        Q.    Do you know if they have hired people in other

5    departments?

6        A.    Yes.

7        Q.    But not process?

8        A.    Not process.

9        Q.    Okay.  Thank you.

10            Now I want to focus back on Juan Obed

11    Perez's termination.

12            MR. ANGLADE:  Off the record.

13            (Discussion off the record.)

14            (Recess taken.)

15   BY MR. ANGLADE:

16       Q.    I'll submit to you that there's been

17   documentation produced in this litigation that says that

18   Juan Obed Perez stopped working for BE&K on November 21,

19   2003.  Do you have any reason to disagree with that?

20       A.    No.

21       Q.    Okay.  Now I want to focus -- and I know we had

22   started this earlier and then we moved to another

23   direction.  I believe you testified earlier that

24   Mr. Perez was told -- I'm sorry.  I believe you had



**B 184**

WILCOX & FETZER LTD.
Registered Professional Reporters

Peter Howe

98

1  It is not just the last couple of years.  That's how we

2  operate.

3     Q.   When was the first time you started getting

4  concerned that you may have to lose somebody in your

5  department?

6     A.   Most likely within the first six months of me

7  becoming department manager.

8     Q.   Meaning in 1999?

9     A.   Yes.

10    Q.   So it was always a concern of yours that you may

11  have to lose somebody?

12    A.   Yes.

13    Q.   In 2002 was there a greater concern that you

14  might lose somebody?

15    A.   I would say that 2001, two and three years were

16  pretty much a steady decline in business.

17    Q.   Was there a project in India that the company

18  lost in 2003?

19    A.   When you say -- we worked with a company, we

20  partnered with a company in India to do detailed

21  engineering and there was a project which we engineered

22  in India around about that time.  I don't know if we lost

23  it, though.  The project that was engineered in India I

24  believe was completed.



Peter Howe

103

1  to a client?

2       A.    Yes.

3       Q.    Typically you want all your departments to be

4  above 96 percent, at or about 96 percent?

5       A.    Yes, in that range somewhere.

6       Q.    Okay.  You said earlier 92 percent --

7       A.    For the company as a whole.  Once you add all the

8  management overhead, if you take the whole office, you

9  know that is running at 90 to 92 percent.

10      Q.    What was your expectation for the process

11  department, where it should be?

12      A.    I'm going to say in the 96 to 98 percent range.

13      Q.    If it goes below that, that's when you start to

14  get really concerned?

15      A.    Yes.

16            Let me clarify.  It is not as simple as

17  saying the process department is on its own and you worry

18  about that.  You look at the whole company.  For example,

19  if you see, if there's a potential of -- if you know

20  there's a project that is going to be coming in in a

21  month's time, you are not going to lay people off so that

22  you can rehire them in a month's time.  That's silly.

23            So if you know -- so that if you are at

24  96 percent or dropping below 96 percent and you know



B 186

**WILCOX & FETZER LTD.**
Registered Professional Reporters

Peter Howe

110

1    A.    You have to do that, because you have to look at

2    what people are presently working on, what would be the

3    effect of pulling them off a job, what would be the

4    effect on our clients if we made personnel changes.  Part

5    of the full process you have to go through.

6    Q.    So you did that process for each employee,

7    including Mr. Perez?

8    A.    It is not a formal process.  It is a thought

9    process you go through in your head.

10   Q.    I'm looking at Howe 1.  All the employees there

11   as of November 1st, 2003, did you go through each

12   employee and do that analysis?

13   A.    That's typically what I would do, yes.

14   Q.    What did you mean when you said you also looked

15   at the effect of pulling people off projects?

16   A.    Well, when you do what you just said, when you go

17   through you've got to look at who needs to be -- our

18   workload is dropping, who needs to be laid off?  Jack

19   Baker, he's a lead on this relief device work.  If we

20   pulled him off, Dan Dayton -- it would be unacceptable to

21   our clients.

22        That's what I mean, you go through and look

23   at each person and say what effect would me making a

24   change here have on our business.  And that's the number



B 187

**WILCOX & FETZER LTD.**
Registered Professional Reporters

Peter Howe

111

1  1 thing you focus on, what is our business effect.

2        Q.    Was there ever any consideration of replacing

3  someone with Mr. Perez?

4        A.    It is something which you have to go through the

5  thought process of:  Is it appropriate to do it?

6              Typically it is extremely difficult to do

7  that in this project based industry.  People -- our

8  clients are working with these people.  They have gone

9  through a learning curve.  Our clients have spent money

10  training them on this project.  And so we can't just walk

11  in and say, Jack Baker, I'm pulling you off this job and

12  I'm going to put someone else in there.  I know for a

13  fact that Dan Dayton would never have accepted something

14  like that.  And any project manager from our client would

15  never accept that.

16       Q.    Was it something you thought about as you were

17  doing your analysis?

18       A.    Yes.

19       Q.    So you did consider whether or not you should

20  pull somebody off a project, lay them off and put

21  Mr. Perez in their position?

22       A.    It is the thought process you go through.

23       Q.    Now, did you consider whether or not you should

24  have pulled Chris Guttridge off of his project and put



**B 188**

**WILCOX & FETZER LTD.**
Registered Professional Reporters

Peter Howe

134

1    A.    I can't remember if he asked the question and I

2    can't remember a response along that particular line.

3    Q.    Do you recall if he did ask that question what

4    your answer was likely?

5    A.    No.

6    Q.    Was he let go because of his performance?

7    A.    He was let go because of lack of work and there

8    was nowhere else to put him.  So it wasn't directly

9    related to performance at all.

10    Q.    If Mr. Perez -- let me rephrase.

11          Mr. Perez testified during his deposition

12    that he asked you the question was it because of my

13    performance and that you answered no.  Do you have any

14    reason to disagree with his testimony?

15    A.    No.

16    Q.    Do you recall anything else that was said between

17    the two of you during this meeting?

18    A.    I believe there may have been a discussion about

19    possibly part-time work.

20    Q.    What do you mean?

21    A.    He may have asked if I -- whether he could go to

22    reduced hours.

23    Q.    What did you say?

24    A.    I said no.

**B 189**



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Peter Howe

135

1    Q.    Why not?

2    A.    Because there wasn't a reason -- there wasn't

3  work for reduced hours.  There wasn't work for full time

4  or half time.  The work didn't exist.  In effect he had

5  already been working some part time already.

6    Q.    Meaning working reduced hours?

7    A.    Not reduced hours.  He worked part time billable

8  on projects.  His utilization was already low and that

9  had now got to a point where there was nothing left.

10    Q.    Do you recall anything else that was said during

11  the meeting besides what you have already testified to?

12    A.    No.

13    Q.    Now, do you recall ever having a conversation

14  about Mr. -- let me rephrase.

15          Do you recall ever having a conversation

16  with Mr. Perez about the hiring of Christopher Guttridge?

17    A.    I spoke to a lot of people about the hiring of

18  Christopher Guttridge, but I do not recall a specific

19  one-on-one communication with Obed Perez on that.

20    Q.    Do you recall if Mr. Perez ever questioned why

21  Mr. Guttridge was being hired when the company was

22  concerned about lack of work?

23    A.    No.  I don't remember that.  I don't remember

24  that discussion.

**B 190**



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Peter Howe

136

1      Q.    So you never -- you don't recall ever discussing

2   with Mr. Perez questioning why Guttridge was being hired

3   when there was a concern about lack of work?

4      A.    This questioning would have happened around about

5   the time when Guttridge was hired?

6      Q.    Ever.

7      A.    I don't recall it.

8      Q.    Probably would have been about the same time that

9   he was hired.

10     A.    No.  I don't remember that discussion.

11     Q.    Do you recall if you ever told Mr. Perez that the

12  company was looking to hire young engineers?

13     A.    Yes.  I would have spoken about the fact that the

14  company was hiring college graduates.

15     Q.    Do you recall if you said college graduates or

16  young engineers?

17     A.    Normally I would have said college graduates.  I

18  would presume I said college graduates.

19     Q.    Is it possible you said young engineers?

20     A.    Certainly isn't likely.  It certainly is

21  possible, yes.

22     Q.    Why is it possible, yes?

23     A.    Because I could have said that word.  But -- you

24  asked me whether it is possible I did say the word.  Yes,

B 190.1



Peter Howe

137

1    it is possible, I could have said the word.

2        Q.    Do you associate recent college graduates to be

3    young people?

4        A.    No, not necessarily.  I mean, I hired Mike Tweed,

5    who was a recent college graduate that had 25 years of

6    experience or 20 years of experience.  There are cases

7    where we have hired people that went to college, you

8    know, halfway through their careers.  Mike Tweed was one

9    of them.

10       Q.    Do you remember how old Mike Tweed was?

11       A.    When I hired him?

12       Q.    Yes.

13       A.    No, but middle aged.

14       Q.    If you look at Howe 1, the entry for Mike Tweed,

15   it says his date of birth, 2-5, 1961; date of hire, 3-6,

16   2000.  That would have made him 39 years old at the time?

17       A.    Yes.

18       Q.    He was a recent college graduate when you hired

19   him?

20       A.    Yes -- well, pretty recent.  It wasn't direct.

21   Maybe a year or two of experience.

22       Q.    The candidates you interviewed for the position

23   Christopher Guttridge eventually received were all young

24   college graduates?

**B 191**



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Peter Howe

141

1    Q.    Is it fair to say if you are an employee of

2  Allstates, you have lower job security as opposed to

3  being an employee of BE&K?

4    A.    It is possible.  However, within BE&K we had

5  Allstates people working for us and we had direct BE&K

6  people working for us.  We had Allstates people that had

7  been working for BE&K as long as the company was around

8  and there were some Allstates people that were short

9  term.

10        So it is not by definition, but in general

11  there would typically be less job security.

12    Q.    So Allstate employees work with BE&K employees on

13  BE&K projects?

14    A.    About 25 percent of the BE&K project staff are

15  Allstates.  In fact, I think it might be 30 percent right

16  now.

17    Q.    30 percent of BE&K staff are Allstates?

18    A.    In the Delaware office 30 percent of the people

19  working at BE&K are actually Allstate's employees.

20    Q.    With respect to actually doing work, is there

21  really a difference between BE&K and Allstate's

22  employees?

23    A.    No.

24    Q.    Are the Allstate's employees who were working on



B 192

1   BE&K projects supervised by the same BE&K project leads,

2   supervisors, and managers, as the regular, full-time BE&K

3   employees working on the projects?

4       A.    Yes.

5       Q.    Do you know if when Mr. Perez was being

6   terminated, whether or not he would have been given the

7   opportunity to work at Allstates?

8       A.    Yes.

9       Q.    Was that something that you considered at the

10  point in time that you were terminating him from BE&K?

11      A.    Yes.  Almost standard practice for us to give his

12  resume to Allstates.  It was David Kim, who is the

13  manager of Allstates, who would then include them in

14  their candidates for potential jobs.

15      Q.    Were there any Allstates employees doing process

16  department work in 2003?

17      A.    I don't think any of the names on this list are

18  Allstates employees.  I believe these are all BE&K

19  employees.

20      Q.    When you say "this list," you mean Howe 1, D 28

21  at the bottom?

22      A.    Yes.

23      Q.    I assume this list only has BE&K employees, so it

24  wouldn't have anybody from Allstates.  But I'm asking,



Peter Howe

145

1    engineers from July 1st, 2003 through June 30th, 2004.

2    Please review that, let me know when you are finished.

3        A.    I'm finished.

4        Q.    Have you ever seen that document before?

5        A.    No.

6        Q.    You recognize all the names on the document?

7        A.    Yes.

8        Q.    I'll submit to you that there's been testimony

9    indicating that these were the process department

10   employees that were discharged from BE&K from November

11   1st, 2003 through June 30, 2004.  Would you agree with

12   that?

13       A.    Yes.

14       Q.    Is there anybody else that should be on this

15   list?  Anybody else who was let go?

16       A.    Between what date and what date?

17       Q.    November 1st, 2003 and June 30th, 2004.

18       A.    No.  This looks correct.

19       Q.    Okay.  Mr. Sharma, you see that?

20       A.    Yes.

21       Q.    He was terminated on May 17th, 2004.  Do you know

22   if he was, if he was eligible to go to Allstates?

23       A.    Yes.

24       Q.    Do you know if he was asked to go to Allstates?



B 194

Peter Howe

146

```
 1      A.    That's not something we would do is ask someone

 2    to go to Allstates.  I don't understand the question.

 3      Q.    When you terminate somebody, do you make them

 4    aware that they could secure a job through Allstates?

 5      A.    We make them aware that we can let Allstates know

 6    that they are looking for a job and Allstates can see if

 7    they can find one for them.

 8      Q.    Did you tell Mr. Sharma that, that you could let

 9    Allstates know that he was out of work, if he was

10    interested he could get a job with Allstates?

11      A.    I told him that he should apply for a job with

12    Allstates.

13      Q.    Okay.  Do you know if he did that?

14      A.    I believe Sharma did, because I believe, if I

15    remember, Allstates coming to me and asking me if he

16    would be a good fit for a certain opportunity Allstates

17    had outside of the BE&K arena.

18      Q.    What did you say?

19      A.    I believe I said yes.

20      Q.    Dick Robbins was terminated on May 21, 2004, and

21    then it says here he was recalled by Allstates.  Do you

22    see that?

23      A.    Yes.

24      Q.    Do you know if he started working on BE&K
```



WILCOX & FETZER LTD.
Registered Professional Reporters

Peter Howe

187

1    have been consulted because we wouldn't have known it was

2    him.  It happens that way many times.

3        Q.   Do you know why Mr. Perez was the process

4    engineer on that project?

5        A.   It was most likely an issue of availability at

6    that time.  Possibly if he was involved -- this is what I

7    don't know, if he was involved in the budget, because he

8    may have been involved in the marketing, market

9    development of that job and the budgeting.

10       Q.   Do you know if the client requested for him to

11   work on that project?

12       A.   No.

13       Q.   You don't know that?

14       A.   I don't know.

15       Q.   Okay.  Do you know if there was a decision made

16   not to consult engineers -- let me rephrase.

17              Do you know if there was a decision made to

18   underbudget with respect to that project because it was a

19   new client and the company wanted to ensure that they

20   would have repeat business with Motiva?

21       A.   I don't know that's the case with that job, but

22   we have done that in the past.

23       Q.   So you have done that in the past where the

24   company has underbudgeted with respect to a new client to



**B 196**

**WILCOX & FETZER LTD.**
Registered Professional Reporters

Peter Howe

188

1    ensure that they have repeat business?

2        A.    To get in the door.

3        Q.    Okay.  When that has been done in the past, does

4    that sometimes result in the engineers going over the

5    budget?

6        A.    Yes.

7        Q.    Go ahead.

8        A.    When I'm talking about underbudgeting, we may be

9    talking about 5 or 10 percent drop from the budget.  And

10   typically what I always try to do is to keep our

11   originally budgeted hours as the plan hours for

12   engineers.  So it is done with that understanding.

13       Q.    If Mr. Perez were to testify that the reason why

14   he went over budget in the Motiva project was because he

15   was not consulted before the budget was done and the

16   company had made a decision to underbudget since it was a

17   new client and they wanted to ensure that they would have

18   repeat business, would he be lying?

19       A.    There's a few statements you made in that

20   statement which I'd like to split out.

21               If he testified that he overran the budget

22   because he was not consulted, I'm not saying he's lying,

23   but that's not a correct statement, because we use very

24   generous norms in our budgeting process and all engineers



Peter Howe

189

1    should be able to do the hours within those budgets.

2          If he feels that the budget was cut from

3    those norms and, therefore, he overran the budget, he may

4    have some legitimacy in saying that. However, if he

5    overran the budget -- and I can't recall by how much he

6    overran the budget, but if he overran the budget by

7    50 percent, that -- that would be unreasonable to say it

8    is because we cut the budget slightly, because we have

9    never cut the budget by that amount to win a job.

10    Q.    Do you believe the fact that he went over the

11    budget on the Motiva project was solely his fault?

12    A.    Predominantly his fault.

13    Q.    Why do you say "predominantly his fault"?

14    A.    Because there may have been some cutting of the

15    budget to get in the door and so a piece of that may have

16    been because the company cut the budget.

17    Q.    Do you recall any other times that Mr. Perez

18    helped BE&K secure new business besides Motiva?

19    A.    I believe the Tosco job may have been through his

20    relationship as well.

21    Q.    Any other jobs that you can remember?

22    A.    I think that's it.

23    Q.    Okay. I'm going to ask you to help me confirm

24    who was in your department at the time Mr. Perez was let



B 198

Peter Howe

193

1    Q.    Okay.  I understand you may have had another

2  document?

3    A.    I would have my own list of the people that are

4  in my group.  I did not use an official HR list.  I would

5  have had my own list.

6    Q.    The people on Howe 1, were all of them working at

7  the process department when you were making the decision

8  to let someone go?

9    A.    Yes.

10    Q.    Okay.  Other than these people on Howe 1, D 28,

11  is there anybody else that you considered as well who may

12  not be on this list?

13    A.    We may have considered a few people at Chambers

14  Works.

15    Q.    When you say --

16    A.    At our site.  We have -- we would have had 2 or 3

17  process engineers at the Chambers Works site at that

18  moment in time.  They are someone that could have been

19  considered for layoff as well.

20    Q.    Do you know if you definitely considered them or

21  you are not sure?

22    A.    I'm just saying they could have been considered.

23  But I don't think I considered them, because they were --

24  again, effectively they are in a project environment



B 199

Peter Howe

194

1    there.  They have been asked to come there.  They are in

2    the middle of projects.

3        Q.    I understand, just like there were people on Howe

4    1 that were on projects --

5        A.    I would have considered these are the names, the

6    names are on here.  There's a few extras such as the

7    people at Chambers Works that would not have been in the

8    process department list that I would have considered.

9        Q.    For example, Mark Beitler is not on Howe 1.  He

10   is somebody you would have considered?

11       A.    Yes.

12       Q.    William Robinson is on Howe 1.  Whether or not he

13   was at Chambers Works at the time, he was somebody you

14   considered?

15       A.    Yes.

16       Q.    And you said there was -- Poprik is on Howe 2,

17   not on Howe 1, but he is somebody that you considered?

18       A.    Yes.

19       Q.    So Mark Beitler ---

20       A.    Dan Poprik was laid off.

21       Q.    When was he laid off?

22       A.    I forget the date.

23       Q.    Was it in 2003?

24       A.    Most likely after that.

B 200



WILCOX & FETZER LTD.
Registered Professional Reporters