Peter Howe

195

1     Q.    2004?

2     A.    Yeah, possibly.  I don't know, I don't remember

3  but it was, I believe it was --

4     Q.   If you look back at Guttridge 3, this layoff

5  list, are you saying that Poprik was laid off -- was

6  Poprik laid off before June 30 of 2004?

7     A.   I have to get the exact date.  I forget when.

8  Most likely after that.  I would guess it was after that.

9     Q.   Do you know if he was laid off before you became

10  the engineering manager in August of 2004?

11     A.   I believe it may have happened after I became

12  engineering manager.

13     Q.   So sometime in late 2004?

14     A.   Or possibly early 2005.

15     Q.   Late 2004, early 2005.  Do you know his age?

16     A.   No.  I know he's younger than me.

17     Q.   Do you know if he was younger than the age of

18  forty at the time he was laid off?

19     A.   No.  I don't know that.

20     Q.   So today do you know if he's over the age of

21  forty?

22     A.   No.

23     Q.   Do you know why he was laid off?

24     A.   Lack of work.

B 201



Peter Howe

208

1    program that is designed to provide entry level

2    opportunities to minority engineering students."  Do you

3    see that?

4        A.    Yes.

5        Q.    Do you agree with those two statements that I

6    just read?

7        A.    Yeah.

8        Q.    Okay.  So you agree that BE&K has made a

9    commitment to the future of their profession through the

10   Inroads program to provide entry level opportunities to

11   minority engineering students?

12       A.    I'd separate out the Inroads program.  Maybe

13   there's a different focus on the reason why we -- I

14   wouldn't say it is necessarily to the profession.  That's

15   to a very worthwhile program.

16            I definitely agree that, you know, hiring

17   college graduates, sure, has to be seen as somewhat a

18   commitment to the profession.  No doubt.

19       Q.    Okay.  But has BE&K made a small number of hires

20   of entry level people through the Inroads program?

21       A.    Yes.

22       Q.    Have they done that in the process department?

23       A.    No, unless Candice Yee has since I left.  But

24   when I was there, no.



                                              B 202

WILCOX & FETZER LTD.
Registered Professional Reporters

Peter Howe

209

1    Q.    This letter was written on --

2    A.    At that point.

3    Q.    Please let me finish.    This letter was written

4    July 21, 2004.    So at that point is it no?

5    A.    No.

6    Q.    Let's stay on that paragraph.    "The work these

7    people perform is obviously very simple, low level and

8    low compensated.    It is in no way analogous to the work

9    performed by senior engineers such as Mr. Perez and it

10   clearly would be insulting and inappropriate to claim

11   that Mr. Perez should perform such functions."    Do you

12   see that?

13   A.    Yes.

14   Q.    Do you agree with those two statements?

15   A.    Not necessarily.

16   Q.    Why not necessarily?

17   A.    Because we do expect our engineers to be broadly

18   skilled and we do expect our engineers to do low level

19   and high level work, depending on availability of people

20   and the work that's required to be done at the time.

21   Q.    Is there any other reason why you don't

22   necessarily agree with those two statements?

23   A.    Yes.

24   Q.    What other?

**B 203**



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Peter Howe

266

1    A.    Yes.

2    Q.    Okay.  Have you ever had a situation where there

3  was an employee who was working on general overhead, but

4  was so outstanding of a performer or so specialized that

5  you delayed laying them off?

6    A.    Yes.

7    Q.    Can you tell me when that would happen or if you

8  have a specific example even?

9    A.    There's been numerous cases where someone of the

10  caliber of John Trexler or Bill Robinson that are highly

11  regarded, top level employees, finish a job.  We may ask

12  them to work on business developments, may work on some

13  filler projects or may, you know, just charge to BE&K

14  waiting for the next project to come on.

15    Q.    That's for outstanding employees?

16    A.    Outstanding employees.  It is a business

17  decision.

18    Q.    You named John Trexler.  He is now -- do you know

19  what his current title is?

20    A.    Yes, manager of the process department.

21    Q.    So he has your old job?

22    A.    Yes.  The job before my previous one.

23    Q.    Okay.  So he was subsequently promoted, then?

24    A.    Yes.

**B 204**



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Peter Howe

267

1      Q.    For outstanding employees it is too great of a

2   business risk to lose, would that be correct?

3      A.    That's correct.

4      Q.    Now, you testified that Obed was an average

5   performer or average engineer.  Is that correct?

6      A.    Yes.

7      Q.    Now, based on that, does that explain why you

8   could not continue to keep him on general overhead?

9      A.    That's correct.

10      Q.    Okay.  Few more documents I want to get in,

11   starting with D 3218.

12               (Howe Deposition Exhibit No. 13 marked for

13   identification.)

14   BY MS. DIBIANCA:

15      Q.    Can you tell me what this is?

16      A.    This is e-mail from John Trexler to me,

17   indicating to me his forecast of the coming weeks and as

18   regards what he feels he can keep Obed busy with.

19      Q.    So would this have been when Obed was working on

20   filler work at the end of 2003?

21      A.    Yes.

22      Q.    If we can flip to the project chart that was

23   admitted earlier --

24      A.    Howe 3.

**B 205**



**WILCOX & FETZER LTD.**
Registered Professional Reporters

## Process Department 11/1/03
### Active Employees 11/03

| Name | Date of Birth | Date of Hire | Position |
|---|---|---|---|
| Jack R. Baker | 4/18/1946 | 6/19/1995 | Senior Engineer |
| Gladys B. Delgado | 4/14/1963 | 3/24/1997 | Design Specialist |
| Edward C. Elener | 3/29/1957 | 3/3/1997 | Senior Engineer |
| Andrea J. Gerwig | 8/15/1963 | 8/17/1992 | Senior Engineer |
| Christopher Guttridge | 8/22/1980 | 7/21/2003 | Engineer II |
| Nasim Hassan | 10/14/1942 | 7/18/1994 | Principal Engineer |
| Jennifer Lin | 2/20/1963 | 10/14/2002 | Design Specialist |
| Allen B. Majors | 4/5/1946 | 12/1/1994 | Project Manager II |
| Juan Obed Perez | 2/27/1949 | 3/1/2000 | Senior Engineer |
| Yen Loan T. Pham | 5/19/1968 | 6/28/2000 | Engineer IV |
| Brian C. Preston | 8/8/1951 | 1/2/1996 | Principal Engineer |
| Richard C. Robbins | 7/5/1940 | 1/2/1996 | Design Specialist |
| William E. Robinson | 5/27/1965 | 8/29/1994 | Senior Engineer |
| Prabhakar Sharma | 2/26/1952 | 3/14/2000 | Principal Engineer |
| Shea N. Taylor | 6/16/1975 | 6/29/1998 | Senior Engineer |
| John G. Trexler | 4/1/1955 | 5/26/1992 | Principal Engineer |
| Michael Tweed | 2/5/1961 | 3/6/2000 | Engineer IV |
| Eugene G. Wright | 2/22/1957 | 6/19/1995 | Design Specialist |
| Robert W. Wunder | 3/25/1963 | 4/7/1997 | Design Specialist |



DEPOSITION
EXHIBIT
PENGAD 800-631-6989
Howe #1
4-14-06 VB

B 206

D28

**BE&K Delaware -Projects**
**Nov. 2003**

| Client Name | Project No. | Project Title | Start | End | Process Dept. Personnel |
|---|---|---|---|---|---|
| 1) DuPont | DCD3S004 | Misc. Chambers Works | Oct-03 | May-04 | Robbins |
| 2) DuPont | DCD3U001 | Chambers Works Site Team | Sep-02 | Jun-04 | Beitler |
|  |  |  |  |  | Taylor |
| 3) DuPont | DSC32307 | Spruance Small Projects | Sep-03 | Ongoing | Poprik |
|  | etc. |  |  |  | Wright |
| 4) DuPont | DAA3T001 | White Pigments Relief Device Team | Feb-03 | Ongoing | Baker |
|  | DAA3T002 |  |  |  | Delgado |
|  | DDE3T003 |  |  |  | Gerwig |
|  | DDE3T004 |  |  |  | Guttridge |
|  | etc. |  |  |  | Hassan |
|  |  |  |  |  | Pham |
| 5) DuPont | DEA2T087 | Edgemoor: North End Spill Diversion | May-03 | Apr-04 | Elener |
| 6) DuPont | DMF3COO3 | Maniti: Intermediates / Past Expansion | Sep-03 | Nov-03 | Sharma |
| 7) DuPont | DMF3C004 | Maniti: Spherical Silver Expansion | Jul-03 | Dec-03 | Tweed |
| 8) DuPont | DWC32001 | Project Blue | May-03 | Feb-04 | Preston |
| 9) DuPont | DCS3X001 | PANDA | Jan-03 | Dec-03 | Majors |
| 10)Motiva | 5040602 | Hydrocracker Corrosion Mitigation | Sep-03 | Dec-03 | Trexler |
|  |  |  |  |  | Perez |
| 11) Conoco-Phillips | 5040612 | Flare Network Modeling | Sep-03 | Feb-04 | Lin |
| 12) Motiva | 5040626 | Gasifier Process Hazards Reviews | Nov-03 | Dec-03 | Wunder |



DEPOSITION
EXHIBIT
PENGAD 800-631-6989
Howe # 3
4-14-06   VB

B 207

D03251

AT113                 TIME SHEET LISTING                      Page 1

Rpt No: 0000012972

Generated: 2/10/2006 3:57:55 PM                               HomeBusinessUnit:604561 - Process

| Charge Code | R Subsidiary N Cost Code | W Job J Code | Work Code | Pay Type | Customer Name | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Reg | O T | Prem | Oth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**BE&K Employee: 1564 (Juan O Perez)**    Entered: 12/19/2003    Charged: 11/21/2003 Certified    Approved

D6D36003 R 561      E510/HO    1   JBEK - BE&K/Kvaerner (JV)      9 00 -9 00 -1 00      -19 00

Work Order/Change Order/Client Acct#:6421860083

5040567 R 561      E510/HO    1   E. I DuPont      9 00 9 00 1 00      19 00

Work Order/Change Order/Client Acct#:1234

                   Total Reg. Time:

                   Total O T Time:

                   Total Prem Time:

                   Total Other Time:

---

**BE&K Employee: 1564 (Juan O Perez)**    Entered: 11/21/2003    Charged: 11/21/2003 Certified    Approved

504501 N      E510/HO    1   Process      9 00 9 00 9 00 9 00 4 00   40 00

                   Total Reg. Time:      9 00 9 00 9 00 9 00 4 00   40 00

                   Total O T Time:

                   Total Prem Time:

                   Total Other Time:

---

**BE&K Employee: 1564 (Juan O Perez)**    Entered: 11/14/2003    Charged: 11/14/2003 Certified    Approved

5040502 R 561      E510/HO    1   Motiva Enterprises LLC      9 00 9 00 9 00 9 00 4 00   40 00

                   Total Reg Time:      9 00 9 00 9 00 9 00 4 00   40 00

                   Total O T Time:

                   Total Prem. Time:

                   Total Other Time:

---

**BE&K Employee: 1564 (Juan O Perez)**    Entered: 11/7/2003    Charged: 11/7/2003 Certified    Approved

5040502 R 561      E510/HO    1   Motiva Enterprises LLC      9 00 9 00 9 00 9 00 4 00   40 00

                   Total Reg Time:      9 00 9 00 9 00 9 00 4 00   40 00

                   Total O T Time:

                   Total Prem Time:

                   Total Other Time:

---

**BE&K Employee: 1564 (Juan O Perez)**    Entered: 10/31/2003    Charged: 10/31/2003 Certified    Approved

5040502 R 561      E510/HO    1   Motiva Enterprises LLC      9 00 9 00 9 00 9 00 4 00   40 00

                   Total Reg Time:      9 00 9 00 9 00 9 00 4 00   40 00

                   Total O.T Time:

                   Total Prem. Time:

                   Total Other Time:

---



DEPOSITION EXHIBIT

PENGAD 800-631-6989

Howe # 7

4-14-06   VB

**B 208**

D03236

AT113                       TIME SHEET LISTING                       Page 2

Rpt No: 0000005440

Generated: 2/18/2006 3:67:56 PM                                 HomeBusinessUnit:504581 - Process

| Charge Code | R N | Subsidiary Cost Code | W J | Job Code | Work Pay Code | Pay Type | Customer Name | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Reg | O T | Prem | Oth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**BE&K Employee: 1564 (Juan O Perez)**    Entered: 10/24/2003     Charged: 10/24/2003   Certified      Approved

| 5040596 R 561 | E510/HO | 1 | Motiva Enterprises LLC | | | | | | 1 00 | 1 00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6040602 R 561 | E510/HO | 1 | Motiva Enterprises LLC | 9 00 | 9 00 | 9 00 | 9.00 | 3 00 | 30 00 | |
| | Total Reg. Time: | | | 9.00 | 9 00 | 0 00 | 9.00 | 4.00 | 40 00 | |
| | Total O T Time: | | | | | | | | | |
| | Total Prem. Time: | | | | | | | | | |
| | Total Other Time: | | | | | | | | | |

**BE&K Employee: 1564 (Juan O Perez)**    Entered: 10/17/2003     Charged: 10/17/2003   Certified      Approved

| 6040596 R 561 | E510/HO | 1 | Motiva Enterprises LLC | 2.00 | | | | | | 2 00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 5040602 R 561 | E510/HO | 1 | Motiva Enterprises LLC | 7 00 | 9 00 | 9 00 | 9.00 | 36 00 | |
| 504581 N | E510/HO | 1 | Process | | | | | | 2.00 | 2 00 |
| | Total Reg Time: | | | 9 00 | 9.00 | 9 00 | 9 00 | 4 00 | 40 00 | |
| | Total O T Time: | | | | | | | | | |
| | Total Prem Time: | | | | | | | | | |
| | Total Other Time: | | | | | | | | | |

**BE&K Employee: 1564 (Juan O Perez)**    Entered: 10/17/2003     Charged: 10/10/2003   Certified      Approved

| 504581 N | E510/HO | 110 | Process | -40.00 | | | | | | | -40.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Notes:AUTO-GENERATED

| 6040596 R 561 | E510/HO | 1 | Motiva Enterprises LLC | | 4 00 | | 2.00 | 0 00 |
|---|---|---|---|---|---|---|---|---|
| 504581 N | E510/HO | 1 | Process | | 5 00 | 9 00 | 9 00 | 9.00 | 2 00 | 34.00 |
| | Total Reg. Time: | | | 9.00 | 9 00 | 9 00 | 9 00 | 4 00 | 40 00 | |
| | Total O T Time: | | | | | | | | | |
| | Total Prem. Time: | | | | | | | | | |
| | Total Other Time: | | | -40 00 | | | | | | | -40 00 |

**BE&K Employee: 1564 (Juan O Perez)**    Entered: 10/10/2003     Charged: 10/10/2003   Certified      Approved

| 504581 N | E510/HO | 110 | Process | 40.00 | | | | | | | 40 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Notes:AUTO-GENERATED

| | Total Reg. Time: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total O T. Time: | | | | | | | | | |
| | Total Prem Time: | | | | | | | | | |
| | Total Other Time: | | | 40 00 | | | | | | | 40 00 |

**BE&K Employee: 1564 (Juan O Perez)**    Entered: 10/3/2003     Charged: 10/3/2003   Certified      Approved

| 5040596 R 561 | E510/HO | 1 | Motiva Enterprises LLC | | 9 00 | 9 00 | 4 00 | 22 00 | |
|---|---|---|---|---|---|---|---|---|---|
| 500 N | E510/HO | 63 | BE&K Engineering Co | | 9 00 | 9.00 | | 18 00 |
| | Total Reg Time: | | | 9.00 | 9 00 | 4 00 | 22 00 | |
| | Total O T Time: | | | | | | | |
| | Total Prem. Time: | | | | | | | |
| | Total Other Time: | | | 9.00 | 9 00 | | | 18 00 |

**B 209**

D03237

ATI13
Generated: 2/17/2006 11:15:40 AM

TIME SHEET LISTING

Page 1
HomeDepartment:561 - PROCESS

| Contr/Prop | R Dept N Charged | Area | Cost w/c Code | Customer Name | R,O P | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Total Hours Reg O T Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Employee: 32364 (JUAN O PEREZ )    Entered: 9/30/2003    Charged: 9/30/2003  Certified    Approved**

| 03-7420 | R 75/0561 | 24 | 909140 | MOTIVA ENTERPRISES LLC | R | 9 00 | 4 00 | | | | | | 13 00 |
| | N 75/0561 | 01 | 909140 | PROCESS | R | | 5 00 | | | | | | 5 00 |
| | | | | Total Reg. Time: | | 9.00 | 9 00 | | | | | | 18 00 |
| | | | | Total O.T Time: | | | | | | | | | |
| | | | | Total Prem. Time: | | | | | | | | | |

**Employee: 32364 (JUAN O PEREZ )    Entered: 9/28/2003    Charged: 9/28/2003  Certified    Approved**

| 03-7420 | R 75/0561 | | 909140 | MOTIVA ENTERPRISES LLC | R | 7 00 | 9 00 | 7 00 | 7 00 | 2 00 | | | 32 00 |
| | N 75/0561 | 01 | 909140 | PROCESS | R | 2 00 | | 2 00 | 2 00 | 2 00 | | | 8 00 |
| | | | | Total Reg Time: | | 9 00 | 9 00 | 9 00 | 9 00 | 4 00 | | | 40 00 |
| | | | | Total O T Time: | | | | | | | | | |
| | | | | Total Prem Time: | | | | | | | | | |

**Employee: 32364 (JUAN O PEREZ )    Entered: 9/21/2003    Charged: 9/21/2003  Certified    Approved**

| 03-7034 | R 75/0561 | 08 | 909140 | E I DUPONT | R | 4 00 | 9 00 | 9 00 | | 4 00 | | | 26 00 |
| WIR:DSD38008 | | | | Client Acct#:5421B62871 | | | | | | | | | |
| | N 75/0561 | 01 | 909140 | PROCESS | R | 5 00 | | | 9.00 | | | | 14 00 |
| | | | | Total Reg. Time: | | 9 00 | 9 00 | 9 00 | 9 00 | 4 00 | | | 40 00 |
| | | | | Total O T Time: | | | | | | | | | |
| | | | | Total Prem Time: | | | | | | | | | |

**Employee: 32364 (JUAN O PEREZ )    Entered: 9/14/2003    Charged: 9/14/2003  Certified    Approved**

| 03-7034 | R 75/0561 | | 909140 | E J DUPONT | R | | 6 00 | 9 00 | 4.00 | | | | 19 00 |
| WIR:DSD38008 | | | | Client Acct#:5421B62871 | | | | | | | | | |
| | N 75/0561 | 00 | 909140 | PROCESS | R | 9 00 | 9 00 | 3 00 | | | | | 21 00 |
| | | | | Total Reg Time: | | 9 00 | 9 00 | 9 00 | 9 00 | 4 00 | | | 40 00 |
| | | | | Total O.T Time: | | | | | | | | | |
| | | | | Total Prem Time: | | | | | | | | | |

**Employee: 32364 (JUAN O PEREZ )    Entered: 9/7/2003    Charged: 9/7/2003  Certified    Approved**

| | N 75/H | | | Holiday | R | 9 00 | | | | | | | 9.00 |
| | N 75/0561 | 00 | 909140 | PROCESS | R | | 9 00 | 9 00 | 9 00 | 4 00 | | | 31 00 |
| | | | | Total Reg Time: | | 9 00 | 9 00 | 9 00 | 9 00 | 4 00 | | | 40 00 |
| | | | | Total O T Time: | | | | | | | | | |
| | | | | Total Prem Time: | | | | | | | | | |

**B 210**

D03238

AT113                                          TIME SHEET LISTING                                    Page 2
Generated: 2/17/2006 11:15:40 AM                                           HomeDepartment·561 - PROCESS

| Contr/Prep | R Dept N Charged | Area | w/c | Cost Code | Customer Name | R,O P | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Total Hours Reg | O T | Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Employee: 32364 (JUAN O PEREZ )**   Entered: 8/31/2003    Charged: 8/31/2003    Certified    Approved
N 75/0561    00    909140    PROCESS    R    10 00  10 00  10 00  10 00          40 00
                                          Total Reg. Time:    10 00  10 00  10 00  10 00          40 00
                                          Total O.T Time:
                                          Total Prem. Time:

**Employee: 32364 (JUAN O PEREZ )**   Entered: 8/24/2003    Charged: 8/24/2003    Certified    Approved
03-7402    R 75/0561    909140    CONOCO PHILLIPS    R    10 00  10 00  10 00  10 00          40 00
                                          Total Reg. Time:    10 00  10 00  10 00  10 00          40 00
                                          Total O.T Time:
                                          Total Prem. Time:

**Employee: 32364 (JUAN O PEREZ )**   Entered: 8/17/2003    Charged: 8/17/2003    Certified    Approved
N 75/V    Vacation    R    9 00  9 00  9 00  9 00  4 00    40 00
                                          Total Reg. Time:    9 00  9 00  9 00  9 00  4 00    40 00
                                          Total O.T Time:
                                          Total Prem. Time:

**Employee: 32364 (JUAN O PEREZ )**   Entered: 8/10/2003    Charged: 8/10/2003    Certified    Approved
03-7402    R 75/0561    909140    CONOCO PHILLIPS    R    8 00    8 00  8 00  8 00    32 00
                N 75/V    Vacation    R    8 00              8.00
                                          Total Reg Time:    8.00  8 00  8 00  8 00  8 00    40 00
                                          Total O.T Time:
                                          Total Prem. Time:

**Employee: 32364 (JUAN O PEREZ )**   Entered: 8/3/2003    Charged: 8/3/2003    Certified    Approved
03-7402    R 75/0561    909140    CONOCO PHILLIPS    R    8 00  8 00  8 00  8 00  8 00    40 00
                                          Total Reg. Time:    8.00  8 00  8 00  8 00  8 00    40 00
                                          Total O T Time:
                                          Total Prem. Time:

**Employee: 32364 (JUAN O PEREZ )**   Entered: 7/27/2003    Charged: 7/27/2003    Certified    Approved
03-7402    R 75/0561    909140    CONOCO PHILLIPS    R    8 00  8 00  8 00  8 00  8 00    40 00
                                          Total Reg Time:    8 00  8 00  8 00  8 00  8 00    40.00
                                          Total Prem. Time:

**B 211**

D03239

F

AT113                                             TIME SHEET LISTING                                    Page 3
Generated: 2/17/2006 11:15:40 AM                                              HomeDepartment:561 - PROCESS

| Contr/Prop | R Dept N Charged | Area | Cost w/c Code | Customer Name | R,O P | Reg | O.T | Prem | Total Hours Reg | O T | Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: 32364 (JUAN O PEREZ )** | | | | **Entered: 7/20/2003** | | **Charged: 7/20/2003** | | **Certified** | **Approved** | | |
| 03-7402 | R 75/0561 | 00 | 909140 | CONOCO PHILLIPS | | 40 00 | | | 40 00 | | |
| | | | | Total Reg Time: | | 40 00 | | | 40.00 | | |
| | | | | Total O T Time: | | | | | | | |
| | | | | Total Prem Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | **Entered: 7/13/2003** | | **Charged: 7/13/2003** | | **Certified** | **Approved** | | |
| 03-7402 | R 75/0561 | 08 | 909140 | CONOCO PHILLIPS | | 40 00 | | | 40 00 | | |
| | | | | Total Reg Time: | | 40 00 | | | 40 00 | | |
| | | | | Total O T Time: | | | | | | | |
| | | | | Total Prem Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | **Entered: 7/6/2003** | | **Charged: 7/6/2003** | | **Certified** | **Approved** | | |
| | N 75/H | | 909140 | Holiday | | 8 00 | | | 8 00 | | |
| 03-7402 | R 75/0561 | 03 | 909140 | CONOCO PHILLIPS | | 32 00 | | | 32 00 | | |
| | | | | Total Reg Time: | | 40 00 | | | 40 00 | | |
| | | | | Total O T Time: | | | | | | | |
| | | | | Total Prem Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | **Entered: 6/29/2003** | | **Charged: 6/29/2003** | | **Certified** | **Approved** | | |
| | N 75/V | | 909140 | Vacation | | 8 00 | | | 8 00 | | |
| | N 75/S | | 909140 | Sick Time | | 4 00 | | | 4 00 | | |
| 03-7402 | R 75/0561 | 00 | 909140 | CONOCO PHILLIPS | | 28 00 | | | 28 00 | | |
| | | | | Total Reg Time: | | 40 00 | | | 40 00 | | |
| | | | | Total O.T Time: | | | | | | | |
| | | | | Total Prem Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | **Entered: 6/22/2003** | | **Charged: 6/22/2003** | | **Certified** | **Approved** | | |
| 03-7402 | R 75/0561 | 08 | 909140 | CONOCO PHILLIPS | | 40 00 | | | 40 00 | | |
| | | | | Total Reg Time: | | 40 00 | | | 40 00 | | |
| | | | | Total O T Time: | | | | | | | |
| | | | | Total Prem Time: | | | | | | | |

B 212

D03240

AT113                                TIME SHEET LISTING                                Page 4
Generated: 2/17/2006 11:15:40 AM                              HomeDepartment:561 - PROCESS

| Contr/Prop | R Dept N Charged | Area | w/c | Cost Code | Customer Name | R,O P | Reg | O T | Prem | Total Hours Reg | O T | Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Employee: 32364 (JUAN O PEREZ )**   Entered: 6/15/2003   Charged: 6/15/2003   Certified   Approved
         N 75/S                 909140  Sick Time                    3 50                    3 50
03-7402  R 75/0561        08   909140  CONOCO PHILLIPS              36 50                   36 50
                                       Total Reg  Time:            40 00                   40 00
                                       Total O T  Time:
                                       Total Prem Time:

**Employee: 32364 (JUAN O PEREZ )**   Entered: 6/8/2003   Charged: 6/8/2003   Certified   Approved
03-7402  R 75/0561        08   909140  CONOCO PHILLIPS             32 00                   32 00
         N 75/S                 909140  Sick Time                   8 00                    8 00
                                       Total Reg. Time:            40 00                   40 00
                                       Total O T  Time:
                                       Total Prem Time:

**Employee: 32364 (JUAN O PEREZ )**   Entered: 6/1/2003   Charged: 6/1/2003   Certified   Approved
         N 75/H                 909140  Holiday                     8 00                    8 00
03-7402  R 75/0561        08   909140  CONOCO PHILLIPS             32 00                   32 00
                                       Total Reg  Time:            40 00                   40 00
                                       Total O T  Time:
                                       Total Prem  Time:

**Employee: 32364 (JUAN O PEREZ )**   Entered: 5/25/2003   Charged: 5/25/2003   Certified   Approved
         N 75/V                 909140  Vacation                   16 00                   16 00
03-7402  R 75/0561        08   909140  CONOCO PHILLIPS             24 00                   24 00
                                       Total Reg  Time:            40 00                   40 00
                                       Total O T  Time:
                                       Total Prem  Time:

**Employee: 32364 (JUAN O PEREZ )**   Entered: 5/18/2003   Charged: 5/18/2003   Certified   Approved
         N 75/V                 909140  Vacation                   24 00                   24 00
03-7402  R 75/0561        08   909140  CONOCO PHILLIPS             16 00                   16 00
                                       Total Reg. Time:            40 00                   40 00
                                       Total O.T. Time:
                                       Total Prem  Time:

**B 213**

D03241

A7113                                        TIME SHEET LISTING                                      Page 5
Generated: 2/17/2006 11:15:40 AM                                              HomeDepartment:561 - PROCESS

| Contr/Prop | R Dept N Charged | Area | w/c | Cost Code | Customer Name | R,O P | Reg | O T | Prem | | Total Hours Reg | O T | Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Employee: 32364 (JUAN O PEREZ )**     Entered: 5/11/2003     Charged: 5/11/2003     Certified   Approved
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS               40 00                        40 00
                                         Total Reg. Time:              40 00                        40 00
                                         Total O T Time:
                                         Total Prem Time:

**Employee: 32364 (JUAN O PEREZ )**     Entered: 5/4/2003      Charged: 5/4/2003      Certified   Approved
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS               40 00                        40 00
                                         Total Reg Time:               40 00                        40 00
                                         Total O.T Time:
                                         Total Prem Time:

**Employee: 32364 (JUAN O PEREZ )**     Entered: 5/4/2003      Charged: 4/20/2003     Certified   Approved
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS              -40 00                       -40 00
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS               40 00                        40 00
                                         Total Reg Time:
                                         Total O T Time:
                                         Total Prem Time:

**Employee: 32364 (JUAN O PEREZ )**     Entered: 5/4/2003      Charged: 4/13/2003     Certified   Approved
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS               40 00                        40 00
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS               40 00                        40 00
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS               40 00                        40 00
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS              -40 00                       -40 00
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS              -40 00                       -40 00
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS               40 00                        40 00
                                         Total Reg. Time:
                                         Total O.T Time:
                                         Total Prem Time:

**Employee: 32364 (JUAN O PEREZ )**     Entered: 5/4/2003      Charged: 4/6/2003      Certified   Approved
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS              -40 00                       -40 00
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS               40 00                        40 00
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS               40 00                        40 00
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS              -40.00                       -40 00
03-7402      R 75/0561      08   909140   CONOCO PHILLIPS              -40 00                       -40 00

**B 214**

D03242

AT113                                          TIME SHEET LISTING                                          Page 6
Generated: 2/17/2006 11:15:41 AM                                                    HomeDepartment:561 - PROCESS

| Contr/Prop | R Dept N Charged | Area | w/c | Cost Code | Customer Name | R,O P | Reg. | O.T. | Prem | Reg | O.T. | Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | 40 00 | | | 40 00 | | |
| | | | | | Total Reg Time: | | | | | | | |
| | | | | | Total O T Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |

**Employee: 32364 (JUAN O PEREZ )**    Entered: 5/4/2003    Charged: 3/30/2003    Certified    Approved

| Contr/Prop | R Dept N Charged | Area | w/c | Cost Code | Customer Name | R,O P | Reg. | O.T. | Prem | Reg | O.T. | Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N 75/V | | | 909140 | Vacation | | 8 00 | | | 8 00 | | |
| | N 75/V | | | 909140 | Vacation | | -8 00 | | | -8 00 | | |
| | N 75/V | | | 909140 | Vacation | | -8 00 | | | -8 00 | | |
| | N 75/V | | | 909140 | Vacation | | 8 00 | | | 8 00 | | |
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | 32 00 | | | 32 00 | | |
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | -32 00 | | | -32 00 | | |
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | -32 00 | | | -32 00 | | |
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | 32 00 | | | 32 00 | | |
| | | | | | Total Reg Time: | | | | | | | |
| | | | | | Total O T Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |

**Employee: 32364 (JUAN O PEREZ )**    Entered: 5/4/2003    Charged: 3/23/2003    Certified    Approved

| Contr/Prop | R Dept N Charged | Area | w/c | Cost Code | Customer Name | R,O P | Reg. | O.T. | Prem | Reg | O.T. | Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-7402 | R 75/0561 | 03 | | 909140 | CONOCO PHILLIPS | | 40 00 | | | 40 00 | | |
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | -40 00 | | | -40 00 | | |
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | -40 00 | | | -40 00 | | |
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | 40 00 | | | 40 00 | | |
| | | | | | Total Reg Time: | | | | | | | |
| | | | | | Total O T Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |

**Employee: 32364 (JUAN O PEREZ )**    Entered: 5/4/2003    Charged: 3/16/2003    Certified    Approved

| Contr/Prop | R Dept N Charged | Area | w/c | Cost Code | Customer Name | R,O P | Reg. | O.T. | Prem | Reg | O.T. | Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-7402 | R 75/0561 | 00 | | 909140 | CONOCO PHILLIPS | | 40 00 | | | 40 00 | | |
| 03-7402 | R 75/0561 | 00 | | 909140 | CONOCO PHILLIPS | | -40 00 | | | -40 00 | | |
| 03-7402 | R 75/0561 | 00 | | 909140 | CONOCO PHILLIPS | | -40 00 | | | -40 00 | | |
| 03-7402 | R 75/0561 | 00 | | 909140 | CONOCO PHILLIPS | | 40 00 | | | 40 00 | | |
| | | | | | Total Reg Time: | | | | | | | |
| | | | | | Total O T Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |

**B 215**

D03243

| Contr/Prop | R Dept N Charged | Area | W/c | Cost Code | Customer Name | R,O P | Reg | O T | Prem | Total Hours Reg | O T | Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: 32364 (JUAN O PEREZ )** | | | | | Entered: 5/4/2003 | | Charged: 3/9/2003 | Certified | Approved | | | |
| | N 75/S | | | 909140 | Sick Time | | 40 00 | | | 40 00 | | |
| | N 75/S | | | 909140 | Sick Time | | -40 00 | | | -40 00 | | |
| | N 75/S | | | 909140 | Sick Time | | -40 00 | | | -40 00 | | |
| | N 75/S | | | 909140 | Sick Time | | 40 00 | | | 40 00 | | |
| | | | | | Total Reg Time: | | | | | | | |
| | | | | | Total O T Time: | | | | | | | |
| | | | | | Total Prem. Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | | Entered: 4/27/2003 | | Charged: 4/27/2003 | Certified | Approved | | | |
| | N 75/V | | | 909140 | Vacation | | 8 00 | | | 8 00 | | |
| 03-7402 | R 75/0561 | | 08 | 909140 | CONOCO PHILLIPS | | 32 00 | | | 32 00 | | |
| | | | | | Total Reg Time: | | 40 00 | | | 40 00 | | |
| | | | | | Total O T. Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | | Entered: 4/20/2003 | | Charged: 4/20/2003 | Certified | Approved | | | |
| 03-7402 | R 75/0561 | | 08 | 909140 | CONOCO PHILLIPS | | 40 00 | | | 40 00 | | |
| | | | | | Total Reg Time: | | 40 00 | | | 40 00 | | |
| | | | | | Total O T. Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | | Entered: 4/20/2003 | | Charged: 4/13/2003 | Certified | Approved | | | |
| 03-7402 | R 75/0561 | | 08 | 909140 | CONOCO PHILLIPS | | -40 00 | | | -40 00 | | |
| 03-7402 | R 75/0561 | | 08 | 909140 | CONOCO PHILLIPS | | 40 00 | | | 40 00 | | |
| | | | | | Total Reg Time: | | | | | | | |
| | | | | | Total O T Time: | | | | | | | |
| | | | | | Total Prem. Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | | Entered: 4/20/2003 | | Charged: 4/6/2003 | Certified | Approved | | | |
| 03-7402 | R 75/0561 | | 08 | 909140 | CONOCO PHILLIPS | | -40 00 | | | -40 00 | | |
| 03-7402 | R 75/0561 | | 08 | 909140 | CONOCO PHILLIPS | | 40 00 | | | 40 00 | | |
| | | | | | Total Reg Time: | | | | | | | |
| | | | | | Total O T. Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |

B 216

D03244

AT113                                          TIME SHEET LISTING                                     Page 8
Generated: 2/17/2006 11:15:41 AM                                          HomeDepartment:561 - PROCESS

| Contr/Prop | R Dept N Charged | Area | w/c | Cost Code | Customer Name | R,O P | Reg | O T | Prem | Total Hours Reg | O T | Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: 32364 (JUAN O PEREZ )** | | | | | **Entered: 4/20/2003** | | **Charged: 3/30/2003** | | | **Certified** | **Approved** | |
| | N 75/V | | | 909140 | Vacation | | -8 00 | | | | -8 00 | |
| | N 75/V | | | 909140 | Vacation | | 8 00 | | | | 8 00 | |
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | 32 00 | | | | -32 00 | |
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | 32 00 | | | | 32 00 | |
| | | | | | Total Reg Time: | | | | | | | |
| | | | | | Total O.T Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | | **Entered: 4/20/2003** | | **Charged: 3/23/2003** | | | **Certified** | **Approved** | |
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | -40 00 | | | | -40 00 | |
| 03-7402 | R 75/0561 | 08 | | 909140 | CONOCO PHILLIPS | | 40 00 | | | | 40 00 | |
| | | | | | Total Reg. Time: | | | | | | | |
| | | | | | Total O.T Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | | **Entered: 4/20/2003** | | **Charged: 3/16/2003** | | | **Certified** | **Approved** | |
| 03-7402 | R 75/0561 | 00 | | 909140 | CONOCO PHILLIPS | | -40 00 | | | | -40 00 | |
| 03-7402 | R 75/0561 | 00 | | 909140 | CONOCO PHILLIPS | | 40 00 | | | | 40 00 | |
| | | | | | Total Reg Time: | | | | | | | |
| | | | | | Total O.T Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | | **Entered: 4/20/2003** | | **Charged: 3/9/2003** | | | **Certified** | **Approved** | |
| | N 75/S | | | 909140 | Sick Time | | -40 00 | | | | -40 00 | |
| | N 75/S | | | 909140 | Sick Time | | 40 00 | | | | 40 00 | |
| | | | | | Total Reg. Time: | | | | | | | |
| | | | | | Total O T Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |
| **Employee: 32364 (JUAN O PEREZ )** | | | | | **Entered: 4/13/2003** | | **Charged: 4/13/2003** | | | **Certified** | **Approved** | |
| 03-7402 | R 75/0561 | 03 | | 909140 | CONOCO PHILLIPS | | 40 00 | | | | 40 00 | |
| | | | | | Total Reg Time: | | | | | | | |
| | | | | | Total O.T Time: | | | | | | | |
| | | | | | Total Prem Time: | | | | | | | |

**B 217**

D03245

| Contr/Prop | R Dept N Charged | Cost Area w/c Code | Customer Name | R,O P | Reg | O T | Prem | Total Hours Reg | O T | Prem |
|---|---|---|---|---|---|---|---|---|---|---|

**Employee: 32364 (JUAN O PEREZ )   Entered: 1/19/2003          Charged: 1/12/2003          Certified Approved**

|  | N 75/0561 | 01 | 909140 PROCESS |  | -13 00 | -3 00 |  | -13 00 | -3 00 |  |
| 03-7402 | R 75/0561 | 08 | 909140 CONOCO PHILLIPS |  | 13 00 | 3 00 |  | 13 00 | 3 00 |  |

Total Reg Time:
Total O T Time:
Total Prem Time:

**Employee: 32364 (JUAN O PEREZ )   Entered: 1/12/2003          Charged: 1/12/2003          Certified Approved**

| 02-7414-01 | R 75/0561 040 | 50 | 909140 MOTIVA ENTERPRISES LLC | R | 9 00 | 9 00 | 4 00 |  | 22 00 |  |
|  | N 75/0561 | 01 | 909140 PROCESS | R |  | 5 00 | 8.00 | 5 00 | 18 00 |  |
|  | N 75/0561 | 01 | 909140 PROCESS | O |  |  | 3 00 |  | 3.00 |

Total Reg Time:   9 00 9 00   9 00 8 00   5 00   40 00
Total O T Time:              3 00           3 00
Total Prem Time:

**Employee: 32364 (JUAN O PEREZ )   Entered: 1/5/2003          Charged: 1/5/2003          Certified Approved**

|  | N 75/0561 | 07 | 909140 PROCESS | R |  | 10 00 |  | 10.00 |
|  | N 75/H |  | 909140 Holiday | R | 10 00 |  | 10 00 |
| 02-7414-01 | R 75/0561 040 | 50 | 909140 MOTIVA ENTERPRISES LLC | R |  | 10 00 | 10 00 | 20 00 |
|  | N 75/V |  | 909140 Vacation | R | 10 00 |  | 10 00 |
|  | N 75/0561 | 07 | 909140 PROCESS | R |  | -10 00 | -10 00 |

Total Reg. Time:   10.00   10 00 10 00   10 00   40 00
Total O.T Time:
Total Prem Time:

**B 220**

D03248

18

1    were?

2         A.    I was the senior process engineer.  I helped the

3    other process engineers when they had questions.  I did

4    some of the reporting.  I assigned work to other

5    engineers.  And I was one of the primary contacts with

6    the client, the DuPont client.

7         Q.    Who was the DuPont client on that project?

8         A.    Dan Dayton.

9         Q.    You were the primary contact?

10        A.    Well, Pete Howe or I at the time.

11        Q.    I apologize.  I know you said this earlier, but

12   what was the purpose of this DTT project?

13        A.    The law requires documentation of relief devices

14   and the Dupont Titanium Technologies Group was having us

15   review every relief device in the plant and either verify

16   its adequacy or have it changed until it became adequate.

17        Q.    Do you know if the project is still in existence?

18        A.    Yes.

19        Q.    Are you presently working on it now?

20        A.    Yes.

21        Q.    Okay.  Was this the first time you ever became a

22   process lead on a project?

23        A.    I believe so.

24        Q.    Okay.  Do they have different classifications of



19

1    engineers at BE&K?

2         A.    Yes.

3         Q.    Okay.  Meaning like an engineer I, engineer II?

4         A.    Yes.

5         Q.    When you started at BE&K what was your

6    classification?

7         A.    I'm not sure, but I believe it was senior process

8    engineer.

9         Q.    So in '95 you believe you started as a senior

10   process engineer?

11        A.    Yes.

12        Q.    Did that classification change at any point?

13        A.    No.

14        Q.    Today would you still consider yourself a senior

15   process engineer?

16        A.    Yes.

17        Q.    Have you ever heard the term -- let me rephrase.

18              What is the difference between a large

19   project and a small project?

20        A.    In my opinion a large project is a project where

21   there are engineers from several disciplines working on a

22   project and maybe several engineers from certain

23   disciplines working on a project.

24              In my opinion a small project is a project



B 222

1  where there are fewer people working on the project and

2  an engineer on that project needs to handle

3  responsibilities from multiple disciplines.

4      Q.   Do you think duration has anything to do with

5  whether something is a large or small project?

6      A.   That could as well.

7      Q.   Typically how long would a large project last?

8      A.   I would expect close to a year or longer.

9      Q.   Typically how long would a small project last?

10     A.   Less than a year.

11     Q.   Does the cost of the project factor in as to

12 whether it is large or small?  I mean what the project is

13 worth?

14     A.   There probably is a relationship, but I don't

15 know that that has that great a significance.  Well, for

16 example, this DTT project, you know, we are working with

17 relief devices that are relatively inexpensive compared

18 to the plant as a whole, but the project will last five

19 years and take a significant number of engineers, so I

20 would call that a large project, even though the capital

21 work is smaller than a lot of other projects.

22     Q.   So the DTT project that you are working on is a

23 large project?

24     A.   In my opinion.

**B 223**



1     Q.   What did you mean when you said with respect to a

2   small project the engineer needs to handle multiple

3   disciplines on the project?

4     A.   If you are working with a large project, you will

5   have your, possibly several process engineers, several

6   mechanical engineers, a civil structural engineer,

7   electrical engineers, instrumentation engineers.  If you

8   are working on a small project an engineer would be

9   expected to handle process work, mechanical work,

10   instrumentation work, that on a large project would be

11   handled by someone else.

12     Q.   Have you ever had to do that where you had to

13   handle multiple disciplines on one particular project?

14     A.   I don't remember anything specifically.

15     Q.   Would you say your discipline is process

16   engineering?

17     A.   Yes.

18     Q.   Okay.  But you don't recall any specific time

19   when you had to handle multiple disciplines on a small

20   project?

21     A.   No.

22     Q.   Do you know if other BE&K process department

23   engineers have ever had to handle multiple disciplines on

24   a small project?

B 224



WILCOX & FETZER LTD.
Registered Professional Reporters

22

A.    Yes.   I know years ago there was a Small Projects Group.

Q.    Who was on that Small Projects Group, if you can recall?

A.    I can remember one name and that's John Gwinn.

Q.    Do you recall how many people approximately were on this Small Projects Group?

A.    No.   I was never involved with it and so my only contact with it was from people who said that -- who said he had been working in that group.

Q.    Do you know what this group was doing?

A.    No, I don't.

Q.    So you don't know if they were engineers who were handling multiple disciplines on a particular small project?

A.    I imagined that was what it was, but that was 10 years ago and any conversation I had I have forgotten.

Q.    Does John Gwinn still work for BE&K?

A.    Yes.

Q.    BE&K and not Allstates?

A.    As far as I know he works for BE&K.   He's at the Chambers Works plant, the DuPont Chambers Works plant.

Q.    Do you know which department he's in?

A.    No.   I know at one time he was in the



B 225