51

1  know.  It wouldn't have made sense.

2      Q.    So you are saying Dan Dayton told Pete to

3  terminate Sam?

4      A.    Well, at least he didn't -- I would speculate

5  that at least he didn't want him on the job.

6      Q.    But you were aware there were other projects Sam

7  would have went on?

8              MS. DiBIANCA:  I object.  That

9  mischaracterizes the prior testimony.

10             You can answer.

11     A.    I suspect there were, but I didn't get involved

12  with staffing and destaffing of other projects.

13     Q.    Do you know in February of 2003 that you were

14  told that there were going to be additional slots open on

15  the DTT project?

16             MS. DiBIANCA:  I'll state the same objection

17  to the extent it mischaracterizes prior testimony.

18             MR. ANGLADE:  I said do you know.

19             MS. DiBIANCA:  I'm sorry.  Pardon me.

20  BY MR. ANGLADE:

21     Q.    Were you aware that there were going to be more

22  opportunities to add more process department employees on

23  the DTT project in or about February of 2003?

24     A.    I don't remember when I was told or -- I don't



B 226

Jack R. Baker

75

1    Q.   How many times has that happened?

2    A.   That's frequent, but not -- this is not related

3  to the DTT work, but other projects, someone else

4  frequently comes up with the budget and I -- frequently

5  I'm just a part of the team and so I'm not involved in

6  the budget.

7    Q.   How about if you were the sole process engineer

8  on the project?

9    A.   Then I would expect to be and believe I have been

10  involved with the budget.

11    Q.   Have there been any times when you were the sole

12  process engineer on a new project where you were not

13  consulted about the budget before it was developed?

14    A.   I don't believe so.

15    Q.   Do you know if the company sometimes underbudgets

16  when they have a new project from a new client to ensure

17  that they will have repeat work from the client?

18    A.   I don't know about that.

19    Q.   Have you ever observed the company underbudget

20  when they have a new client because they want to ensure

21  that they have repeat business from the client?

22    A.   I haven't seen that either way.

23    Q.   Do you know what the Inroads Program is?

24    A.   No.

**B 227**



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Jack R. Baker

85

```
 1    relief device calculations, although he doesn't want to

 2    train each person individually.

 3         Q.    Your answer is finished?

 4         A.    Yes.

 5         Q.    You would need to be aware of all those

 6    possibilities from someone, right, who had knowledge of

 7    them?

 8         A.    Yes.

 9         Q.    Is that correct?

10         A.    Yes.

11         Q.    Is there any difference between being an BE&K

12    employee as opposed to Allstate's employee?

13         A.    There are some as far as benefits I'd say.

14         Q.    Do you know if you have better benefits as a BE&K

15    employee as opposed to an Allstates employee?

16         A.    Yes.

17         Q.    How is it better to be a BE&K employee?

18         A.    BE&K offers profit sharing, which Allstates

19    doesn't.  And BE&K also gives us sick leave and that is

20    all the difference I can think of now.

21         Q.    Are Allstates employees contract employees or

22    salaried?

23         A.    Contract.

24         Q.    So meaning once the contract is finished, there's
```



B 228

Jack R. Baker

86

1    no guarantee that there will be another contract for you?

2    A.    Yes.

3    Q.    Are BE&K employees contract employees or salaried

4    employees?

5    A.    Salaried.

6    Q.    What's the difference between being a salaried

7    employee as opposed to a contract employee?

8    A.    As far as it impacts me, that was about -- the

9    two cases that I gave was about it.  And that's all I can

10   think of now.

11   Q.    I know.  But as a BE&K employee, if a project you

12   are working on comes to an end, that doesn't necessarily

13   mean that you are going to be terminated by the company.

14   Is that correct?

15   A.    That's right.

16   Q.    Would you say an Allstates employee basically

17   works from contract to contract?

18   A.    No.  There are Allstates people who have been

19   there for years and years and have worked on a number of

20   projects and they don't get laid off each time a project

21   ends.

22   Q.    But you don't have guaranteed employment as an

23   Allstates employee once your project ends?

24   A.    Yes.  That's right.

B 229



WILCOX & FETZER LTD.
Registered Professional Reporters

108

1    that he was hired in April 2003 or May even 2003, and

2    Obed was, Mr. Perez was laid off in November 2003, would

3    there be any significance to the time frame there to you,

4    between April, May, decision --

5        A.    Well --

6              MR. ANGLADE:  Object to the form, leading.

7    You can answer.

8        A.    Well, there is a significant difference in time.

9        Q.    Would you say that Mr. Guttridge is, I don't want

10   to use a legal phrase, but is he -- would you say that

11   his role with BE&K is similar to the role that Obed Perez

12   had?  Are they comparable individuals?

13             MR. ANGLADE:  Object to the form, vague.

14   You can answer.

15       Q.    That is vague.  I'd like to rephrase it, but if

16   you can answer I'll let you.

17       A.    Until he became the lead on the job he -- and if

18   Obed had worked on the job or when Obed worked on the

19   job, I guess you would say that their responsibilities

20   would be similar.

21       Q.    How about the difference between their experience

22   levels?  I'm talking about now in the time frame of

23   November 2003 when Mr. Perez was laid off, would you say

24   that they were comparable in experience level s?



B 230

36

1    A.    Bob Wunder.  He's a very good engineer.  He was

2  just illy-suited for this particular role.  And they

3  assigned him other work.

4    Q.    Anyone else?

5    A.    I think that's all that I can recall.  They had

6  one engineer that they terminated, and I can't recall

7  his name.

8           MR. ANGLADE:  From which project did you

9  ask Mr. Wunder to be removed?

10          THE WITNESS:  This was on the equipment

11  documentation.  Mr. Wunder was not finishing any work,

12  and spending lot of hours, and, finally, I went and

13  talked to Mr. Trexler and said, look, we either got

14  him to get work finished or we need to replace him.

15  BY MS. DiBIANCA:

16    Q.    So when he doesn't finish work, that in turn

17  cost DuPont extra?

18    A.    Yes.  Oh, yes.  I pay by the hour.

19    Q.    As to Bob Wunder, was your decision to have him

20  removed based on age in any way?

21    A.    No.

22    Q.    How about for Nasim Hassan, was your decision

23  to have him removed --

24    A.    No.



Daniel M. Dayton

64

1   engineering work adequately.

2       Q.   Was there anything good about Mr. Perez's

3   performance you could say?

4       A.   I have a hard time describing anything at this

5   point because his work was very narrow over a certain

6   area, and he did very poorly in it.

7       Q.   The equipment documentation project, they were

8   solely doing relief device work?

9       A.   Yes, that's correct.

10      Q.   Other than Mr. Perez, are there any other BE&K

11  process engineers you've asked to be pulled off your

12  projects?

13           MS. DiBIANCA:  I object.  I believe that

14  was really clearly asked and answered already.  Go

15  ahead.

16  BY MR. ANGLADE:

17      Q.   Other than what you have already testified to.

18  I remember you said Nasim Hassan?

19      A.   There was one other a few years prior on a

20  project for our New Johnsonville, Tennessee plant, an

21  engineer by the name of Mike Tweed.

22      Q.   Do you know what year this was?

23      A.   I am a little bit guessing, but it would seem

24  to me to be 1999 or around there.

B 232



Daniel M. Dayton

65

1    Q.    Do you know what the purpose of that project

2    was?

3            MR. GRIFFITHS:   I object on relevancy.   You

4    can answer.

5    Q.    You can answer.

6    A.    It was -- his portion of that project was to do

7    some relief calculations on a new facility that we had

8    that was not designed correctly.

9    Q.    Why did you have him pulled off the project?

10           MR. GRIFFITHS:   Objection.   My client can't

11   have a contractor removed.   He can make suggestions to

12   his employer.

13   Q.    Whether a recommendation --

14           MR. GRIFFITHS:   He doesn't do it.

15           MR. ANGLADE:   Yeah.

16           MR. GRIFFITHS:   All right.

17           THE WITNESS:   He was failing to get his

18   work completed, and it was impacting the schedule of

19   the project.

20   BY MR. ANGLADE:

21   Q.    This was a DuPont project.   Correct?

22   A.    Yes.

23   Q.    Now, has Tweed since worked on any other DuPont

24   projects?

B 233



Robert J. Shoemaker                    16

1    half, four-year period?

2         Q.    Yes.

3         A.    I would say, probably between 20 and 30.

4         Q.    Were any of them for performance reasons?

5         A.    No.

6         Q.    Were they all for layoffs?

7         A.    They were all for lack of work.

8         Q.    You never had to terminate anybody for

9    performance while a department manager at E and I?

10        A.    No.

11        Q.    It was all for lack of work?

12        A.    Right.

13        Q.    Do you recall if any of the people you had to

14   let go for lack of work while you were department

15   manager of E and I were under the age of 40?

16        A.    I'd have a hard time -- I never asked anybody

17   what their age was.  When we opened the office up, the

18   majority of the people that we hired were senior level

19   people that were available in the marketplace.  There

20   was no way to mentor people or no training.  They were

21   people that had to hit the ground running.  So most of

22   them would be experienced senior level people.  But

23   there were people, I would say, that were middle age.

24   But I never asked anybody their age or was concerned



B 234

Robert J. Shoemaker                    19

1    putting the office together.  There was not very much

2    opportunity to bring somebody in and train them.  So

3    most of the people that we were hiring were people

4    that had to hit the ground running, as I mentioned.

5        Q.   What do you mean you were putting the office

6    together?  Was it a new department?

7        A.   It was a new company in the area.  There was

8    nothing there.  We had to build everything up from

9    scratch.

10       Q.   The department or BE&K?

11       A.   BE&K.

12       Q.   So you are saying BE&K started in Delaware in

13   2000?

14       A.   Yes.  Or the end of '99.  I am not sure.

15       Q.   It wasn't here -- they had no locations before

16   that period?

17       A.   No.

18       Q.   Are you sure they had no sites in Delaware,

19   BE&K?

20       A.   No.  They did not have any sites in Delaware

21   that I was aware of.

22       Q.   That you were aware of.  Okay.  Is that just

23   based on your knowledge or do you know for certain

24   that BE&K didn't have any offices in Delaware prior to



1    2000?

2        A.    I would say that's pretty certain.

3        Q.    All right.  I'll submit to you that there has

4    been documentation to show Obed Perez worked for BE&K

5    in 1993, I believe in Delaware.  Do you know how that

6    would be possible?

7        A.    Can I see the document?  Do you have the

8    documentation?

9        Q.    I think I do.  Here.  I'll show you, for

10   example, this was marked as Perez 1 during Mr. Perez's

11   deposition.  It's a letter --

12       A.    I am getting fouled up with my -- I might be

13   off the beat.  I think I am off ten years with what I

14   am saying.  This is what happens when you retire.  I

15   have to apologize.  That 2000 that we're talking is

16   really 1990.

17       Q.    1990.  Okay.

18       A.    This is 1990.

19       Q.    Okay, okay.

20       A.    It's a crazy, crazy thing.  So I am very sorry

21   about that.  I don't know how I went down that track.

22   I am thinking.  This is 2006, you know.  This is like

23   a --

24       Q.    Okay.  So you were the E and I department



1   he became the process engineer department manager in

2   or about 1999.  At the time he became the process

3   department manager, was there a concern that there

4   could be lack of work at the Newark, Delaware facility

5   for the other engineers?

6        A.   I don't know specifically at that time.  But I

7   could say there was always a concern.  There is always

8   a concern for work.

9        Q.   In the '90s, how was the company doing as far

10  as work coming in?

11       A.   It was very cyclical.  It's a very cyclical

12  business.  When Pete Howe became the process manager,

13  I think it was still that kind of turmoil.  It's the

14  nature of the business.  It's a feast-or-famine-type

15  of a business.

16       Q.   While he was the process department manager,

17  was there more of a concern that there would be lack

18  of work coming in for the company?

19            MS. DiBIANCA:  I'll object to the extent it

20  requires speculation.  But you can go ahead and

21  answer.

22       A.   Yeah.  I'm not -- can I ask you:  On that

23  question, can you clarify?  Are you saying after he

24  became process manager --



**B 237**

1    Q.    Yes.

2    A.    -- was the work more difficult or were there

3    changes or --

4    Q.    What I am trying to get at is:  Were there ever

5    any conversations between you and him or other

6    department managers that there was a concern that

7    there would be lack of projects for the employees to

8    work on?

9    A.    Always.  We were always discussing that type of

10   thing.

11   Q.    Were you ever concerned that you may have to

12   lay off some of your employees because there would be

13   lack of work?

14   A.    Yes.

15   Q.    Typically, would you meet with the department

16   managers to discuss what was happening in their

17   departments?

18   A.    Yes.

19   Q.    How often would you meet with them?

20   A.    Once a week.

21   Q.    So you would have weekly meetings?

22   A.    Weekly meetings.

23   Q.    Would you be the one running the meeting?

24   A.    Yes.

B 238



Robert J. Shoemaker                          41

1           The only thing that I could see here that

2    might -- that we discussed was whether Obed was --

3    Mr. Perez was eligible for rehire.  And if I recall,

4    he was.  So when he was laid off, he was told that he

5    was eligible for rehire, keep in touch, typically, is

6    what would do.  I am sure he got severance pay.

7    Whatever else.  There is outplacement effort.  And

8    that confirms that.  So Pete did tell him, you know,

9    keep in touch with us, I am sure.  Workload picks up,

10   whatever.  He was not laid off because of poor

11   performance.

12      Q.    That's what Pete Howe told you, he wasn't laid

13   off because of poor performance?

14      A.    Well, that's what this also tells me.  And I

15   think he was laid off because of lack of work.

16      Q.    Were you ever told by Pete Howe that he had

17   poor performance?

18      A.    What I could recall about Mr. Perez is you

19   can't label it as poor performance because if he got

20   into work -- got work that he was fit for, good fit,

21   he performed well in that.  He was a little bit

22   limited in what he could do primarily around

23   leadership skills, leadership, self-management-type

24   skills, which were becoming much more important.

                                        B 239



**WILCOX & FETZER LTD.**
Registered Professional Reporters

1    background, they did ask for him to work through -- he

2    was working for us at the time -- to assign him

3    directly to that client for a period of time.

4        Q.   Were you aware if Mr. Perez always got a raise

5    every year while he worked for BE&K?

6        A.   No reason he shouldn't.

7        Q.   Are there any times when a BE&K employee will

8    not get a raise?

9        A.   Yeah.

10       Q.   When would those times be?

11       A.   They got a performance rating below, I think it

12   was a C at the time.  And it would be, essentially,

13   like on a probation, performance probation.  And that

14   occasionally did happen.  And then there were periods

15   also in the office where nobody got a raise.

16       Q.   When Mr. Howe was talking to you about laying

17   off Mr. Perez, did he ever say to you that the

18   decision had to do with Mr. Perez's performance?

19       A.   I don't recall that he did.

20       Q.   Do you know what INROADS is?

21       A.   Yes.

22       Q.   What is INROADS?

23       A.   INROADS is a national organization that works

24   with talented and gifted minorities coming out of high



B 240

WILCOX & FETZER LTD.
Registered Professional Reporters

Robert J. Shoemaker                               59

1    Q.    Do you know who Dan Dayton is?

2    A.    Yes.

3    Q.    Do you recall if you had any conversations with

4    Dan Dayton about Obed Perez?

5    A.    No, I didn't.

6    Q.    Are you aware if anybody has ever alleged BE&K

7    practiced age discrimination besides Obed Perez?

8    A.    No.

9    Q.    That also includes any internal complaints of

10   age discrimination?

11   A.    Yeah.  No, I never had any ...

12   Q.    Do you know what Allstates is?

13   A.    Yes.

14   Q.    What is Allstates?

15   A.    Allstates is a contract agency.

16   Q.    What is the relationship between Allstates and

17   BE&K?

18   A.    It's a contract agency that BE&K uses as we

19   have or we had -- I'm talking like I'm still working

20   there -- we had an evergreen contract with Allstates

21   where we used them to fill positions that,

22   essentially, could be temporary positions.

23   Q.    So do you hire these people as temporary

24   workers at BE&K?

B 241



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Robert J. Shoemaker                    61

1    positions are filled.  And we give the Allstates

2    people a description of what we're trying to fill,

3    what the duration is.

4              From BE&K's standpoint, the positions had

5    to be a hundred percent reimbursable.  All right?  So

6    they fill those positions.  So the marketplace --

7    people send resumes in.  They have a marketplace.

8    It's a network of people that are getting laid off

9    from companies and coming back into those companies.

10   And they're available through Allstates.  And they

11   have come back, people that were direct employees,

12   have come back through Allstates through temporary

13   assignments or whatever, if they were acceptable

14   employees.

15             But I don't know the -- I am pretty sure

16   that the benefits are very limited, all contract

17   agencies.  They make up for it, typically, in their

18   W-2.

19      Q.   Are there any other differences besides what

20   you've already told me?

21      A.   In what respect?

22      Q.   For example, you told me -- you said you are

23   sure the benefits are limited.  I am just asking is

24   there anything else that --

B 242



AT222                                    TIME SHEET DATA BY CONTRACT AND DATE                              Page 124
RUN DATE:6/12/2006                                                                          RUN TIME:11:00:42 AM
                                                                                  Charge Date From 8/1/2003 to 12/31/2004
                                                                                   Entry Date From 8/1/2003 to 12/31/2004

THIS REPORT REFLECTS RECORDS COLLECTED BY THIS SYSTEM ONLY
THIS REPORT DOES NOT REFLECT TIME DISTRIBUTION

| Badges | Name | Charge Code | Entry Date | Chg Date | Subsidiary Cost Code | Pay Type | Job Code | Work Code | R/N | Reg. | O.T. | Prem. | Oth. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2340 | Y J Lin | 500 | 12/19/2003 | 1/2/2004 | | 41 | E510/HO | | N | | | | 10 00 |
| 500 - BE&K Engineering Co | | | | | | | | | | | | | |
| 2340 | Y J Lin | 500 | 12/19/2003 | 1/2/2004 | | 63 | E510/HO | | N | | | | 30.00 |
| 500 - BE&K Engineering Co | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040612 | 1/9/2004 | 1/9/2004 | 561 | 1 | E510/HO | | R | 40.00 | | | |
| 5040612 - Flare Network Modeling | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040612 | 1/16/2004 | 1/16/2004 | 561 | 1 | E510/HO | | R | 40.00 | | | |
| 5040612 - Flare Network Modeling | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040612 | 1/23/2004 | 1/23/2004 | 561 | 1 | E510/HO | | R | 40 00 | | | |
| 5040612 - Flare Network Modeling | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040612 | 1/30/2004 | 1/30/2004 | 561 | 1 | E510/HO | | R | 40 00 | | | |
| 5040612 - Flare Network Modeling | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040612 | 2/6/2004 | 2/6/2004 | 561 | 1 | E510/HO | | R | 13 00 | | | |
| 5040612 - Flare Network Modeling | | | | | | | | | | | | | |
| 2340 | Y J Lin | 504561 | 2/6/2004 | 2/6/2004 | | 1 | E510/HO | | N | 27 00 | | | |
| 504561 - Process | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040612 | 2/13/2004 | 2/13/2004 | 561 | 1 | E510/HO | | R | 40 00 | | | |
| 5040612 - Flare Network Modeling | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040612 | 2/20/2004 | 2/20/2004 | 561 | 1 | E510/HO | | R | 40.00 | | | |
| 5040612 - Flare Network Modeling | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040612 | 2/27/2004 | 2/27/2004 | 561 | 1 | E510/HO | | R | 40 00 | | | |
| 5040612 - Flare Network Modeling | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040650 | 3/5/2004 | 3/5/2004 | 561 | 1 | E510/HO | | R | 5 00 | | | |
| 5040650 - Red Lion Acid Plant FEL | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040667 | 3/19/2004 | 3/5/2004 | 561 | 1 | E510/HO | | R | 5 00 | | | |
| 5040667 - MSCC Intermediate Blower Expan | | | | | | | | | | | | | |
| 2340 | Y J Lin | 504561 | 3/5/2004 | 3/5/2004 | | 1 | E510/HO | | N | 30 00 | | | |
| 504561 - Process | | | | | | | | | | | | | |
| 2340 | Y J Lin | 504P0173 | 3/19/2004 | 3/5/2004 | | 1 | E510/HO | | N | -5 00 | | | |
| 504P0173 - FCC Capacity Upgrade | | | | | | | | | | | | | |
| 2340 | Y J Lin | 504P0173 | 3/5/2004 | 3/5/2004 | | 1 | E510/HO | | N | 5 00 | | | |
| 504P0173 - FCC Capacity Upgrade | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040635 | 3/12/2004 | 3/12/2004 | 561 | 1 | E510/HO | | R | 40.00 | | | |
| 5040635 - PD Eng Serv for Project Blue | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040635 | 3/19/2004 | 3/19/2004 | 561 | 1 | E510/HO | | R | 40 00 | | | |
| 5040635 - PD Eng Serv for Project Blue | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040635 | 3/26/2004 | 3/26/2004 | 561 | 1 | E510/HO | | R | 40 00 | | | |
| 5040635 - PD Eng Serv for Project Blue | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040635 | 4/2/2004 | 4/2/2004 | 561 | 1 | E510/HO | | R | 40 00 | | | |
| 5040635 - PD Eng Serv for Project Blue | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040635 | 4/9/2004 | 4/9/2004 | 561 | 1 | E510/HO | | R | 40 00 | | | |
| 5040635 - PD Eng Serv for Project Blue | | | | | | | | | | | | | |
| 2340 | Y J Lin | 5040635 | 4/16/2004 | 4/16/2004 | 561 | 1 | E510/HO | | R | 40 00 | | | |
| 5040635 - PD Eng Serv for Project Blue | | | | | | | | | | | | | |

**B 243**

D03648

AT222                                    TIME SHEET DATA BY CONTRACT AND DATE                          Page 166
RUN DATE:6/12/2006                                                                        RUN TIME:11:01:16 AM
                                                                              Charge Date From 6/1/2003 to 12/31/2004
                                                                              Entry Date From 6/1/2003 to 12/31/2004

                          THIS REPORT REFLECTS RECORDS COLLECTED BY THIS SYSTEM ONLY
                          THIS REPORT DOES NOT REFLECT TIME DISTRIBUTION

| Badges | Name | Charge Code | Entry Date | Chg Date | Subsidiary Cost Code | Pay Type | Job Code | Work Code | R/N | Reg. | O.T. | Prem. | Oth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15158 | P Nguyen | DZB4T007 | 12/24/2004 | 12/24/2004 | 561 | 501 | E511/HO | | R | 14.00 | | | |
| DZB4T007 - Relief Devices 3Q04 Johnsonvil | | | | | | | | | | | | | |
| 15158 | P Nguyen | DKB4T020 | 12/31/2004 | 12/31/2004 | 561 | 501 | E511/HO | | R | 15.00 | | | |
| DKB4T020 - Design Basis 3Q04 Kuan Yin | | | | | | | | | | | | | |
| 15158 | P Nguyen | DKB4T022 | 12/31/2004 | 12/31/2004 | 561 | 501 | E511/HO | | R | 10.00 | | | |
| DKB4T022 - Kuan Yin - 4thQ Basis | | | | | | | | | | | | | |
| 15158 | P Nguyen | DNB3T009 | 12/31/2004 | 12/31/2004 | 561 | 501 | E511/HO | | R | 6.00 | | | |
| DNB3T009 - NJ Bins Relief Scope Developme | | | | | | | | | | | | | |
| | Emp. subtotal | | | | | | | | | 1,698.00 | | | |
| 126312 | A J Gerwig | 5040683 | 7/16/2004 | 7/9/2004 | 561 | 501 | E541/HO | 20 | R | 2.00 | | | |
| 5040683 - ERS Data & Documentation | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DZB3T002 | 7/16/2004 | 7/9/2004 | 561 | 501 | E541/HO | | R | 10.00 | | | |
| DZB3T002 - Dlt Relief Device Resolution T | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DZB3T002 | 7/23/2004 | 7/23/2004 | 561 | 501 | E541/HO | | R | 12.00 | | | |
| DZB3T002 - Dlt Relief Device Resolution T | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DZB3T002 | 7/30/2004 | 7/30/2004 | 561 | 501 | E541/HO | | R | 24.00 | | | |
| DZB3T002 - Dlt Relief Device Resolution T | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DZB3T002 | 8/6/2004 | 8/6/2004 | 561 | 501 | E541/HO | | R | 14.00 | | | |
| DZB3T002 - Dlt Relief Device Resolution T | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DZB3T002 | 8/27/2004 | 8/20/2004 | 561 | 501 | E511/HO | | R | 4.00 | | | |
| DZB3T002 - Dlt Relief Device Resolution T | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DEA4T004 | 9/17/2004 | 8/27/2004 | 561 | 501 | E511/HO | | R | 7.00 | | | |
| DEA4T004 - Edge Moor Relief Devices 3Q04 | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DKB4T020 | 8/27/2004 | 8/27/2004 | 561 | 501 | E511/HO | | R | 7.00 | | | |
| DKB4T020 - Design Basis 3Q04 Kuan Yin | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DKB4T020 | 9/17/2004 | 8/27/2004 | 561 | 501 | E511/HO | | R | -7.00 | | | |
| DKB4T020 - Design Basis 3Q04 Kuan Yin | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DZB3T002 | 8/27/2004 | 8/27/2004 | 561 | 501 | E511/HO | | R | 5.00 | | | |
| DZB3T002 - Dlt Relief Device Resolution T | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DEA4T004 | 9/17/2004 | 9/3/2004 | 561 | 501 | E511/HO | | R | 18.00 | | | |
| DEA4T004 - Edge Moor Relief Devices 3Q04 | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DKB4T020 | 9/17/2004 | 9/3/2004 | 561 | 501 | E511/HO | | R | -18.00 | | | |
| DKB4T020 - Design Basis 3Q04 Kuan Yin | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DKB4T020 | 8/27/2004 | 9/3/2004 | 561 | 501 | E511/HO | | R | 18.00 | | | |
| DKB4T020 - Design Basis 3Q04 Kuan Yin | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DZB3T002 | 8/27/2004 | 9/3/2004 | 561 | 501 | E511/HO | | R | 6.00 | | | |
| DZB3T002 - Dlt Relief Device Resolution T | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DEA4T004 | 9/17/2004 | 9/10/2004 | 561 | 501 | E511/HO | | R | 9.00 | | | |
| DEA4T004 - Edge Moor Relief Devices 3Q04 | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DKB4T020 | 9/17/2004 | 9/10/2004 | 561 | 501 | E511/HO | | R | -9.00 | | | |
| DKB4T020 - Design Basis 3Q04 Kuan Yin | | | | | | | | | | | | | |
| 126312 | A J Gerwig | DKB4T020 | 9/10/2004 | 9/10/2004 | 561 | 501 | E511/HO | | R | 9.00 | | | |
| DKB4T020 - Design Basis 3Q04 Kuan Yin | | | | | | | | | | | | | |

**B 244**

D03690

AT222                                         TIME SHEET DATA BY CONTRACT AND DATE                              Page 169
RUN DATE:6/12/2006                                                                                RUN TIME:11:01:18 AM
                                                                                          Charge Date From 6/1/2003 to 12/31/2004
                                                                                          Entry Date From 6/1/2003 to 12/31/2004

THIS REPORT REFLECTS RECORDS COLLECTED BY THIS SYSTEM ONLY
THIS REPORT DOES NOT REFLECT TIME DISTRIBUTION

| Badges | Name | Charge Code | Entry Date | Chg Date | Subsidiary Cost Code | Pay Type | Job Code | Work Code | R/N | Reg. | O.T. | Prem. | Oth |
|--------|------|-------------|------------|----------|----------------------|----------|----------|-----------|-----|------|------|-------|-----|
| 126312 | A.J.Gerwig | DEA4T004 | 12/24/2004 | 12/24/2004 | 561 | 501 | E511/HO | | R | 14.00 | | | |
| DEA4T004 - Edge Moor Relief Devices 3Q04 | | | | | | | | | | | | | |
| | Emp. subtotal | | | | | | | | | 367.00 | | | |
| 126350 | R.C.Robbinsli | DCS4T001 | 7/16/2004 | 7/9/2004 | 553 | 501 | E507/HO | | R | -31.00 | | | |
| DCS4T001 - FPD Project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T001 | 7/16/2004 | 7/9/2004 | 561 | 501 | E507/HO | | R | 31.00 | | | |
| DCS4T001 - FPD Project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T001 | 7/16/2004 | 7/16/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T001 - FPD Project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T001 | 7/23/2004 | 7/23/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T001 - FPD Project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 7/30/2004 | 7/30/2004 | 561 | 503 | E507/HO | | R | | | 3.75 | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 7/30/2004 | 7/30/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 7/30/2004 | 7/30/2004 | 561 | 502 | E507/HO | | R | | 7.50 | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 8/6/2004 | 8/6/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 8/13/2004 | 8/13/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 8/20/2004 | 8/20/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 8/27/2004 | 8/27/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 9/3/2004 | 9/3/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 9/10/2004 | 9/10/2004 | 561 | 501 | E507/HO | | R | 31.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 9/17/2004 | 9/17/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 9/24/2004 | 9/24/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 10/1/2004 | 10/1/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 10/8/2004 | 10/8/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 10/15/2004 | 10/15/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 10/22/2004 | 10/22/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |
| 126350 | R.C.Robbinsli | DCS4T002 | 10/29/2004 | 10/29/2004 | 561 | 501 | E507/HO | | R | 40.00 | | | |
| DCS4T002 - FP/D project | | | | | | | | | | | | | |

**B 245**

D03693

John Trexler

37

1    Q.    So you worked on projects with him?

2    A.    Yes.

3    Q.    Do you recall how many projects approximately?

4    A.    I only recall that one project that Obed worked

5    on and it was just one project that he and I worked on

6    together.

7    Q.    Do you recall what project that was?

8    A.    Yeah.  It was the Corpus Christi F60

9    manufacturing facilities project for DuPont.

10    Q.    What type of project was that?

11    A.    They were -- it was a new facility going within

12    an existing plant to make a new refrigerant.

13    Q.    And what type of engineers were working on this

14    project?

15    A.    All kinds, process engineers, mechanical

16    engineers, electrical instrument engineers.  The full

17    scope of folks.

18    Q.    Were you and Mr. Perez doing the same thing on

19    this project?

20    A.    We, essentially, had equivalent -- we were,

21    essentially, the same type of role on the project.

22    Q.    What were you doing?

23    A.    We were both what we called area leads.  It was

24    a big enough project that you kind of had to break it



B 246

John Trexler

38

1  down into little parts to work on it.  So I was area

2  lead for F60 distillation and Obed was area lead for

3  environmental area.

4     Q.    Did you observe his performance on this

5  project?

6     A.    Not closely.  Because we had separate areas, so

7  he had his own responsibilities; I had mine.  So we

8  had some interaction, but for the most part, we were

9  working on different sections of the plant.

10    Q.    Do you know how he performed on that project?

11    A.    In terms of -- I do know that the DuPont team

12 was very dissatisfied with how that particular package

13 came out in terms of both the quality of the design

14 and the timeliness of the design.

15    Q.    Because of the quality of the design and the

16 timeliness of the design?

17    A.    Timeliness of the design, yeah.

18    Q.    How do you know that?

19    A.    Because there were e-mails to the effect from

20 the client about raising a fuss.  There may have been

21 meetings and such like that.

22    Q.    Do you know who the client was?

23    A.    Yeah.  It was DuPont, and the DuPont -- the

24 primary DuPont liaison for that work.  His name was



John Trexler

50

1    A.    That's right.

2    Q.    Is there any other reason why you said to Pete

3    Howe he was reasonably capable?

4    A.    No.    That was pretty much it.

5    Q.    Now, you said you told Pete Howe that he was

6    not a lead type of engineer?

7    A.    Mm-hmm.

8    Q.    Do you recall that?

9    A.    Yes.

10   Q.    What did you mean by that?

11   A.    That given his, you know -- there was

12   reasonable doubt about his capabilities to lead

13   projects based on the poor outcome of his package for

14   the Corpus Christi project.

15   Q.    What do you mean?

16   A.    Exactly that, that, you know, that if there is

17   a poor outcome on a package, more than likely everyone

18   involved in that package had some contributing role in

19   the poor performance, so.

20   Q.    Now, you also said that there may have been

21   some other circumstances as to why he didn't perform

22   well in that project?

23   A.    I did say that.

24   Q.    What was the word you used?

**B 248**



51

1    A.    Extenuating circumstances.

2    Q.    What did you mean by that?

3    A.    I meant a couple things.  One, in terms of --

4    sometimes if the client personnel aren't real

5    responsive, it's difficult to do well, you know.  In

6    doing a project, you are dependent on getting the

7    information from the client.  And if the client

8    personnel are not good about getting that information

9    to you, then you will have difficulty doing the

10   design.  So I thought that could have been a factor.

11   And also, Obed actually cast a lot of blame on the

12   designer on that work.  Bill Robinson said that he was

13   a big part of the problem why things didn't go as

14   well.

15   Q.    Any other factors?

16   A.    No.   Those would be it.

17   Q.    Now, you said sometimes the client personnel

18   are not responsive if they do not get all the

19   information to the engineers.

20   A.    Yeah.

21   Q.    Did you observe that with respect to the Corpus

22   Christi project?

23   A.    I was not real close to his package in terms of

24   I suspect that -- no.  I guess I wasn't close enough



B 249

1  to it to know that for a fact.

2      Q.    But why did you make that point?  Did you make

3  this point to Howe or are you just telling me this now

4  for the first time?  Do you understand?

5      A.    Yeah, yeah, I told that to Pete.  I told -- I

6  mentioned to him that perhaps the client had part of

7  the blame in the poor outcome.

8      Q.    Why did you say that to him?  What's your basis

9  for saying that to him?

10      A.    You know, in terms of the interaction I did

11  have with Obed on the earlier project, he did kind of

12  indicate that he was still waiting for answers from

13  the client on this, that and the other, and that was a

14  reason that perhaps the piping and instrument diagrams

15  were incomplete, that type of thing, so.  There was

16  enough hearsay to understand that perhaps the client

17  wasn't as timely at getting information to Obed as

18  what would be hoped.

19      Q.    Was that based on what Mr. Perez told you?

20      A.    Yeah.

21      Q.    Did anyone else tell you that besides him?

22      A.    No, I don't think so.

23      Q.    Did you have that experience working on the

24  other side of that project that you weren't getting



B 250