UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 05-697 (SLR) |
| BE&K ENGINEERING COMPANY, (Subsidiary of BE&K, Inc.) | ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff EEOC's Brief in Opposition to Defendant's Motion for Summary Judgment was electronically filed the 27th day of September 2006. I further certify that a true and correct copy of Plaintiff EEOC's supporting documents were filed electronically on the 28th day of September 2006 to the following:

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
(Attorney for Defendant)

Dated: September 28, 2006

_____/s/_____
Woody Anglade
Trial Attorney
U.S. EEOC