**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) | C.A. No. 05-697-KAJ |
| v. | ) ) | |
| BE&K ENGINEERING COMPANY (subsidiary of BE&K, Inc.), | ) ) | |
| Defendant. | ) | |

**STATEMENT OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1.1**

Counsel for Defendant BE&K Engineering Company made reasonable efforts to reach agreement on the matter set forth in this Motion but was unable to reach Plaintiff's counsel.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Teresa A. Cheek (Bar I.D. 2657)
Margaret M. DiBianca (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

DATED: October 4, 2006