### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-697-KAJ |
| v. ) | |
| ) | |
| BE&K ENGINEERING COMPANY ) | |
| (subsidiary of BE&K, Inc.), ) | |
| Defendant. ) | |

## ORDER

**AND NOW** this _____ day of _____, 2006, the Court having duly considered Defendant BE&K's Motion to Strike Pages B285 – B288 of Plaintiff's Appendix to Its Response in Opposition to Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion is GRANTED.

2. Pages B285 – B288 are hereby stricken from the record and removed from consideration for the purposes of the Motion for Summary Judgment presently pending before the Court.

3. Further, any and all references to the stricken pages and any statements made in reliance on such pages in Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment are stricken from the record and removed from consideration of the Court for the purposes of the pending Motion for Summary Judgment.

_____

Jordan, J.