# EXHIBIT 3

(Pages from Deposition of Juan Obed Perez)

Equal Employment Opportunity Commission v.           BE&K Engineering Company
Perez, Juan Obed - Vol. 2, Volume 2    C.A. # 1:05-cv-00697-SLR           March 13, 2006

Page 194

1    A.    Well, I haven't been involved with the final
2    estimate, but there is a scope that that particular
3    company writes, and BE&K gets a scope.
4    Q.    A scope?
5    A.    Yes, scope of work.
6    Q.    Okay, okay.
7    A.    I'm sorry.
8    Q.    Okay, no problem.
9    A.    And based on that, BE&K estimates the
10   man-hours, man-hours, engineering hours that are
11   required to do that job.  And this normally is done by
12   consulting, it's just the engineering department, like
13   the process engineering department, electrical
14   engineering, civil, mechanical, and so on.
15   Q.    So there is a consultant for each department;
16   is that right?
17   A.    That's correct.
18   Q.    Okay.  Go ahead, sorry, I didn't mean to
19   interrupt.
20   A.    And per department they determine, based on the
21   scope of work for them, how many hours will it take
22   them to do the job.  So engineer project managers
23   gather this information, put it together, and they
24   come up with total engineering hours.  And then they

Case 1:05-cv-00697-MPT   Document 55-4   Filed 10/04/2006   Page 3 of 10

Equal Employment Opportunity Commission v.                BE&K Engineering Company
Perez, Juan Obed - Vol. 2, Volume 2    C.A. # 1:05-cv-00697-SLR        March 13, 2006

Page 195

1  ==manipulate the information to add other overheads and==
2  ==other things that I may not be aware of.==
3     Q.    So is there more than one bid coming in to the
4  company?  Is there BE&K and could there be another, or
5  is it just done one company at a time?  Are they
6  competing with anyone?
7     A.    For a particular job, that private company,
8  yes.
9     Q.    Okay.
10    A.    They contact companies like Jacobs or Delaware
11 Engineering or some other kind of companies like that.
12    Q.    Okay.  Now, what sort of things, if there is
13 more, if there is more than one, like say BE&K and
14 Delaware Engineering, and they're both bidding on the
15 same project, what sort of things is the company going
16 to consider as between who to pick?  What are the
17 factors?
18    A.    Well, always number one is the cost or, you
19 know, how much that engineering company is going to
20 charge for the job.  Sometimes these bids are based on
21 what they call lump sum, which means that once you
22 agree on, the company agree with BE&K its a lump sum,
23 BE&K has to stick to those engineering hours that they
24 would offer.

1    A.   So they did the negotiations with B and -- with
2    Motiva.  We were told, and I'm not the only person,
3    there were other people, that they bid, tried to bid
4    the lowest and they did the one below what normally
5    they had done the project to get in.  They thought
6    that, and the philosophy is that then by doing other
7    projects they would recover.
8         None of the disciplines that got involved
9    with that project as far as mine and as far as the
10   project engineer that was handling the project, they
11   told us, "You're going to work in this project, this
12   is the amount of hours that are allocated."  We didn't
13   have any, anything to say about the hours.  And I was
14   not the only that was kind of complaining about what
15   it has been done, not what BE&K did in a way, but we
16   know BE&K bid it pretty low.
17        Being that the case, then we worked with
18   what we were given.  And that makes it very difficult,
19   because at the same time they said these are the
20   strict hours.  You got to go by that, or then BE&K has
21   to absorb the extra hours that we may go over.
22   Q.   Now, let's look -- just give me one second
23   here.  Let's look at what Pete Howell said about that,
24   and let's see if you think that what he said was



WILCOX & FETZER LTD.
Registered Professional Reporters

B 103

1  pretty fair. That would be on EEOC121, which is the
2  very last page. And then it says, "Year in review,
3  What were the employee's accomplishments," and then he
4  starts to say "Obed worked." If you want to just read
5  that and tell me what you think.
6      A.   What part is that, please?
7      Q.   I might not have highlighted it.
8      A.   Like the second --
9           MR. ANGLADE:  Right here.
10     A.   Oh, that one right there?  "Obed worked," okay.
11     Q.   Yes, just take a look at that. And then when
12  you've had a chance to read it, tell me if you think
13  that's pretty fair.
14     A.   "On the Motiva CCR scrubber project as the
15  process engineer. Project was completed with some
16  engineering overruns for various reasons. Obed
17  learned a lot about lump sum projects while working on
18  this."
19     Q.   That's good, the rest of it is about Conoco.
20          So as far as that goes, did you think that
21  was pretty fair.
22     A.   Yes. Because it was the first time that I
23  worked in a project like that, and you know, my
24  learning is that, you know, you are really tight on



1       <mark>the amount of hours.</mark>
2       Q.. Because he didn't say, he didn't say that it
3  was your fault for any reason, right?
4       A.   Correct.
5       Q.   Okay, good.  Okay.  Done with that.
6            Now, who was Mr. Howell's supervisor?
7       A.   Mr. Shumaker was the, as far as I remember, the
8  engineering manager who was above Pete Howell.
9       Q.   Now, as engineering manager, did he have just
10 process or was he in charge of more than the process?
11      A.   All the engineering department.
12      Q.   Okay.  Did you have a lot of interactions with
13 him, Mr. Shumaker?
14      A.   Not really; to say hi in the hall.
15      Q.   Now, did he have authority to hire and fire
16 without approval from others?
17      A.   Well, he needed a feedback from the manager
18 for, basically from Mr. Pete Howell.  Because Mr. Pete
19 Howell collects information about my performance based
20 on the project managers that I have worked with.
21      Q.   So he, Mr. Shumaker, didn't have enough
22 interaction directly with the engineers to make
23 decisions like that?
24      A.   That's correct.



WILCOX & FETZER LTD.
Registered Professional Reporters                    B 105

1   A.  It was on per diem, yes.

2   Q.  When did you stop working on site at Tosco?

3   A.  Just likely before -- well, maybe around May.

4   Right now that's what I recall, May.

5   Q.  Okay.

6   A.  May 2003.

7   Q.  Okay. And then at that point did you come back

8   to the Newark facility?

9   A.  Correct.

10  Q.  Did you do more follow-up work for Tosco from

11  Newark?

12  A.  Yeah, everything, I was not sent to anyplace

13  after the Tosco job.

14  Q.  And why did you leave the Tosco project?

15  A.  It was completed.

16  Q.  Was it finished early?

17  A.  It was pretty much open. I was basically doing

18  two functions, and one of them was technical support.

19  And that one depended on when they were going to be

20  able to find somebody for that job position.

21  Q.  An in-house person you mean?

22  A.  Yes, to be hired directly for Tosco.

23  Q.  Did they find someone?

24  A.  Yes, they did.

Case 1:05-cv-00697-MPT   Document 55-4   Filed 10/04/2006   Page 8 of 10

Equal Employment Opportunity Commission v.          BE&K Engineering Company
Perez, Juan Obed - Vol. 2, Volume 2    C.A. # 1:05-cv-00697-SLR         March 13, 2006

Page 238

1  A. To -- if I had something pending, which I did,
2  but it was something minor that took me half a week or
3  so.
4  Q. So really the only notice they gave you was
5  maybe a week?
6  A. When somebody's interviewed, there is some time
7  in the process and the person accepts, there is
8  another period of time in which that person would like
9  to commence the work, and there is a gap there.
10 Q. Okay. Did you have to train them at all?
11 A. Not in that particular case.
12 Q. Okay.
13 A. It wasn't an entry level position.
14 Q. Okay. So how much time total between the time
15 they said, "Okay, we found someone," how much time did
16 you have after that before you had to return to
17 Newark?
18 A. It was matter of weeks, I think. I don't
19 recall exactly.
20 Q. More than two weeks, would you say?
21 A. About.
22 Q. And when you got back to BE&K in Newark, what
23 did you do when you got back as far as work?
24 A. They gave me some functions of, especially in

Case 1:05-cv-00697-MPT   Document 55-4   Filed 10/04/2006   Page 9 of 10

Equal Employment Opportunity Commission v.          BE&K Engineering Company
Perez, Juan Obed - Vol. 2, Volume 2   C.A. # 1:05-cv-00697-SLR      March 13, 2006

Page 239

1  relief devices, some functions that they were part of
2  the project that I was not really directly involved in
3  the project.
4     Q.   What project was it?
5     A.   I don't recall at this moment.
6     Q.   Okay.  So in other words, it was a project that
7  was already ongoing and this was the kind of filler
8  work?
9     A.   Yes.
10    Q.   Okay.  Who was the engineer on the project at
11 that point, do you remember?
12    A.   Oh, boy.  I don't recall.
13    Q.   Okay.  Now, as far as that kind of work, was
14 that at your skill level or above or below your skill
15 level?
16    A.   It's on my level.  Other less experienced
17 person with the right training was able to do it.
18    Q.   Okay.  And any other work that you did during
19 that time?
20    A.   I don't recall.  There were minor things here
21 and there.
22    Q.   Okay.  More of this kind of filler work?
23    A.   As far as I recall.
24    Q.   Okay.  Were there any more, not filler

Equal Employment Opportunity Commission v.                    BE&K Engineering Company
Perez, Juan Obed - Vol. 2, Volume 2    C.A. # 1:05-cv-00697-SLR              March 13, 2006

Page 241

1   A.   There were some overhead charge.
2   Q.   Can you tell me how much?  I mean I don't want
3   numbers, but more often than not, for example?
4   A.   Well, I went back to BE&K during mid-summer.  I
5   know the weather was getting better.  It was clear
6   outside by the times that I was driving 4:00 in the
7   morning, 5.
8   Q.   So at that time was part of your time billed to
9   overhead and not to a client?
10  A.   All, you know, depends or depended on what I
11  was doing at that time.  Like mentioned before, the
12  little projects or help that I was providing that were
13  charged to that project.  So I don't have a good feel
14  of the time that I was working overhead, but it, you
15  know -- well, I shouldn't say because I don't recall.
16  Q.   Okay, that's fine.  So I'm not going to ask you
17  to speculate as to the number of, or the amount of
18  time you spent on overhead.  But is it fair to say
19  that part of that time was billed to overhead?
20  A.   I could say so.
21  Q.   Okay.  When did you file your charge with the
22  EEOC?  I can pull it out if you'd like.  Would that be
23  better?
24  A.   Sure.