**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) | C.A. No. 05-697-KAJ |
| v. | ) ) | |
| BE&K ENGINEERING COMPANY (subsidiary of BE&K, Inc.), | ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Margaret M. DiBianca, Esq., hereby certify that on Wednesday, October 4, 2006, I electronically filed a true and correct copy of the foregoing **DEFENDANT BE&K ENGINEERING COMPANY'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO STRIKE** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the counsel of record, and further certify that I caused a copy of such filing to be served by First Class Mail on the following counsel of record:

Woody Anglade
U.S. EEOC
21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Teresa A. Cheek (Bar I.D. 2657)
Margaret M. DiBianca (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

DATED: October 4, 2006