IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) v. ) ) BE&K ENGINEERING CO. ) (a subsidiary of BE&K, Inc.), ) Defendant. ) ) | C.A. No. 05-697-KAJ |

**STIPULATION TO EXTEND BRIEFING SCHEDULE IN RESPONSE TO BE&K ENGINEERING COMPANY'S MOTION TO STRIKE (D.I. 54)**

It is hereby stipulated by and between the parties in the above-captioned matter that the briefing schedule regarding BE&K Engineering Company's Motion to Strike (D.I. 54) shall be extended as follows: (1) Plaintiff's Answering Brief will be due on or before October 24, 2006; and (2) Defendant's Reply Brief will be due on or before November 6, 2006.

Respectfully submitted,

/s/ Woody Anglade                              /s/ Margaret M. DiBianca, Esq.
Woody Anglade, Esq.                            Margaret M. DiBianca, Esq. (No. 4539)
U.S. EQUAL EMPLOYMENT                          YOUNG CONAWAY STARGATT &
OPPORTUNITY COMMISSION                         TAYLOR, LLP
21 South 5th Street                            The Brandywine Building, 17th Floor
Suite 400                                      1000 West Street, P.O. Box 391
Philadelphia, PA 19106-2515                    Wilmington, Delaware 19899-0391
Telephone: (215) 440-2814                      Telephone: (302) 571-5008
Facsimile: (215) 440-2632                      Facsimile: (302) 576-3476
woody.anglade@eeoc.gov                         mdibianca@ycst.com
Admitted *pro hac vice*                        Attorneys for Defendant
Attorneys for Plaintiff

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge