# Exhibit 1

(Supplemental Declaration of Sam Swamy)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BE&K ENGINEERING COMPANY, )<br>(Subsidiary of BE&K, Inc.) )<br>)<br>Defendant. ) | CIVIL ACTION NO. 05-697<br>(KAH) |

## SUPPLEMENTAL DECLARATION OF NARAYAN SWAMY

I, Narayan Swamy, do hereby depose and state as follows:

1. I provided the letter dated June 27, 2006, attached as Exhibit 1, to Equal Employment Opportunity Commission Trial Attorney Woody Anglade in late June 2006.

2. Mr. Anglade recently contacted me and asked me to submit this Supplemental Declaration concerning my letter.

3. I affirm that the text of my June 27, 2006 letter is based on my own personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/18/06

NARAYAN SWAMY

Subscribed and sworn before me
this 18 day of October 2006

Notary Public

My Commission expires:

Charles J. San Germano
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/15/2008

1