# Exhibit 3

(Letter from Anglade to DiBianca, dated June 30, 2006)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Woody Anglade, Trial Attorney
Direct Dial: (215) 440-2814

June 27, 2005

RECEIVED
JUN 3 0 2006

**SENT VIA FACSIMILE & REGULAR U.S. MAIL**

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

    Re:    EEOC v. BE & K Engineering Company,
              Civil Action Number 05-697 (SLR)

Dear Ms. DiBianca:

    Enclosed is a copy of a letter that the EEOC recently received from Narayan Swamy. It is Bates Stamped EEOC 567. Please do not hesitate to contact me if you have any questions.

Very truly yours,

Woody Anglade
Trial Attorney
U.S. EEOC