# Exhibit 6

(Deposition Testimony of Juan Obed Perez)

Case 1:05-cv-00697-MPT    Document 63-7    Filed 11/06/2006    Page 2 of 4

Equal Employment Opportunity Commission v.                BE&K Engineering Company
Perez, Juan Obed - Vol. 2, Volume 2    C.A. # 1:05-cv-00697-SLR              March 13, 2006

Page 238

1   A.   To -- if I had something pending, which I did,
2   but it was something minor that took me half a week or
3   so.
4   Q.   So really the only notice they gave you was
5   maybe a week?
6   A.   When somebody's interviewed, there is some time
7   in the process and the person accepts, there is
8   another period of time in which that person would like
9   to commence the work, and there is a gap there.
10  Q.   Okay.  Did you have to train them at all?
11  A.   Not in that particular case.
12  Q.   Okay.
13  A.   It wasn't an entry level position.
14  Q.   Okay.  So how much time total between the time
15  they said, "Okay, we found someone," how much time did
16  you have after that before you had to return to
17  Newark?
18  A.   It was matter of weeks, I think.  I don't
19  recall exactly.
20  Q.   More than two weeks, would you say?
21  A.   About.
22  Q.   And when you got back to BE&K in Newark, what
23  did you do when you got back as far as work?
24  A.   They gave me some functions of, especially in

Case 1:05-cv-00697-MPT   Document 63-7   Filed 11/06/2006   Page 3 of 4

Equal Employment Opportunity Commission v.        BE&K Engineering Company
Perez, Juan Obed - Vol. 2, Volume 2   C.A. # 1:05-cv-00697-SLR        March 13, 2006

Page 239

```
 1   relief devices, some functions that they were part of
 2   the project that I was not really directly involved in
 3   the project.
 4       Q.    What project was it?
 5       A.    I don't recall at this moment.
 6       Q.    Okay.  So in other words, it was a project that
 7   was already ongoing and this was the kind of filler
 8   work?
 9       A.    Yes.
10       Q.    Okay.  Who was the engineer on the project at
11   that point, do you remember?
12       A.    Oh, boy.  I don't recall.
13       Q.    Okay.  Now, as far as that kind of work, was
14   that at your skill level or above or below your skill
15   level?
16       A.    It's on my level.  Other less experienced
17   person with the right training was able to do it.
18       Q.    Okay.  And any other work that you did during
19   that time?
20       A.    I don't recall.  There were minor things here
21   and there.
22       Q.    Okay.  More of this kind of filler work?
23       A.    As far as I recall.
24       Q.    Okay.  Were there any more, not filler
```

Case 1:05-cv-00697-MPT   Document 63-7   Filed 11/06/2006   Page 4 of 4

Equal Employment Opportunity Commission v.                BE&K Engineering Company
Perez, Juan Obed - Vol. 2, Volume 2   C.A. # 1:05-cv-00697-SLR          March 13, 2006

Page 240

1  projects, but real projects coming in at that time?
2     A.   I think there was one.
3     Q.   Okay. Do you remember anything about it?
4     A.   It was, I think it was a job with, minor job
5  with Sun Oil.
6     Q.   Now, during the ones that you were doing the
7  filler work with, was part of your time then charged
8  to overhead like we had talked about?
9     A.   No, that was charged to Tosco.
10    Q.   To Tosco?
11    A.   Oh, you mean --
12    Q.   I mean when you came back to Newark after Tosco
13 and you were doing the relief devices, filling in on
14 other, taking pieces of projects, was that --
15    A.   That was being charged to that particular
16 project.
17    Q.   Okay. And were you able to get a full 40-hour
18 billable week?
19    A.   While I was working for that project, yes. It
20 could be that I ended in one day or two, so...
21    Q.   Between the time you came back from Tosco and
22 the time of the layoff, did you have 40 billable hours
23 consistently, or was some of that time to general
24 overhead?