# Exhibit 7

(Sample Time Charges, sorted by client)

AT221               TIME SHEET DATA BY CHARGE AND DATE               Page 1
RUN DATE:6/12/2006               RUN TIME:1:56:02 PM
Contract:none specified               Charge Date From 6/1/2003
              Entry Date span not specified

| Badges | Name | Charged Div/ Dept | Entry Date | Chg Date | Charge Cost | Area/ WC | R/N | Reg. | O.T. | Prem. |
|--------|------|-------------------|-----------|----------|-------------|----------|-----|------|------|-------|
| 32049 | J. G. TREXLER | 75/ H | 6/1/2003 | 6/1/2003 | 909140 | / | N | 9.00 | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/1/2003 | 6/1/2003 | 909140 | / 50 | R | 6.00 | | |
| 02-7415-20 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/1/2003 | 6/1/2003 | 909140 | / 50 | R | | 5.00 | |
| 02-7440 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/1/2003 | 6/1/2003 | 909140 | / 50 | R | 19.00 | | |
| 02-7440 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/1/2003 | 6/1/2003 | 909140 | / 50 | R | 6.00 | | |
| 03-7031-10 - E. I. DUPONT | | | Client Acct#:7026424750721001 | | | | | WIR:DED3G001 | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/8/2003 | 6/8/2003 | 909140 | / 50 | R | 1.00 | | |
| 02-7415-16 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/8/2003 | 6/8/2003 | 909140 | / 50 | R | 2.00 | | |
| 02-7415-20 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/8/2003 | 6/8/2003 | 909140 | / 50 | R | 22.00 | | |
| 02-7440 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/8/2003 | 6/8/2003 | 909140 | / 50 | R | | 6.00 | |
| 02-7440 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/8/2003 | 6/8/2003 | 909140 | / 50 | R | 15.00 | | |
| 03-7031-10 - E. I. DUPONT | | | Client Acct#:7026424750721001 | | | | | WIR:DED3G001 | | |
| 32049 | J. G. TREXLER | 75/ E | 6/15/2003 | 6/15/2003 | 909140 | / | N | 32.00 | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/15/2003 | 6/15/2003 | 909140 | / 50 | R | 7.00 | | |
| 02-7440 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/15/2003 | 6/15/2003 | 909140 | / 50 | R | 1.00 | | |
| 02-7440 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/22/2003 | 6/22/2003 | 909140 | / 50 | R | 2.00 | | |
| 02-7415-16 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/22/2003 | 6/22/2003 | 909140 | / 50 | R | 4.00 | | |
| 02-7415-20 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/22/2003 | 6/22/2003 | 909140 | / 50 | R | 34.00 | | |
| 02-7440 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/22/2003 | 6/22/2003 | 909140 | / 50 | R | | 7.00 | |
| 02-7440 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/29/2003 | 6/29/2003 | 909140 | / 50 | R | 3.00 | | |
| 02-7415-20 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/29/2003 | 6/29/2003 | 909140 | / 50 | R | 2.00 | | |
| 02-7415-22 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/29/2003 | 6/29/2003 | 909140 | / 50 | R | 28.00 | | |
| 02-7440 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 6/29/2003 | 6/29/2003 | 909140 | / 07 | N | 7.00 | | |
| 03-P6211 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ H | 7/6/2003 | 7/6/2003 | 909140 | / | N | 10.00 | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 7/6/2003 | 7/6/2003 | 909140 | / 50 | R | 28.00 | | |
| 02-7440 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 7/20/2003 | 7/6/2003 | 909140 | / 50 | R | 2.00 | | |
| 02-7440 - MOTIVA ENTERPRISES LLC | | | | | | | | | | |
| 32049 | J. G. TREXLER | 75/ 0561 | 7/6/2003 | 7/6/2003 | 909140 | / 50 | R | 2.00 | | |
| 03-7031-10 - E. I. DUPONT | | | Client Acct#:7026424750721001 | | | | | WIR:DED3G001 | | |

D03373