# Exhibit 8

(Sample Time Charges, sorted by employee)

```
AT222                           TIME SHEET DATA BY CONTRACT AND DATE                              Page 1
RUN DATE:6/12/2006                                                                    RUN TIME:10:57:52 AM
                                                                            Charge Date From 6/1/2003 to 12/31/2004
                                                                            Entry Date From 6/1/2003 to 12/31/2004

                        THIS REPORT REFLECTS RECORDS COLLECTED BY THIS SYSTEM ONLY
                              THIS REPORT DOES NOT REFLECT TIME DISTRIBUTION
```

| Badges | Name | Charge Code | Entry Date | Chg Date | Subsidiary Cost Code | Pay Type | Job Code | Work Code | R/N | Reg. | O.T. | Prem. | Oth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1534 | A J Gerwig | 504561 | 10/3/2003 | 10/3/2003 | | 110 | E510/HO | | N | | | | 11.00 |
| 504561 - Process | | | | | | | | | | | | | |
| 1534 | A J Gerwig | 504561 | 10/17/2003 | 10/17/2003 | | 110 | E510/HO | | N | | | | 20.00 |
| 504561 - Process | | | | | | | | | | | | | |
| 1534 | A J Gerwig | 504561 | 10/24/2003 | 10/24/2003 | | 110 | E510/HO | | N | | | | 20.00 |
| 504561 - Process | | | | | | | | | | | | | |
| 1534 | A J Gerwig | 504561 | 10/31/2003 | 10/31/2003 | | 110 | E510/HO | | N | | | | 20.00 |
| 504561 - Process | | | | | | | | | | | | | |
| 1534 | A J Gerwig | 504561 | 2/27/2004 | 2/27/2004 | | 110 | E510/HO | | N | | | | 20.00 |
| 504561 - Process | | | | | | | | | | | | | |
| 1534 | A J Gerwig | 504561 | 4/23/2004 | 4/23/2004 | | 110 | E510/HO | | N | | | | 20.00 |
| 504561 - Process | | | | | | | | | | | | | |
| | Emp. subtotal | | | | | | | | | | | | 111.00 |
| 1706 | J R Baker | 504561 | 10/10/2003 | 10/10/2003 | | 110 | E510/HO | | N | | | | 40.00 |
| 504561 - Process | | | | | | | | | | | | | |
| | Emp. subtotal | | | | | | | | | | | | 40.00 |
| | Home Business Unit( 504561 )subtotal | | | | | | | | | | | | 151.00 |
| | Home Company( 00370 )subtotal | | | | | | | | | | | | 151.00 |
| 1691 | J G Solley | 500 | 10/3/2003 | 10/3/2003 | | 49 | E510/FLD | | N | | | | 8.00 |
| 500 - BE&K Engineering Co | | | | | | | | | | | | | |
| 1691 | J G Solley | DFE33002 | 10/3/2003 | 10/3/2003 | 502 | 1 | E510/FLD | | R | 16.00 | | | |
| DFE33002 - Site Engineering Team And Mana | | | | | | | | | | | | | |
| 1691 | J G Solley | DFE33002 | 10/10/2003 | 10/10/2003 | 502 | 1 | E510/FLD | | R | 40.00 | | | |
| DFE33002 - Site Engineering Team And Mana | | | | | | | | | | | | | |
| 1691 | J G Solley | DFE33002 | 10/17/2003 | 10/17/2003 | 502 | 1 | E510/FLD | | R | 40.00 | | | |
| DFE33002 - Site Engineering Team And Mana | | | | | | | | | | | | | |
| 1691 | J G Solley | 504502 | 10/24/2003 | 10/24/2003 | | 110 | E510/FLD | | N | | | | 40.00 |
| 504502 - Front Royal Site Team | | | | | | | | | | | | | |
| 1691 | J G Solley | 504502 | 10/31/2003 | 10/24/2003 | | 110 | E510/FLD | | N | | | | -40.00 |
| 504502 - Front Royal Site Team | | | | | | | | | | | | | |
| 1691 | J G Solley | DFE33002 | 10/31/2003 | 10/24/2003 | 502 | 1 | E510/FLD | | R | 40.00 | | | |
| DFE33002 - Site Engineering Team And Mana | | | | | | | | | | | | | |
| 1691 | J G Solley | DFE33002 | 10/31/2003 | 10/31/2003 | 502 | 1 | E510/FLD | | R | 40.00 | | | |
| DFE33002 - Site Engineering Team And Mana | | | | | | | | | | | | | |
| 1691 | J G Solley | DFE33002 | 11/7/2003 | 11/7/2003 | 502 | 1 | E510/FLD | | R | 40.00 | | | |
| DFE33002 - Site Engineering Team And Mana | | | | | | | | | | | | | |
| 1691 | J G Solley | DFE33002 | 11/14/2003 | 11/14/2003 | 502 | 1 | E510/FLD | | R | 40.00 | | | |
| DFE33002 - Site Engineering Team And Mana | | | | | | | | | | | | | |
| 1691 | J G Solley | DFE33002 | 11/21/2003 | 11/21/2003 | 502 | 1 | E510/FLD | | R | 40.00 | | | |
| DFE33002 - Site Engineering Team And Mana | | | | | | | | | | | | | |

D03525