IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) C.A. No. 05-697-KAJ |
| Plaintiff, | ) ) |
| v. | ) ) |
| BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE&K, INC.), | ) ) ) |
| Defendants. | ) |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of the Joint Motion to Amend the Scheduling Order submitted by both parties, it is hereby ORDERED:

That the deadline for submission of the joint proposed pretrial order shall be postponed until dispositive motions have been decided, to be rescheduled at the Court's convenience; and That the trial currently scheduled to begin March 5, 2007, shall be similarly postponed and rescheduled, at the Court's convenience, following the Court's ruling on dispositive motions.

_____
UNITED STATES DISTRICT JUDGE