IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 05-697-SLR <br> : |
| BE&K ENGINEERING COMPANY, (SUBSIDIARY OF BE&K, INC.), | : <br> : <br> : |
| Defendant. | : |

## JUDGMENT

At Wilmington this **6th** day of **March, 2008**,

IT IS ORDERED, ADJUDGED and DECREED for the reasons contained in the Memorandum Order dated March 5, 2008 that BE&K's motion for summary judgment (D.I. 43) on age discrimination under 19 *Del. C.* § 710 *et seq.* (2006) is GRANTED. BE&K's motion (D.I. 54) to strike portions of EEOC's response to the summary judgment motion is denied as MOOT.

                                                 /s/ Mary Pat Thynge
                                                 UNITED STATES MAGISTRATE JUDGE