IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff | ) | C.A. No. 05-697-MPT |
| v. | ) ) | |
| BE&K ENGINEERING COMPANY (subsidiary of BE&K, Inc.), | ) ) ) | |
| Defendant. | ) | |

**PETITION FOR COUNSEL FEES AND COSTS**

Petitioner BE&K Engineering Company ("BE&K"), by and through the undersigned counsel, hereby petitions this Honorable Court for an award of certain costs and expenses in accordance with Rule 54(d) of the Federal Rules of Civil Procedure. The reasons in support of this Petition are set forth more fully in Petitioner's Brief in Support of Its Petition for Fees and Costs, filed contemporaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca*
Teresa A. Cheek, Esquire (Bar I.D. 2657)
Margaret M. DiBianca (Bar I.D. 4539)
1000 West Street
The Brandywine Building, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
E-mail: mdibianca@ycst.com

*Attorneys for Defendant*

Dated: March 20, 2008