**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff | ) | C.A. No. 05-697-MPT |
| v. | ) ) | |
| BE&K ENGINEERING COMPANY (subsidiary of BE&K, Inc.), | ) ) ) | |
| Defendant. | ) | |

**AFFIDAVIT FOR ATTORNEYS' FEES AND COSTS**

STATE OF DELAWARE            )
                             )   SS.
COUNTY OF NEW CASTLE         )

**MARGARET M. DIBIANCA**, being duly sworn according to law, did depose and say as follows:

      1.     I am an attorney at Young Conaway Stargatt & Taylor, LLP ("YCST"), and am personally familiar with the matters set forth in the Affidavit.

      2.     Young Conaway Stargatt & Taylor, LLP has acted as counsel for BE&K Engineering Company, Inc. ("BE&K:) in the above matter from October 18, 2005 through June 2, 2006.

      3.     My current hourly rate is $290.00. When the services of a junior paralegal (less than 10 years' experience) are utilized, that time is billed at a rate between $95 - $110 per hour. A senior paralegal (10 or more years' experience) bills at a rate between $115 - $130 per hour.

      4.     The fees expended by YCST in connection with the representation of BE&K as set forth on the attached Exhibit 4 were incurred by YCST in the ordinary course

1

of business and were computed in accordance with the customary and ordinary billing practices of YCST.

5. Attached as Exhibit 4 is a summary of time reasonably spent and fees reasonably incurred by BE&K, and the billing judgment, which represents the amount of fees incurred by YCST but not billed to BE&K. I have personal knowledge of the accuracy of the figures and computations used to create the summary.

.

                                /s/ Margaret M. DiBianca
                                MARGARET M. DIBIANCA

SWORN TO AND SUBSCRIBED before me, a Notary Public in and for the State and County aforesaid, 20th day of March, 2008.

                                **BARRY M. WILLOUGHBY**
                                Attorney at Law – State of Delaware
                                Notarial Officer Pursuant to
                                29 Del. C. § 4323(a)(3)

Notary Public

My Commission Expires:_____