IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | C.A. No. 05-697-MPT |
| BE&K Engineering Company (subsidiary of BE&K, Inc.), | ) ) ) ) | |
| Defendant. | ) | |

**AFFIDAVIT OF TIMOTHY J. WILSON IN SUPPORT
OF DEFENDANT'S REQUEST FOR ATTORNEY'S FEES**

Timothy J. Wilson being duly sworn, deposes and states:

1. I make this Affidavit of my own personal knowledge and can testify hereto if called as a witness.

2. I am a practicing attorney in Wilmington, Delaware, in the law firm of Martin & Wilson, P.A. ("Martin & Wilson").

3. I was admitted to the State Bars of Pennsylvania and New Jersey in 2001. I was admitted to the State Bar of Delaware in 2002. I have practiced in Delaware since my admission.

4. My practice is concentrated in the areas of employment and civil rights litigation.

5. I received my baccalaureate degree from Widener University, *summa cum laude* and I received my juris doctorate from the Widener School of Law.

6. I am a member of the Delaware State Association.

7. My hourly rate for employment matters is $300 per hour.

DB02:6679768.1

064649.1001

8. Over the course of my practice I have become familiar with the market rates for attorneys who practice in the labor and employment area in the District of Delaware. My rate is consistent with those prevailing market rates.

9. In my opinion, the currently hourly rate of $290 per hour for Margaret M. DiBianca, Esquire, is reasonable for employment law matters and well within the range of prevailing rates in this area.

_____
TIMOTHY J. WILSON

SWORN TO AND SUBSCRIBED before me this _____ day of March, 2008.

_____
NOTARY PUBLIC

My Commission Expires: perpetual

Dated: March 20, 2008

JEFFREY K. MARTIN, ESQ.
NOTARY PUBLIC
DELAWARE ATTORNEY
ID #2407
DELAWARE ATTORNEY AT LAW