# EXHIBIT 4

## SUMMARY

| Category | Hrs. Worked | Hrs. Billed | $ Fees Worked | $ Fees Billed |
|---|---|---|---|---|
| Prepare filings | 1.3 | .4 | 132.80 | 44.00 |
| Document Preparation and Organization | 15 | 4 | 1,864.70 | 402.00 |
| Corresp. with OpposingCounsel | 26.1 | 23.2 | 5,015.00 | 4,464.00 |
| Corresp. with Client re: Discovery, Facts | 120.1 | 92 | 20,887.30 | 16,496.00 |
| Depositions | 191 | 178.5 | 35,063.40 | 32,920.00 |
| Doc. Review & Production | 172.3 | 150 | 31,083.50 | 27,990.50 |
| Fact Investigation | 56.2 | 33.3 | 6,289.00 | 3,999.50 |
| Chronology & Legal Outlines | 175.2 | 94.4 | 22.230.80 | 14,222.00 |
| Draft Pleadings | 353.1 | 163.6 | 63.417.50 | 29,258.00 |
| Pre-Trial | 2.3 | 2.3 | 482.00 | 482.00 |
| Research | 32.6 | 18.3 | 5,767.00 | 3,306.50 |
| **Totals** | **1147.4** | **760** | **$192,651.00** | **$133,584.50** |
| | | | **$ Billing Judgment** | **$59,066.50** |