IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff ) | C.A. No. 05-697-MPT |
| v. ) | |
| ) | |
| BE&K ENGINEERING COMPANY ) | |
| (subsidiary of BE&K, Inc.), ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this _____ day of _____, 2008, having considered the Petition for BE&K Engineering Company's ("BE&K") taxable costs and fees in accordance with Federal Rule of Civil Procedure 54(d)(2)(B)(i) and having been present to and considered by the Court, IT IS HEREBY ORDERED that:

1. BE&K's petition for fees and costs expended in suit is granted;

2. The Equal Employment Opportunity Commission shall pay reasonable fees and expenses incurred by BE&K through March 6, 2008, in an amount equal to $_____; and

3. As a delay enhancement, the statutory rate of post-judgment interest of 7.25% shall apply from two weeks from the date of this Order, until the date payment is satisfied in full.

_____
U.S. Magistrate Judge Mary Pat Thynge