# **EXHIBIT 1**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

21 South 5th Street, Suite 400
Philadelphia, PA  19106-2515
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Woody Anglade, Trial Attorney
Direct Dial: (215) 440-2814

November 10, 2005

**SENT VIA REGULAR U.S. MAIL**

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

*Privileged & Confidential / Submitted Pursuant to Rule 408 For Purposes of Settlement Discussion Only*

Re:  EEOC v. BE & K Engineering Company,
     Civil Action Number 05-697 (SLR)

Dear Ms. DiBianca:

The Commission has prepared the instant demand for settlement in the above-referenced action.  We have enclosed a proposed Consent Decree for your review.  First, as I discussed with you, with regard to the general terms and requirements of settlements in all EEOC cases, the Commission does not agree to any form of confidentiality, and our Consent Decrees must be filed with the court with all terms delineated (including amounts of monetary relief). We also require injunctive relief, typically including training and a posting in the workplace. This is the Commission's policy with regard to settlements, and is not negotiable.

With that said, the Commission hereby demands monetary relief on behalf of Juan Obed Perez, in the amount of $74,000.  This figure is comprised of Mr. Perez's back pay damages. Given the nature and the demoralizing impact of the age discrimination suffered by Mr. Perez from Defendant, the Commission believes this demand to be reasonable.

We welcome any reasonable counteroffer made by Defendant in settlement of this action. Thank you for your continued attention to this matter.

Very truly yours,

*Woody Anglade*
Woody Anglade
Trial Attorney
U.S. EEOC