# EXHIBIT 4

Peter Howe

5

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | What is your wife's name? |
| 3 | A. | Carol. |
| 4 | Q. | Is it Carol Howe? |
| 5 | A. | Carol Howe. |
| 6 | Q. | Have you been married any other time? |
| 7 | A. | No. |
| 8 | Q. | Do you have any children? |
| 9 | A. | Yes, two children. |
| 10 | Q. | What are their names? |
| 11 | A. | Gareth, G-a-r-e-t-h, and Callan, C-a-l-l-a-n. |
| 12 | Q. | How old is Gareth? |
| 13 | A. | Seven years old. |
| 14 | Q. | Is that a boy or girl? |
| 15 | A. | Boy. |
| 16 | Q. | How old is Callan? |
| 17 | A. | Six |
| 18 | Q. | Is that a boy or girl? |
| 19 | A. | Boy. |
| 20 | Q. | Do you have any other children? |
| 21 | A. | No. |
| 22 | Q. | What is your present home address? |
| 23 | A. | Five Thomas Drive, Boothwyn, Pennsylvania. |
| 24 | Q. | How do you spell Boothwyn? |

Peter Howe

6

| | | |
|---|---|---|
| 1 | A. | B-o-o-t-h-w-y-n, Pennsylvania. |
| 2 | Q. | What is the ZIP code? |
| 3 | A. | 19061. |
| 4 | Q. | What's your Social Security number? |
| 5 | A. | 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 |
| 6 | Q. | Okay. Who lives with you at your home address? |
| 7 | A. | My wife and two kids. |
| 8 | Q. | Anybody else live with you there? |
| 9 | A. | No. |
| 10 | Q. | Have you graduated from high school? |
| 11 | A. | Yes. |
| 12 | Q. | What was the name of the high school? |
| 13 | A. | Benoni High School, B-e-n-o-n-i. |
| 14 | Q. | Where is Benoni High School located? |
| 15 | A. | That's in South Africa. |
| 16 | Q. | What year did you graduate from high school? |
| 17 | A. | 1980. |
| 18 | Q. | Did you further your educational career beyond high school? |
| 20 | A. | Yes. |
| 21 | Q. | What did you do next? |
| 22 | A. | I did a bachelor in science, chemical engineering. |
| 24 | Q. | At what institution? |

WILCOX & FETZER LTD.
Registered Professional Reporters