# EXHIBIT 5

WOODY ANGLADE - Activity in Case 1:05-cv-00697-SLR Equal Employment Opportunity Commission v. BE&K Engineering ...

From: <ded_nefreply@ded.uscourts.gov>
To: <ded_ecf@ded.uscourts.gov>
Date: 2/1/2006 2:23:18 PM
Subject: Activity in Case 1:05-cv-00697-SLR Equal Employment Opportunity Commission v. BE&K Engineering Company "Notice to Take Deposition"

WOODY ANGLADE - Activity in Case 1:05-cv-00697-SLR Equal Employment Opportunity Commission v. BE&K Engineering Company "Notice to Take Deposition"

From: &lt;ded_nefreply@ded.uscourts.gov&gt;
To: &lt;ded_ecf@ded.uscourts.gov&gt;
Date: 2/1/2006 2:23 PM
Subject: Activity in Case 1:05-cv-00697-SLR Equal Employment Opportunity Commission v. BE&K Engineering Company "Notice to Take Deposition"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from DiBianca, Margaret entered on 2/1/2006 at 2:22 PM EST and filed on 2/1/2006
Case Name:    Equal Employment Opportunity Commission v. BE&K Engineering Company
Case Number:  1:05-cv-697
Filer:        BE&K Engineering Company
Document Number: 18

Docket Text:
NOTICE to Take Deposition of Juan Obed Perez on March 9, 2006, 9:00 a.m. by BE&K Engineering Company.(DiBianca, Margaret)

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1079733196 [Date=2/1/2006] [FileNumber=162880-0]
[bd04d1bc35e2f4074c5f11e5c067679bbc236cbcd0b72b9ca64ddf98fd7895216b4e7
30011e809e1cf5d2f41279572212e9c27c87155afc19a570b74df4cad6c]]

1:05-cv-697 Notice will be electronically mailed to:

Woody Anglade    woody.anglade@eeoc.gov

Rudolph Contreras    rudolph.contreras@usdoj.gov, usade.ecf@usdoj.gov; marie.steel@usdoj.gov

Margaret M. DiBianca    mdibianca@ycst.com, bagos@ycst.com; dcole@ycst.com; rrugg@ycst.com

1:05-cv-697 Notice will be delivered by other means to:

file://C:\Documents%20and%20Settings\wanglad\Local%20Settings\Temp\GW}00001.HTM    2/1/2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 1:05-cv-00697-SLR<br>) |
| BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE & K, INC.), | )<br>)<br>) |
| Defendants. | ) |

### RE-NOTICE OF DEPOSITION

TO: Woody Anglade
Trial Attorney
Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Juan Obed Perez on **Thursday, March 9, 2006** at **9:00 a.m.**, and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *signature*
_____
Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: tcheek@ycst.com; mdibianca@ycst.com
Attorneys for Defendant

Dated: February 1, 2006
cc: Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I hereby certify that on **February 1, 2006**, I electronically filed a true and correct copy of the foregoing **Re-Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Woody Anglade
Trial Attorney
Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: tcheek@ycst.com; mdibianca@ycst.com
Attorneys for Defendant

Dated: February 1, 2006

| | |
|---|---|
| From: | <ded_nefreply@ded.uscourts.gov> |
| To: | <ded_ecf@ded.uscourts.gov> |
| Date: | 4/28/2006 4:08:41 PM |
| Subject: | Activity in Case 1:05-cv-00697-KAJ Equal Employment Opportunity Commission v. BE&K Engineering Company "Notice to Take Deposition" |

WOODY ANGLADE - Activity in Case 1:05-cv-00697-KAJ Equal Employment Opportunity Commission v. BE&K Engineering Company "Notice to Take Deposition"

From: <ded_nefreply@ded.uscourts.gov>
To: <ded_ecf@ded.uscourts.gov>
Date: 4/28/2006 4:08 PM
Subject: Activity in Case 1:05-cv-00697-KAJ Equal Employment Opportunity Commission v. BE&K Engineering Company "Notice to Take Deposition"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from DiBianca, Margaret entered on 4/28/2006 at 4:07 PM EDT and filed on 4/28/2006
Case Name:         Equal Employment Opportunity Commission v. BE&K Engineering Company
Case Number:       1:05-cv-697
Filer:             BE&K Engineering Company
Document Number: 33

Docket Text:
NOTICE to Take Deposition of Dan Dayton on Tuesday, May 9, 2006 at 9:00 a.m. by BE&K Engineering Company.(DiBianca, Margaret)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1079733196 [Date=4/28/2006] [FileNumber=206506-0]
[1e55feade242ab6067dfed537269e0c5ec80226b23d636b7f18fa2527d5c70db6dc9
2da0daae24659fac1b9da13850f1bbd4491e8b77c6605fa3003af75c37fa]]

1:05-cv-697 Notice will be electronically mailed to:

Woody Anglade     woody.anglade@eeoc.gov

Margaret M. DiBianca    mdibianca@ycst.com, bagos@ycst.com; dcole@ycst.com; rrugg@ycst.com

Douglas Edward McCann    douglas.mccann@usdoj.gov, marie.steel@usdoj.gov; usade.ecf@usdoj.gov

file://C:\Documents%20and%20Settings\wanglad\Local%20Settings\Temp\GW}00001.H...    4/28/2006

1:05-cv-697 Notice will be delivered by other means to:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 1:05-cv-00697-SLR ) |
| BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE & K, INC.), | ) ) ) |
| Defendants. | ) ) |

### NOTICE OF DEPOSITION

TO: Woody Anglade
Trial Attorney
Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Dan Dayton on **Tuesday, May 9, 2006** at **9:00 a.m.**, and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ signature

Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: April 28, 2006
cc: Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I hereby certify that on **April 28, 2006,** I electronically filed a true and correct copy of the foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Woody Anglade
Trial Attorney
Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: April 28, 2006