**EXHIBIT 8**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY        )
COMMISSION,                         )
                                    )
            Plaintiff,              )
                                    )  Civil Action No.
    v.                              )  1:05-cv-00697-SLR
                                    )
BE&K ENGINEERING COMPANY            )
(SUBSIDIARY OF BE&K, INC.),         )
                                    )
            Defendant.              )

            Deposition of SHARON ABRAMS taken
pursuant to notice at the law offices of Young,
Conaway, Stargatt & Taylor LLP, 1000 West Street, The
Brandywine Building, 16th Floor, Wilmington, Delaware,
beginning at 9:45 a.m., on Monday, March 20, 2006,
before Kurt A. Fetzer, Registered Diplomate Reporter
and Notary Public.

APPEARANCES:

    WOODY ANGLADE, ESQ.
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        Philadelphia District Office - The Bourse
        111 South Independence Mall East - Suite 400
        Philadelphia, Pennsylvania  19106-2515
        For the Plaintiff

    MARGARET M. DiBIANCA, ESQ.
    YOUNG CONAWAY STARGATT & TAYLOR LLP
        1000 West Street
        The Brandywine Building - 17th Floor
        Wilmington, Delaware  19801
        For the Defendant


                    WILCOX & FETZER
        1330 King Street - Wilmington, Delaware 19801
                    (302) 655-0477


WILCOX & FETZER LTD.

1   Q.   So Mr. Howe has never discussed Mr. Perez's
2  performance with you?
3   A.   Not with me.
4          MR. ANGLADE:  I think I'm at a point where
5  I'm finished.  All I ask is after you finish your
6  questioning if I could review my notes if I have
7  additional questions.
8          MS. DiBIANCA:  Let's take a minute break.
9          MR. ANGLADE:  Okay.
10         (A brief recess was taken.)
11         MS. DiBIANCA:  I have no questions.
12         MR. ANGLADE:  I have no other questions.
13         MS. DiBIANCA:  We are going to read.
14         (Deposition concluded at 2:00 p.m.)
15
16
17
18
19
20
21
22
23
24



1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
EQUAL EMPLOYMENT OPPORTUNITY    )
COMMISSION,                     )
                                )
            Plaintiff,          )
                                )   Civil Action
    v.                          )   No. 1:05-cv-00697-SLR
                                )
BE&K ENGINEERING COMPANY        )
(SUBSIDIARY OF BE&K, INC.),     )
                                )
            Defendant.          )
```

      Deposition of CHRISTOPHER A. GUTTRIDGE taken pursuant to notice at the law offices of Young, Conaway, Stargatt & Taylor, 1000 West Street, Wilmington, Delaware, beginning at 9:07 a.m., on Friday, March 17, 2006, before Eleanor J. Schwandt, Registered Merit Reporter and Notary Public.

APPEARANCES:

      WOODY ANGLADE, ESQ., TRIAL ATTORNEY
      EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        Philadelphia District Office - The Bourse
        111 S. Independence Mall East - Suite 400
        Philadelphia, Pennsylvania 19106-2515
        for the Plaintiff

      MARGARET M. DIBIANCA, ESQ.
      YOUNG, CONAWAY, STARGATT & TAYLOR
        1000 West Street
        The Brandywine Building
        Wilmington, Delaware 19801
        for the Defendant

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477



WILCOX & FETZER LTD.
Registered Professional Reporters

Christopher A. Guttridge                                                155

1  Q.  Just very quickly, I want to go back to your
2  interview with Pete Howe.  Did Howe tell you that he was
3  looking to hire recent college graduates?
4  A.  He told me he was looking to hire a recent
5  college graduate for this year.  His wording was this:
6  He wanted to hire a college graduate for this year, and
7  he told me so because they hadn't hired a college
8  graduate in a couple of years.
9        And if you look at the department, you see
10 why.  You see that's true, that they probably haven't
11 hired a college graduate in a couple of years.  If you
12 look at Guttridge 2 you can see that, that they wouldn't
13 have hired a college graduate in a couple of years.
14 Q.  Is it your opinion after you were hired that BE&K
15 has hired more people who were recent college graduates
16 as opposed to people who had more experience?
17 A.  Honestly, I would say it is -- you are almost at
18 a 50-50 mix, half and half.
19        MR. ANGLADE:  I have no further questions.
20        MS. DIBIANCA:  We are going to read.
21        (Proceedings conclude at 1:17 p.m.)



WILCOX & FETZER LTD.

1

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY      )
COMMISSION,                       )
                                  )
          Plaintiff,              )
                                  ) Civil Action
v.                                ) No. 05-CV-00697
                                  )
BE&K ENGINEERING COMPANY,         )
(SUBSIDIARY OR BE&K, INC.)        )
                                  )
          Defendant.              )
```

         Deposition of PETER HOWE taken pursuant to
notice at the law offices of Young, Conaway, Stargatt &
Taylor, 1000 West Street, 17th Floor, Wilmington,
Delaware, beginning at 9:25 a.m. on Frday, April 14,
2006, before Vincent J. Bailey, Registered Professional
Reporter and Notary Public.
APPEARANCES:
    WOODY ANGLADE, ESQ.
    U.S. EEOC
       Philadelphia District Office - The Bourse
       111 S. Independence Mall East - Suite 400
       Philadelphia, Pennsylvania 19106-2515
       For the Plaintiff

    MARGARET M. DiBIANCA, ESQ.
    YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       1000 West Street, 17th Floor
       Wilmington, Delaware  19801
       For the Defendant


                    WILCOX & FETZER
       1330 King Street - Wilmington, Delaware 19801
                      (302) 655-0477



WILCOX & FETZER LTD.
Registered Professional Reporters

Peter Howe

282

an age bias or that there was not an age bias?

    MR. ANGLADE:  I object to the form to the extent it calls for a legal conclusion.

    You can answer.

A.  The fact that the majority of this department is above forty indicates that there's no age bias.

    MS. DiBIANCA:  Okay.  That's all.

    (The deposition concluded at 7:00 p.m.)

