1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY     )
COMMISION,                       )
                                 )
           Plaintiff,            )
                                 )  Civil Action
v.                               )  No. 05-00697-SLR
                                 )
BE&K ENGINEERING COMPANY         )
(SUBSIDIARY OF BE&K, INC.),      )
                                 )
           Defendant.            )

       Deposition of JACK R. BAKER taken pursuant to notice at the law offices of Young, Conaway, Stargatt & Taylor, 1000 West Street, Wilmington, Delaware, beginning at 9:20 a.m. on May 1, 2006, before Vincent J. Bailey, Registered Professional Reporter and Notary Public.

APPEARANCES:

    WOODY ANGLADE, ESQ., TRIAL ATTORNEY,
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
      Philadelphia District Office - The Bourse
      111 S. Independence Mall East - Suite 400
      Philadelphia, Pennsylvania 19106-2515
      For the Plaintiff

    MARGARET M. DiBIANCA, ESQ.
    YOUNG, CONAWAY, STARGATT & TAYLOR
      1000 West Street,
      Wilmington, Delaware 19801
      For the Defendant

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477



WILCOX & FETZER LTD.
Registered Professional Reporters



Jack R. Baker

110

1     A.    February of '04 -- three or four months after
2 that I think.
3     Q.    After Mr. Perez was laid off?
4     A.    Yes.
5     Q.    Okay. So that was February of 2004?
6     A.    Yes.
7     Q.    He actually started working at BE&K in July of
8 2003?
9     A.    Okay.
10     Q.    You don't know?
11     A.    Maybe. I don't know what month. That's very
12 possible.
13     Q.    But at the time Mr. Perez was laid off, no one
14 had made a comment like that about Chris Guttridge's
15 performance?
16     A.    That's right.
17         MR. ANGLADE: No further questions. We will
18 read.
19         (The deposition concluded at 1:15 p.m.)

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY  )
COMMISSION,                   )
                              )
         Plaintiff,           )
                              )  Civil Action
v.                            )  No. 1:05-cv-00697-SLR
                              )
BE&K ENGINEERING COMPANY      )
(SUBSIDIARY OF BE&K, INC.),   )
                              )
         Defendants.          )

     Deposition of ROBERT J. SHOEMAKER taken pursuant to notice at the law offices of Young Conaway Stargatt & Taylor, 1000 West Street, 17th Floor, Wilmington, Delaware, beginning at 12:50 p.m. on Tuesday, May 9, 2006, before Lucinda M. Reeder, Registered Diplomate Reporter and Notary Public.

APPEARANCES:

    MOODY ANGLADE, ESQ.
      Equal Employment Opportunity Commission
      Philadelphia District Office
         21 South 5th Street, Suite 400
         Philadelphia, Pennsylvania  19106
         for the Plaintiff

    MARGARET M. DiBIANCA, ESQ.
    Young Conaway Stargatt & Taylor
      1000 West Street, 17th Floor
      Wilmington, Delaware  19801
      for the Defendant




              WILCOX & FETZER, LTD.
   1330 King Street - Wilmington, Delaware  19801
                 (302) 655-0477
                 www.wilfet.com



WILCOX & FETZER LTD.
Registered Professional Reporters
ORIGINAL

1   Chris Guttridge?
2       A.   There were.
3       Q.   Do you know if some of the people working on
4   the project were more experienced than him?
5       A.   Yes.
6       Q.   Do you know if the engineers working on that
7   project were doing the same type of work?
8       A.   They weren't doing the same type of work.  Some
9   of those relief calculations require senior people,
10  and they would set the problems up, I am sure, for
11  Chris.  They would assign the easier things for an
12  entry level engineer.
13      Q.   Do you know if they were working on the same
14  type of assignments?
15      A.   I don't know.
16           MR. ANGLADE:  I have no further questions.
17           MS. DiBIANCA:  I am done.  We'll read.
18           (Deposition concluded at 3:48 p.m.)
19                    -- -- -- --
                        I N D E X
20
    WITNESS: DANIEL M. DAYTON                         PAGE
21
       EXAMINATION BY ANGLADE                            2
22     EXAMINATION BY MS. DiBIANCA                      81
       EXAMINATION BY MR. ANGLADE                       97
23
24



WILCOX & FETZER LTD.
Registered Professional Reporters

```
                                                                1
 1           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
 2
 3   EQUAL EMPLOYMENT              )
     OPPORTUNITY COMMISSION,       )
 4                                 )
              Plaintiff,           )
 5                                 )   Civil Action
     v.                            )   No. 05-697(KAJ)
 6                                 )
     BE&K ENGINEERING COMPANY,     )
 7                                 )
              Defendant.           )
 8
         Deposition of JOHN TREXLER taken pursuant to
 9   notice at the law offices of Young, Conaway, Stargatt
     & Taylor, The Brandywine Building, 1000 West Street,
10   17th Floor, Wilmington, Delaware, beginning at
     9:13 a.m. on Wednesday, June 21, 2006, before
11   Lucinda M. Reeder, RDR, CRR and Notary Public.
12   APPEARANCES:
13         WOODY ANGLADE, ESQ.
           U.S. Equal Employment Opportunity Commission
14             Philadelphia District Office
               21 South 5th Street, Suite 400
15             Philadelphia, Pennsylvania  19106-2515
               for the Plaintiff,
16
           MARGARET M. DiBIANCA, ESQ.
17         Young, Conaway, Stargatt & Taylor
               The Brandywine Building,
18             1000 West Street, 17th Floor
               Wilmington, Delaware  19801
19             for the Defendant.
20
21
22   - - - - - - - - - - - - - - - - - - - - - - - - - --
                    WILCOX & FETZER, LTD.
23       1330 King Street - Wilmington, Delaware  19801
                        (302) 655-0477
24                     www.wilfet.com
```




John Trexler

220

1   A.   Right here "pharmaceutical experience not
2 strictly necessary."
3   Q.   Could you read the context in which that's in?
4   A.   Yes.
5   Q.   Just for the record because it won't be clear
6 in the record.
7   A.   It says --
8   Q.   "Train young" --
9   A.   -- "train young engineers. Pharmaceutical
10 experience not strictly necessary, two to three
11 engineers initially."
12   Q.   "Experience not strictly necessary"?
13   A.   That's right.
14   Q.   That leads you to what conclusion?
15   A.   That it's a good training opportunity for --
16 you know, it's a good opportunity for engineers that
17 don't have good background in the industry.
18   Q.   Is there any reason that it would not be a good
19 opportunity for someone based on their age?
20   A.   No, not at all.
21       MS. DiBIANCA: I don't have anything else.
22       MR. ANGLADE: Nothing else.
23       MS. DiBIANCA: Again, we're done.
24       (Deposition concluded at 3:35 p.m.)

WILCOX & FETZER LTD.