1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY    )
COMMISSION,                      )
                                 )
            Plaintiff,           )
                                 )    Civil Action
v.                               )    No. 1:05-cv-00697-SLR
                                 )
BE&K ENGINEERING COMPANY         )
(SUBSIDIARY OF BE&K, INC.),      )
                                 )
            Defendant.           )

       Deposition of JUAN OBED PEREZ taken pursuant to notice at the law offices of Young, Conaway, Stargatt & Taylor, 1000 West Street, Wilmington, Delaware, beginning at 9:30 a.m., on Thursday, March 9, 2006, before Eleanor J. Schwandt, Registered Merit Reporter and Notary Public.


APPEARANCES:
     WOODY ANGLADE, ESQ., TRIAL ATTORNEY
     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
       Philadelphia District Office - The Bourse
       111 S. Independence Mall East - Suite 400
       Philadelphia, Pennsylvania  19106-2515
       for the Plaintiff

     MARGARET M. DIBIANCA, ESQ.
     YOUNG, CONAWAY, STARGATT & TAYLOR
       1000 West Street
       The Brandywine Building
       Wilmington, Delaware  19801
       for the Defendant

ALSO PRESENT:
     DEBORAH L. COLES, Paralegal
     Young, Conaway, Stargatt & Taylor


WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477




WILCOX & FETZER LTD.
Registered Professional Reporters

1   MR. ANGLADE: I just want to note for the
2   record that it has been calculated that we have been on
3   the record for approximately five hours and fifteen
4   minutes today.
5         (Proceedings conclude at 5:02 p.m.)

                    I N D E X

DEPONENT:   JUAN OBED PEREZ                             PAGE
    Examination by Ms. DiBianca                           2

                   E X H I B I T S

PEREZ DEPOSITION EXHIBITS                              MARKED

1  - Perez to Frazier letter                             34
2  - BE&K Application for Employment                     47
3  - 2/5/93 Rathje to Perez letter                       48
4  - Perez resume                                        49
5  - Employment Requisition                              63
6  - Perez resume                                        86
7  - 2/10/00 Abrams to Perez letter                      98
8  - Perez resume                                       119
9  - Employment Requisition                             126
10 -Recommendation for status change                    140
11 - W-2 forms                                          144
11 - W-2 forms (remarked)                               145
12 - Pay stubs                                          155


ERRATA SHEET/DEPONENT'S SIGNATURE              PAGE 190

CERTIFICATE OF REPORTER                        PAGE 191

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
EQUAL EMPLOYMENT              )
OPPORTUNITY COMMISSION,       )
                              )
          Plaintiff,          )
                              ) Civil Action
     v.                       ) No. 1:05-cv-00697-SLR
                              )
BE&K ENGINEERING COMPANY      )
(SUBSIDIARY OF BE&K,          ) VOLUME II
INC.),                        ) Pages 192-282
                              )
          Defendant.          )
```

Continuation of deposition of JUAN OBED PEREZ, taken pursuant to notice at the law offices of Young, Conaway, Stargatt & Taylor, 1000 West Street, Wilmington, Delaware, beginning at 8:14 a.m., on Monday, March 13, 2006, before Julie H. Parrack, Registered Merit Reporter, Certified Realtime Reporter and Notary Public.

APPEARANCES:

    WOODY ANGLADE, ESQUIRE
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
      Philadelphia District Office - The Bourse
      111 S. Independence Mall East - Suite 400
      Philadelphia, Pennsylvania  19106-2515
      On behalf of Plaintiff

    MARGARET M. DIBIANCA, ESQUIRE
    YOUNG, CONAWAY, STARGATT & TAYLOR
      1000 West Street
      The Brandywine Building
      Wilmington, Delaware  19801.
      On behalf of Defendant

ALSO PRESENT:
    DEBORAH L. COLES, Paralegal
    Young, Conaway, Stargatt & Taylor

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477



WILCOX & FETZER LTD.
Registered Professional Reporters

Juan Obed Perez - Volume Two

280

1  opportunity now to do so.
2      A.   No.
3      Q.   Okay.  And have you told me everything
4  truthfully to the best of your recollection?
5      A.   Yes.
6           MS. DiBIANCA:  Okay, that's all I have.
7  That's it.
8           MR. ANGLADE:  Okay.  I have no questions.
9           (The deposition concluded at 10:43 a.m.)
10                      I N D E X
11  Deponent:  JUAN OBED PEREZ
                                                      Page
12  By Ms. DiBianca............................    193
13                     E X H I B I T S
14  Perez:
                                                      Page
15    13    Performance Planning Reviews              211
16          Bates Nos. EEOC 0130-131; 125-126; 120-121
17    14    Charge of Discrimination                  242
18          Bates No. D3
19    15    Employment Termination Questionnaire      245
20          Bates Nos. EEOC 0046-55
21                      - - - - -
22
23
24

W&F
WILCOX & FETZER LTD.
Registered Professional Reporters

```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                  )
                             )
          Plaintiff,         )
                             )   Civil Action
v.                           )   No. 1:05-cv-00697-SLR
                             )
BE&K ENGINEERING COMPANY     )
(SUBSIDIARY OF BE&K, INC.),  )
                             )
          Defendants.        )
```

Deposition of DANIEL M. DAYTON taken pursuant to notice at the law offices of Young Conaway Stargatt & Taylor, 1000 West Street, 17th Floor, Wilmington, Delaware, beginning at 9:12 a.m. on Tuesday, May 9, 2006, before Lucinda M. Reeder, RDR, CRR and Notary Public.

APPEARANCES:
    WOODY ANGLADE, ESQ.
      Equal Employment Opportunity Commission
      Philadelphia District Office
        21 South 5th Street, Suite 400
        Philadelphia, Pennsylvania 19106
        for the Plaintiff

    MARGARET M. DiBIANCA, ESQ.
      Young Conaway Stargatt & Taylor
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        for the Defendant

ALSO PRESENT:

    NORMAN D. GRIFFITHS
    DuPont Legal
    Chestnut Run Plaza 728/2225
    974 Centre Road
    Wilmington, Delaware 19805
        WILCOX & FETZER, LTD.
  1330 King Street - Wilmington, Delaware 19801
        (302) 655-0477
        www.wilfet.com



WILCOX & FETZER LTD.
Registered Professional Reporters

71

```
 1    A.    For the work that Mr. Perez was doing, yes.
 2    Q.    And would that training have been equally
 3  applicable to the equipment documentation project?
 4    A.    Yes.
 5            MS. DiBIANCA:  That's all I have.
 6            MR. ANGLADE:  Okay.
 7            (Deposition concluded at 10:56 a.m.
 8            --  --  --  --
 9                   I N D E X
```

| | | |
|---|---|---|
| WITNESS: DANIEL M. DAYTON | | PAGE |
| EXAMINATION BY MS. DiBIANCA | | 2 |
| EXAMINATION BY MR. GRIFFITHS | | 16 |
| EXAMINATION BY MS. DiBIANCA | | 17 |
| EXAMINATION BY MR. GRIFFITHS | | 18 |
| EXAMINATION BY MS. DiBIANCA | | 18 |
| EXAMINATION BY MR. GRIFFITHS | | 24 |
| EXAMINATION BY MS. DiBIANCA | | 24 |
| EXAMINATION BY MR. ANGLADE | | 37 |
| EXAMINATION BY MS. DiBIANCA | | 67 |
| EXAMINATION BY MR. ANGLADE | | 69 |
| EXAMINATION BY MS. DiBIANCA | | 71 |

E X H I B I T S

| NO. | | MARKED |
|---|---|---|
| 1  Series of e-mails produced by DuPont | | 3 |