**EXHIBIT 9**

# lawyers.com℠

Find a Lawyer | Research Legal Information | Ask a Lawyer | Blogs | Contact L at attorne

## Margaret M. DiBianca Profile

Your access to and use of the information displayed on lawyers.com is subject to Terms and Conditions.

Email this listing

## Margaret M. DiBianca

Lawyer in Wilmington, Delaware
Associate
View firm profile of Young Conaway Stargatt & Taylor, LLP

**Location**
The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware 19899-0391
(New Castle Co.)
View Map

**Contact Information**
Phone: **302-571-5008**
Fax: 302-576-3476

**Send Us Email**
 Email

**Margaret M. DiBianca practices in the following areas of law:** Labor and Employment

**Admitted:** 2004, Delaware and U.S. District Court, District of Delaware

**Law School:** Villanova University, J.D., magna cum laude, 2004

**College:** University of Delaware, B.A., 2001

**Web Site:** http://www.youngconaway.com

LexisNexis Analyzer

Top of Page

Find a Lawyer | Research Legal Information | Ask a Lawyer | Blogs | Contact Lawyers at attorneys.com | Community

 LexisNexis

LexisNexis Martindale-Hubbell Lawyers.com is the most complete, trusted source for identifying qualified legal counsel.
Disclaimer: The information provided on Lawyers.com is not legal advice, Lawyers.com is not a lawyer referral service, and no attorney-client or confidential relationship is or should be formed by use of the site. The attorney listings on Lawyers.com are paid attorney advertisements and do not in any way constitute a referral or endorsement by Lawyers.com or any approved or authorized lawyer referral service. Your access to and use of this site is subject to additional Terms and Conditions.

Martindale.com | Canada | attorneys.com | LawyerLocator.co.uk |
www.findalawyer.cn (China) | www.law24.co.za (South Africa) |
www.martindale.jp (Japan) | anwalt24.de (German) | martindale.co.il (Israel) |
Lexis Nexis | lexisONE Free Case Law

Help | Site Map | About Us | Press Room | Info for Lawyers | Contact Us | Home | Index Map
©2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**EXHIBIT 10**



# COMMUNITY LEGAL SERVICES
## OF PHILADELPHIA

Donate

| ABOUT CLS | GET LEGAL HELP | HOW YOU CAN HELP | PRACTICE AREAS | RESOURCES | LEARN M |

A Message from Cathy Carr
The Founding of CLS
CLS Accomplishments
Community Impact
Who We Are
Jobs@CLS
National Recognition
Recent Awards
• Attorney Fees
CLS At-A-Glance
Contact Us
Annual Report

Home > About CLS > Attorney Fees

## Attorney Fees

**Explanatory Notice to the Public**

CLS never charges attorney's fees to its clients, although in some cases clients are a other out of pocket expenses.

The attached chart lists the fee schedule used by CLS only in cases in which the law fees from opposing parties in order to compensate CLS for the legal services provide

RANGE OF HOURLY RATES*, Effective April 1, 2006

| Attorneys post-law school experience under 2 years | $150-170 |
| Attorneys 2-5 year's experience | $160-200 |
| Attorneys 6-10 year's experience | $200-230 |
| Attorneys 11-15 year's experience | $240-300 |
| Attorneys 16-20 year's experience | $275-315 |
| Attorneys 21-25 year's experience | $290-330 |
| Attorneys more than 25 year's experience | $325-410 |
| Law Students | $70-120 |
| Paralegal I and II | $70-90 |
| Senior and Supervisory Paralegal | $90-120 |

*These rates do not reflect any adjustment for contingency, and are based on Philac data.

**THESE FEES ARE NOT CHARGED TO CLS CLIENTS. SEE NO**

Print version of page :     Email page to a frier



| Contact Us | Disclaimer | Jobs @ CLS | Site Map |

http://www.clsphila.org/Content.aspx?id=206                                4/1/2008