IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT,<br>OPPORTUNITY COMMISSION<br><br>        Plaintiff,<br><br>        v.<br><br>BE&K ENGINEERING COMPANY<br>(subsidiary of BE&K, Inc.)<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 05-697-MPT<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE withdraw the appearance of Douglas E. McCann from the above-captioned case.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY<br>
                                          United States Attorney

                                          By: _____<br>
                                          Douglas E. McCann<br>
                                          Assistant United States Attorneys<br>
                                          1007 Orange Street<br>
                                          Suite 700<br>
                                          P.O. Box 2046<br>
                                          Wilmington, Delaware  19899-2046<br>
                                          (302) 573-6277

DATED: April 16, 2008