**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-CV- 00697 |
| v. | ) ) | |
| BE&K ENGINEERING COMPANY (SUBSIDIARY OF BE&K, INC.), | ) ) ) | |
| Defendant. | ) | |

**STIPULATION TO ALLOW THE EEOC TO FILE SUR-REPLY BRIEF**

Plaintiff EEOC, by and through its counsel, Woody Anglade, and Defendant, BE&K Engineering Company, by and through its counsel, Margaret M. DiBianca, agree and stipulate to the following request:

1. That the EEOC has until on or before April 29, 2008 to file a Sur-Reply Brief to Defendant's Reply Brief in Support of Their Petition for Attorney's Fees.

Respectfully submitted,

/s/ Woody Anglade, Esq.
Woody Anglade, Esq.
Trial Attorney
U.S. EEOC
21 South 5th Street, Suite 400
Philadelphia, PA
(215) 440-2814
woody.anglade@eeoc.gov
April 21, 2008

/s/ Margaret M. DiBianca, Esq.
Margaret M. DiBianca, Esq. (No. 4539)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
(302) 571-5008
mdibianca@ycst.com
April 21, 2008

SO ORDERED this _____ day of _____, 2008

_____
U.S. MAGISTRATE MARY PAT THYNGE